# EXHIBIT 1

**Exhibit
DX- 39**

23-11043-jpm    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 3 of 63

**Business Master Signature Card**                                   FIRST REPUBLIC BANK
**Resolution and Agreement to Open Accounts and Services**           It's a privilege to serve you®

Please check the applicable box: [○] Single Account or [○] Multiple Accounts *Note: If neither box is checked, this Resolution to Open Accounts will be used for multiple accounts of the same vesting.*

Type of Business/Non-Personal Entity ○Corporation ○Partnership ◉LLC ○Sole Proprietor ○Profit Sharing/Pension/Retirement Plan ○Fiduciary/Trust ○Other

| Account Name & Address: | YJ Simco LLC<br>15 W 27th St Fl 6<br>New York NY 10001-7795 US | Mailing Address (if different): | |
|---|---|---|---|
| Tax Identification #: | 86-3855887 | Tax Identification (EIN/SSN) Belongs To: | YJ Simco LLC |
| Type of Business | 531110 Multi-Family Real Estate Owners or Lessors (includes Holding Companies) | | |

By signing this Resolution, I certify that:

I am an officer, member, manager, partner, secretary, or trustee of the Business/Non-Personal Entity named above ("Entity"), and am duly authorized by all requisite action of the governing body of the Entity to execute and deliver this Resolution on its behalf. The use of any First Republic Bank ("Bank") deposit account, product or service by the Entity will confirm the Entity's receipt of, and agreement to be bound by, the Bank's Business Account Disclosure and Agreement, Business Products Terms and Conditions, Schedule of Fees and Related Charges for Business Accounts, and any other applicable document, as may be amended or supplemented from time to time.

The following individuals will be the Authorized Signers on the deposit account(s) at the Bank:

| Name (please print) | Last 4 Digits of SSN | Signature |
|---|---|---|
| a. Jeffrey Simpson | 4463 | |
| b. | | |
| c. | | |
| d. | | |
| e. | | |
| f. | | |

Each Authorized Signer named above, is authorized on such terms as the Bank may require, to sign or otherwise act on behalf of the Entity with respect to its account(s), banking transactions and services, including opening additional accounts, making withdrawals, writing checks, transferring funds, stopping payments, obtaining ancillary services (e.g., wire transfers), and otherwise giving the Bank instructions regarding the account(s).

This Resolution is duly adopted and authorized by the Entity, has not been amended or rescinded, is in full force and effect, and does not conflict with any provisions of the Entity's articles, bylaws, or operating agreements, or of the laws of the state where the Entity was formed. Each transaction described in this Resolution conducted by or on behalf of the Entity prior to delivery of this Resolution is in all respects ratified. The Bank is entitled to rely on the authority of the Authorized Signers until the Bank receives, and has a reasonable opportunity to act on, written revocation of such authority. The information provided in this Resolution is correct and complete, each person who signs at the end of this Resolution and each Authorized Signer named above, holds any position indicated, and the signature appearing opposite the person's name is authentic.

Under penalties of perjury, I certify that:
1. The number shown on this form is Entity's correct taxpayer identification number (or the Entity is waiting for a number to be issued), and
2. The Entity is not subject to backup withholding because: (a) it is exempt from backup withholding, or (b) it has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Entity that it is no longer subject to backup withholding, and
3. This is a U.S. Entity (defined in IRS instructions), and
4. The Entity is exempt from FATCA reporting.
   **Certification Instructions.** You must cross out item 2 above if the Entity has been notified by the IRS that the Entity is currently subject to backup withholding because it has failed to report all interest and dividends on its tax return. For real estate transactions, item 2 does not apply.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Print Name Jeffrey Simpson | |
|---|---|
| Signature | Date 6/9/2021 |

*This Agreement, and all other documents delivered or executed relating to the services provided to you by the Bank, may at the Bank's option, be in the form of electronic records and/or executed using electronic signatures, and may be delivered by fax/PDF/photocopy, all of which shall be deemed to have the same effect as the original.*

**FOR FRB USE ONLY: INITIAL ACCOUNT(S) OPENED UNDER THE MASTER SIGNATURE CARD**

| | Account Number | Account Subtitle | Open By | | Account Number | Account Subtitle | Open By |
|---|---|---|---|---|---|---|---|
| 1. | Redacted 3021 | | GES, ZAB | 4. | | | |
| 2 | | | | 5. | | | |
| 3 | | | | 6. | | | |

Member FDIC

Exhibit C 3 02/11/2025    FRB 1249A E – 09/19

CONFIDENTIAL                                                CHASE_SIMPSON0000121

**DocuSign.**

## Certificate Of Completion

Envelope Id: D8F772FB8DDB47ECB6776F06C5F925A3                                Status: Completed
Subject: First Republic Bank Documents for YJ Simco LLC
envelopecontext: DCO
Source Envelope:
Document Pages: 1                          Signatures: 2                     Envelope Originator:
Certificate Pages: 8                       Initials: 0                       Christy Santoro
AutoNav: Disabled                                                            111 Pine St
EnvelopeId Stamping: Enabled                                                 San Francisco, CA  94111
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                            csantoro@firstrepublic.com
                                                                             IP Address: 34.214.242.41

## Record Tracking

Status: Original                       Holder: Christy Santoro              Location: DocuSign
        6/9/2021 7:03:14 AM                    csantoro@firstrepublic.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jeffrey Simpson | *DocuSigned by:* | Sent: 6/9/2021 7:03:16 AM |
| jsimpson@archcre.com | 05AE6045A32F4E5... | Viewed: 6/9/2021 7:55:08 AM |
| Authorized Signatory | | Signed: 6/9/2021 7:55:21 AM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Drawn on Device | |
| | Using IP Address: 184.152.216.25 | |

Electronic Record and Signature Disclosure:
    Accepted: 8/22/2020 7:04:45 PM
    ID: 8ac8991e-2ba7-4990-8e2b-27643510961a

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/9/2021 7:03:16 AM |
| Certified Delivered | Security Checked | 6/9/2021 7:55:08 AM |
| Signing Complete | Security Checked | 6/9/2021 7:55:21 AM |
| Completed | Security Checked | 6/9/2021 7:55:21 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

CONFIDENTIAL                                                              CHASE_SIMPSON0000122

# E-SIGN CONSENT AND AGREEMENT TO USE ELECTRONIC RECORDS AND SIGNATURES

As part of your relationship with us, we are required by law to give you certain information in writing, which means you are entitled to receive it on paper. We may provide this information, and other documents, to you electronically instead, with your prior consent. We also need your general consent to use electronic records and signatures in our relationship with you. Please read the information below carefully and if you can access this information electronically to your satisfaction and agree to the terms and conditions provided herein, please confirm your agreement by consenting to this E-SIGN Consent to Use Electronic Records and Signatures (this "E-Consent").

In this E-Consent:

- "We," "us," "our," or "First Republic" means First Republic Bank and/or its subsidiaries.
- "You" and "your" means the person giving this consent.
- "Authorized Email Address" means any email address provided to us by you, or by your authorized representative, as your email address or the email address of your authorized representative.
- "Communications" means any notices, disclosures, authorizations, agreements, account statements, tax forms and reports, acknowledgements and other documents that we are required, or we otherwise elect, to provide or make available to you, or that you submit, execute or agree to in connection with your relationship with us.
- "Current Version" means a version of software that is currently being supported by its publisher.
- "Tax Documents" means any tax forms or reports.

| | |
|---|---|
| **1. Consent to Electronic Delivery** | By accepting this E-Consent, any Communications may, at our option, be sent to you in the form of an electronic record and may be executed using electronic signatures. Your consent under this E-Consent shall apply to all Communications we may provide with respect to any and all accounts, products or services you elect to receive from us now or in the future, unless and until you withdraw your consent to this E-Consent as described below. Your consent applies to all accounts you own or are authorized to administer, or for which you are designated as an authorized signer or beneficiary.<br><br>We may call you or send you text messages at the phone number(s) reflected in our records. You consent to our leaving prerecorded/artificial voice messages and using an automatic |

CONFIDENTIAL

CHASE_SIMPSON0000123

| | |
|---|---|
| | telephone dialing system to call or text your mobile/cellular telephone number. Our calls and text messages to your mobile/cellular telephone numbers could result in charges to you.<br><br>We may provide you with any Communication on paper, in our sole discretion, even though you have authorized electronic delivery. You must provide such Communications to us on paper unless we notify you how to deliver the notice to us electronically. |
| **2. Electronic Records and Signatures Agreement** | You agree that, notwithstanding any other provision in any agreement between you and us, whether now existing or entered into in the future, that:<br><br>a.    An electronic or other copy of a signed Communication shall be considered as effective as an original.<br><br>b.    At our option, any Communication may be in the form of an electronic record and may be executed using electronic signatures.<br><br>c.    Communications may be sent electronically by us (i) by sending the Communication to the recipient's Authorized Email Address, or (ii) by posting the Communication on a website and sending a notice to the recipient's postal address or Authorized Email Address.<br><br>d.    In the absence of actual notice of non-delivery received by us, Communications sent electronically pursuant to this paragraph shall be effective when sent and shall constitute notice of the Communication.<br><br>e.    We may, at our option, use or accept manually signed paper Communications which have been converted into electronic form (such as scanned into PDF format), or an electronically signed Communication converted into another format, for transmission, delivery and/or retention.  If any promissory note issued to us, as lender, is electronically executed by you or your authorized representative ("Electronic Note"), you agree that we (and any person to whom we later transfer the Electronic Note), shall have the right to convert the Electronic Note at any time into a paper-based Note ("Paper-Based Note"), which will be an effective, enforceable and valid original written instrument.  You also agree that (1) the execution of the Electronic Note will be deemed issuance and delivery of the Paper-Based Note, and (2) the printing of the representation of the electronic signature(s) upon the Paper-Based Note will be deemed the original signature(s) on the Paper-Based Note and will serve to |

CONFIDENTIAL                                                                                      CHASE_SIMPSON0000124

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM    INDEX NO. 158055/2023

NYSCEF DOC. NO. 1208    25-10437-lgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank    RECEIVED NYSCEF: 02/19/2025
Statements    Pg 7 of 63

| | |
|---|---|
| | indicate the signer's present intention to authenticate the Paper-Based Note.<br><br>f.    It is intended that this E-Consent (together with the definition of "Communication" as used in this E-Consent) is and will be deemed integrated into, and form a part of, all agreements between you and us, whether now existing or entered into in the future. |
| **3.  Tax Documents** | You consent to electronic delivery of any Tax Documents. Each of the following applies to the electronic delivery of Tax Documents:<br><br>a.    You are not required to receive Tax Documents electronically.<br><br>b.    Your election to receive Tax Documents electronically allows us to electronically deliver any Tax Document which we are legally permitted to provide to you now or in the future until you withdraw your consent.<br><br>c.    You may receive a paper copy of any Tax Document by requesting a paper copy, as provided herein.  Requesting a paper copy of a tax document will not be treated as a withdrawal of your consent to this E-Consent.<br><br>d.    You may withdraw your consent to this E-Consent at any time through the procedures provided herein.  You may also change your preferences regarding electronic delivery of Tax Documents from time to time without withdrawing your consent to this E-Consent. Withdrawal of consent to receive Tax Documents electronically will not include Tax Documents previously provided electronically; such Tax Documents may continue to be provided online for the applicable posting period. We will confirm your withdrawal request and the date on which it takes effect in writing (either electronically or on paper).  If you withdraw your consent, we will send you paper copies of any additional Tax Documents we are required to provide.<br><br>e.    The delivery of Tax Documents electronically may be terminated at any time by us. Further, we may make certain Tax Documents available electronically only for a limited time. Currently, such period of time for most Tax Documents is from January 31st or February 15th, as applicable, of the relevant year until October 15 of such year. Certain Tax Documents may be available electronically for a longer time. Certain Tax Documents that are provided electronically may have to be printed out and attached to a federal, state or local income tax return. |

    CHASE_SIMPSON0000125

| | |
|---|---|
| | f.   If you need to update any information relevant to electronic delivery of Tax Documents, you may do so, as provided herein.

g.   We will notify you when each Tax Document is available by mail or electronically. We will notify you if any Tax Document cannot be delivered electronically.

h.   A description of the hardware, software and operating system required to access, print, and retain Tax Documents are set forth herein. |
| **4.  Hardware, Software, and Operating Systems Requirements** | In order to access, view and retain electronic Communications, you must have an active email address and have access to the following:

  1.   a Current Version of Microsoft Internet Explorer, Google Chrome, Mozilla Firefox or Apple Safari,
  2.   a connection to the Internet,
  3.   a Current Version of a program that accurately reads and displays PDF files, and
  4.   a computer and an operating system capable of supporting all of the above. You will also need a printer if you wish to print out and retain records on paper, and electronic storage if you wish to retain records in electronic form.

In some cases, you may also need a specific brand or type of device that can support a particular software application, including an application intended for particular mobile or handheld devices using a Current Version of Apple iOS® or Android™.  From time to time, we may offer services or features that require that your Internet browser be configured in a particular way, such as permitting the use of JavaScript or cookies. If we detect that your Internet browser is not properly configured, we will provide you with a notice and advice on how to update your configuration.

We reserve the right to discontinue support of a Current Version of software if, in our sole opinion, it suffers from a security flaw or other flaw that makes it unsuitable for use.

If our hardware or software requirements change, and that change would create a material risk that you would not be able to access or retain electronic Communications, we will give you notice of the revised hardware or software requirements. Continuing to use this service after receiving notice of the change is reaffirmation of your consent. |

CONFIDENTIAL    CHASE_SIMPSON0000126

| | |
|---|---|
| **5.  Change in E-Mail Address or Mobile Phone Number** | You represent that any e-mail address and/or mobile number(s) you provide to us belongs to you or to a person who has the authority to act for the applicable account, product or service with us, or, where relevant, to make transactions against such account, product or service. It is important that you keep us informed of your correct e-mail address and mobile number(s). To let us know of a change in your e-mail address and/or mobile number(s) where we should send Communications electronically to you, send an e-mail message to us at eSignatures@firstrepublic.com and in the body of your request state: your previous e-mail address and/or mobile number(s), as appropriate, and your new e-mail address and mobile number(s). We may request additional information from you to verify your identity before changing your e-mail address and/or mobile number(s) we have on record. |
| **6.  Getting Paper Copies** | You may request a paper copy of any electronic Communication we sent you. You may receive a paper copy of any Communication at no charge if your request is made within a reasonable time after we first provided the Communication to you.  You acknowledge that we may charge a reasonable service fee, with prior notice to you, for the delivery of paper copies of Communications made outside of this period.<br><br> To request a paper copy of any electronic Communication we previously provided to you, please email us at eSignatures@firstrepublic.com.  In the body of the request, please provide us with (a) your Authorized E-Mail Address, (b) your full name, (c) US Postal address, (d) mobile number, and (e) which Communications you wish us to send to you.  Requesting a paper copy of any Communication will not be treated as a withdrawal of your consent to this E-Consent. |
| **7.  Withdrawing Your Consent** | You may withdraw your consent to receive electronic Communications at any time, and receive paper Communications instead. To inform us that you no longer wish to receive Communications electronically, please email at eSignatures@firstrepublic.com.  In the body of the email, please provide us with (a) your Authorized E-Mail Address you had provided us, (b) your full name, (c) US Postal Address, (d) mobile number, and (e) the account numbers you wish to be covered by your withdrawal. |
| **8.  Consequences of Withdrawing Your Consent** | If you elect to receive required Communications only in paper format, it may delay your transaction because of the time required to transmit paper between you and First Republic. Additionally, depending on the nature of the account, product or service we provide you, you may lose a discount or incur service fees, or the withdrawal may result in a |

                                                   CHASE_SIMPSON0000127

| | |
|---|---|
| | termination or conversion of "digital only" accounts and services into a different or related account or service. Please refer to your account documents, or other related document from us, for additional information.<br><br> Any withdrawal of your consent to receive Communications electronically will be effective only after we have a reasonable period of time to process your withdrawal. Your withdrawal does not apply to any Communication that was provided or executed electronically before the date on which your withdrawal of consent takes effect. |
| **9.  Indemnity** | You agree to indemnify and hold us harmless from and against all claims, demands, proceedings, suits and actions and all liabilities, losses, expenses and costs, including attorneys' fees and expenses, resulting from your failure to comply with the terms of this E-Consent, including without limitation, your failure to keep First Republic informed of your correct e-mail address. |
| **10.  Termination/ Changes** | We reserve the right, in our sole discretion, to discontinue providing you with electronic Communications, or to terminate or change the terms and conditions of this E-Consent.  This may include amending, adding to, or eliminating provisions of this E-Consent.  We will provide you with notice of any such termination or change, as required by law. |
| **11.  Acknowledging Your Consent to this E-Consent** | By consenting to this E-Consent, you are confirming to us that:<br><br> a.    You have read, understand and agree to be bound by, and electronically signing, the terms and conditions contained in this E-Consent;<br><br> b.    You consent to receive Communications electronically and execute Communications using electronic signatures and records;<br><br> c.    You are able to download and review files in HTML and PDF format, and you have Internet access and can send and receive e-mails with links to websites;<br><br> d.    Your consent to receive Communications electronically and to use electronic records and signatures does not automatically expire and is not limited as to duration;<br><br> e.    You are authorized to provide consent on behalf of all co-applicants for, and co-owners of, any of your accounts with First Republic; |

CONFIDENTIAL                                                                 CHASE_SIMPSON0000128

| | f.    Communications contain important information and you agree to review all Communications in a timely manner; and |
| | g.    First Republic and its agents will not be liable for any loss, liability, cost, expense, or claim for acting upon this E-Consent or arising from your use of the accounts, products or services provided pursuant to this E-Consent. |

We recommend that you print, download or otherwise retain a copy of this E-Consent for your future reference.

## CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 25, 2024 through May 31, 2024

Account Number: **Redacted** **3021**

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00013460 DDA 802 141 15324 NNNNNNNNNNN T 1 000000000 64 0000

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$89,953.36** |
| Electronic Withdrawals | 2 | - 12,427.93 |
| **Ending Balance** | **2** | **$77,525.43** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | Online Transfer To Chk ...6795 Transaction#: 20912212805 | $10,000.00 |
| 05/31 | Zelle Payment To Green Hamptons Irrigation & Land Jpm99Ahy7Dgk | 2,427.93 |
| **Total Electronic Withdrawals** |  | **$12,427.93** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/28 | $79,953.36 |
| 05/31 | 77,525.43 |

CONFIDENTIAL
CHASE_SIMPSON0000130

# CHASE ⬡

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞    Your name and account number;
∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL
CHASE_SIMPSON0000131

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2024 through June 28, 2024

Account Number: [ Redacted ] 3021



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00013088 DDA 802 141 18124 NNNNNNNNNNN T 1 000000000 64 0000
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$77,525.43** |
| Electronic Withdrawals | 7 | - 46,297.42 |
| **Ending Balance** | **7** | **$31,228.01** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Imad: 0604Mmqfmp2L023719 Trn: 3512394156Es | $25,000.00 |
| 06/10 | Online Transfer To Chk ...6795 Transaction#: 21040579183 | 5,000.00 |
| 06/10 | Orig CO Name:Usliabilityinsur    Orig ID:0000007041 Desc Date:240610 CO Entry Descr:Insurance Sec:Web   Trace#:021000029628023 Eed:240610  Ind ID:6056001         Ind Name:Yjsimco 866-632-2003 Trn: 1629628023Tc | 1,199.43 |
| 06/12 | Online Transfer To Chk ...6795 Transaction#: 21068552450 | 5,000.00 |
| 06/20 | Online Transfer To Chk ...6795 Transaction#: 21148431340 | 5,000.00 |
| 06/24 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:240624 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000028568563 Eed:240624  Ind ID:0370841         Ind Name:Yj Simco LLC 800-446-8848 Trn: 1768568563Tc | 97.99 |
| 06/25 | Online Transfer To Chk ...6795 Transaction#: 21204740161 | 5,000.00 |
| **Total Electronic Withdrawals** | | **$46,297.42** |

Your service charges, fees and earnings credit have been calculated through account analysis.

Page 1 of 2

CONFIDENTIAL

CHASE_SIMPSON0000132

# CHASE ⬡

June 01, 2024 through June 28, 2024

Account Number:    Redacted    3021

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/04 | $52,525.43 |
| 06/10 | 46,326.00 |
| 06/12 | 41,326.00 |
| 06/20 | 36,326.00 |
| 06/24 | 36,228.01 |
| 06/25 | 31,228.01 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞   Your name and account number;
∞   A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞   The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL

CHASE_SIMPSON0000133

## CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024

Account Number: [ Redacted ] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00037579 DDA 802 211 18124 NNNNNNNNNNN 1 000000000 64

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$77,525.43** |
| Electronic Withdrawals | 7 | - 46,297.42 |
| **Ending Balance** | **7** | **$31,228.01** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Imad: 0604Mmqfmp2L023719 Trn: 3512394156Es | $25,000.00 |
| 06/10 | Online Transfer To Chk ...6795 Transaction#: 21040579183 | 5,000.00 |
| 06/10 | Orig CO Name:Usliabilityinsur    Orig ID:0000007041 Desc Date:240610 CO Entry Descr:Insurance Sec:Web  Trace#:021000029628023 Eed:240610  Ind ID:6056001         Ind Name:Yjsimco 866-632-2003 Trn: 1629628023Tc | 1,199.43 |
| 06/12 | Online Transfer To Chk ...6795 Transaction#: 21068552450 | 5,000.00 |
| 06/20 | Online Transfer To Chk ...6795 Transaction#: 21148431340 | 5,000.00 |
| 06/24 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:240624 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000028568563 Eed:240624  Ind ID:0370841         Ind Name:Yj Simco LLC 800-446-8848 Trn: 1768568563Tc | 97.99 |
| 06/25 | Online Transfer To Chk ...6795 Transaction#: 21204740161 | 5,000.00 |
| **Total Electronic Withdrawals** | | **$46,297.42** |

Your service charges, fees and earnings credit have been calculated through account analysis.

CONFIDENTIAL

CHASE_SIMPSON0000134

# CHASE ◯

June 01, 2024 through June 28, 2024

Account Number: [Redacted] 3021

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/04 | $52,525.43 |
| 06/10 | 46,326.00 |
| 06/12 | 41,326.00 |
| 06/20 | 36,326.00 |
| 06/24 | 36,228.01 |
| 06/25 | 31,228.01 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞  Your name and account number;
- ∞  A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞  The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL                                                         CHASE_SIMPSON0000135

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208
25-10437-jgb   Doc 16-1   Filed 05/08/25   Entered 05/08/25 15:42:51   Exhibit 1-Bank
RECEIVED NYSCEF: 02/19/2025
Statements   Pg 18 of 63

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024

Account Number: **Redacted** **3021**



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00013609 DDA 802 141 21424 NNNNNNNNNNN T 1 000000000 64 0000

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $31,228.01 |
| Deposits and Additions | 1 | 20,000.00 |
| Electronic Withdrawals | 12 | - 35,874.93 |
| **Ending Balance** | **13** | **$15,353.08** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Imad: 0719A1B7A41C003144 Trn: 0878481201Ff | $20,000.00 |
| **Total Deposits and Additions** | | **$20,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Online Transfer To Chk ...6795 Transaction#: 21256126437 | $5,000.00 |
| 07/08 | Online Payment 21345512108 To Con Edison | 2,000.00 |
| 07/11 | Online Transfer To Chk ...2874 Transaction#: 21374393170 | 4,000.00 |
| 07/15 | Orig CO Name:State Farm Ro 08     Orig ID:9000313004 Desc Date:     CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000026896813 Eed:240715   Ind ID:17 S 1314542717     Ind Name:Yael Simpson Trn: 1946896813Tc | 576.94 |
| 07/15 | Online Transfer To Chk ...6795 Transaction#: 21400064883 | 2,000.00 |
| 07/18 | Online Transfer To Chk ...6795 Transaction#: 21440398998 | 4,000.00 |

CONFIDENTIAL
CHASE_SIMPSON0000136

**CHASE ◼**

June 29, 2024 through July 31, 2024

Account Number: [ Redacted ] 3021

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/19 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Simpson Imad: 0719Mmqfmp2K030598 Trn: 3610804201Es | 7,500.00 |
| 07/22 | Zelle Payment To David 21467905835 | 1,700.00 |
| 07/22 | Online Transfer To Chk ...6795 Transaction#: 21477359000 | 5,000.00 |
| 07/24 | Orig CO Name:Intuit *          Orig ID:0000756346 Desc Date:240724 CO Entry Descr:Qbooks Onlsec:CCD     Trace#:021000029987981 Eed:240724   Ind ID:0338793          Ind Name:Yj Simco LLC 800-446-8848 Trn: 2069987981Tc | 97.99 |
| 07/29 | Online Transfer To Chk ...6795 Transaction#: 21544632991 | 3,000.00 |
| 07/30 | Online Transfer To Chk ...6795 Transaction#: 21563410419 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$35,874.93** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/01 | $26,228.01 |
| 07/08 | 24,228.01 |
| 07/11 | 20,228.01 |
| 07/15 | 17,651.07 |
| 07/18 | 13,651.07 |
| 07/19 | 26,151.07 |
| 07/22 | 19,451.07 |
| 07/24 | 19,353.08 |
| 07/29 | 16,353.08 |
| 07/30 | 15,353.08 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞  Your name and account number;
- ∞  A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞  The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL     CHASE_SIMPSON0000137



## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Account Number:    Redacted    3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00038111 DDA 802 211 21424 NNNNNNNNNNN 1 000000000 64
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $31,228.01 |
| Deposits and Additions | 1 | 20,000.00 |
| Electronic Withdrawals | 12 | - 35,874.93 |
| Ending Balance | 13 | $15,353.08 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/19 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Imad: 0719A1B7A41C003144 Trn: 0878481201Ff | $20,000.00 |
| **Total Deposits and Additions** | | **$20,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/01 | Online Transfer To Chk ...6795 Transaction#: 21256126437 | $5,000.00 |
| 07/08 | Online Payment 21345512108 To Con Edison | 2,000.00 |
| 07/11 | Online Transfer To Chk ...2874 Transaction#: 21374393170 | 4,000.00 |
| 07/15 | Orig CO Name:State Farm Ro 08     Orig ID:9000313004 Desc Date:     CO Entry Descr:Cpc-Clientsec:CCD     Trace#:021000026896813 Eed:240715    Ind ID:17 S 1314542717     Ind Name:Yael Simpson Trn: 1946896813Tc | 576.94 |
| 07/15 | Online Transfer To Chk ...6795 Transaction#: 21400064883 | 2,000.00 |
| 07/18 | Online Transfer To Chk ...6795 Transaction#: 21440398998 | 4,000.00 |

CONFIDENTIAL
CHASE_SIMPSON0000138

# CHASE ◻

June 29, 2024 through July 31, 2024

Account Number: [Redacted] 3021

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/19 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Simpson Imad: 0719Mmqfmp2K030598 Trn: 3610804201Es | 7,500.00 |
| 07/22 | Zelle Payment To David 21467905835 | 1,700.00 |
| 07/22 | Online Transfer To Chk ...6795 Transaction#: 21477359000 | 5,000.00 |
| 07/24 | Orig CO Name:Intuit *          Orig ID:0000756346 Desc Date:240724 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000029987981 Eed:240724  Ind ID:0338793              Ind Name:Yj Simco LLC 800-446-8848 Trn: 2069987981Tc | 97.99 |
| 07/29 | Online Transfer To Chk ...6795 Transaction#: 21544632991 | 3,000.00 |
| 07/30 | Online Transfer To Chk ...6795 Transaction#: 21563410419 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$35,874.93** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/01 | $26,228.01 |
| 07/08 | 24,228.01 |
| 07/11 | 20,228.01 |
| 07/15 | 17,651.07 |
| 07/18 | 13,651.07 |
| 07/19 | 26,151.07 |
| 07/22 | 19,451.07 |
| 07/24 | 19,353.08 |
| 07/29 | 16,353.08 |
| 07/30 | 15,353.08 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞    Your name and account number;
∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL

CHASE_SIMPSON0000139

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: **Redacted** 3021



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00016496 DDA 802 141 24424 NNNNNNNNNNNN T 1 000000000 64 0000
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

# CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $15,353.08 |
| Deposits and Additions | 3 | 48,500.00 |
| Electronic Withdrawals | 15 | - 58,450.29 |
| **Ending Balance** | **18** | **$5,402.79** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Reid Group Enterprises, Inc Ref: 11140261725 Info: Text-  Iid: 20240802021000021P1Brjpc00001117473 Recd: 19:42:05 Trn: 0914170215Gd | $11,000.00 |
| 08/12 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Obi=Repayme Nt of A Loan Imad: 0812A1B7A41C003180 Trn: 0983391225Ff | 12,500.00 |
| 08/27 | Online Transfer From Chk ...0799 Transaction#: 21855071910 | 25,000.00 |
| **Total Deposits and Additions** |  | **$48,500.00** |

CONFIDENTIAL                                                                 CHASE_SIMPSON0000140



August 01, 2024 through August 30, 2024

Account Number:  [Redacted] 3021

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 08/06 | Orig CO Name:Lehigh Universit      Orig ID:1223755714 Desc Date:080524 CO Entry Descr:Lehigh Unisec:Web   Trace#:091000019935419 Eed:240806   Ind ID: Ind Name:Yjsimco LLC Trn: 2199935419Tc | $22,282.50 |
| 08/08 | Online Transfer To Chk ...6795 Transaction#: 21665771148 | 2,000.00 |
| 08/09 | Zelle Payment To Dennis Zhen 21682267702 | 310.00 |
| 08/13 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Jeffrey Simpson Imad: 0813Mmqfmp2L024967 Trn: 3474624226Es | 5,000.00 |
| 08/14 | Zelle Payment To David 21722433760 | 750.00 |
| 08/14 | Online Transfer To Chk ...6795 Transaction#: 21724985346 | 2,000.00 |
| 08/15 | Online Transfer To Chk ...6795 Transaction#: 21735756609 | 2,000.00 |
| 08/21 | Online Transfer To Chk ...6795 Transaction#: 21798949048 | 2,000.00 |
| 08/21 | Zelle Payment To David 21799987106 | 500.00 |
| 08/26 | Online Transfer To Chk ...6795 Transaction#: 21827561191 | 1,000.00 |
| 08/26 | Orig CO Name:Intuit *      Orig ID:0000756346 Desc Date:240824 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000022032514 Eed:240826   Ind ID:0545719      Ind Name:Yj Simco LLC 800-446-8848 Trn: 2392032514Tc | 107.79 |
| 08/27 | Online Transfer To Chk ...6795 Transaction#: 21855086497 | 2,500.00 |
| 08/27 | Online Domestic Wire Transfer Via: RBS Citizens, N.A./021313103 A/C: 1640 Motors Water Mill NY 11976 US Ref: Payroll Imad: 0827Mmqfmp2M010014 Trn: 3191254240Es | 15,000.00 |
| 08/27 | Zelle Payment To Marianne Gorlyn 21855558328 | 1,000.00 |
| 08/29 | Online Transfer To Chk ...6795 Transaction#: 21877491479 | 2,000.00 |
| **Total Electronic Withdrawals** | | **$58,450.29** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|
| 08/02 | $26,353.08 | 08/14 | 6,510.58 |
| 08/06 | 4,070.58 | 08/15 | 4,510.58 |
| 08/08 | 2,070.58 | 08/21 | 2,010.58 |
| 08/09 | 1,760.58 | 08/26 | 902.79 |
| 08/12 | 14,260.58 | 08/27 | 7,402.79 |
| 08/13 | 9,260.58 | 08/29 | 5,402.79 |

CONFIDENTIAL

CHASE_SIMPSON0000141





**CHASE ⬡**

August 01, 2024 through August 30, 2024

Account Number: [ Redacted ] 3021

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞     Your name and account number;
∞     A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞     The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL                                                                                      CHASE_SIMPSON0000142

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
NYSCEF DOC. NO. 1208
25-10437-jgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 25 of 63
INDEX NO. 158055/2023
RECEIVED NYSCEF: 02/19/2025

**CHASE** ◘

August 01, 2024 through August 30, 2024

Account Number: [ Redacted ] 3021

This Page Intentionally Left Blank

CONFIDENTIAL

CHASE_SIMPSON0000143

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024

Account Number: **Redacted** 3021



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00046942 DDA 802 211 24424 NNNNNNNNNNN 1 000000000 64
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$15,353.08** |
| Deposits and Additions | 3 | 48,500.00 |
| Electronic Withdrawals | 15 | - 58,450.29 |
| **Ending Balance** | **18** | **$5,402.79** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Reid Group Enterprises, Inc Ref: 11140261725 Info: Text-  Iid: 20240802021000021P1Brjpc00000117473 Recd: 19:42:05 Trn: 0914170215Gd | $11,000.00 |
| 08/12 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Obi=Repayme Nt of A Loan Imad: 0812A1B7A41C003180 Trn: 0983391225Ff | 12,500.00 |
| 08/27 | Online Transfer From Chk ...0799 Transaction#: 21855071910 | 25,000.00 |
| **Total Deposits and Additions** |  | **$48,500.00** |

Page 1 of 4

CHASE_SIMPSON0000144

## CHASE ⬡

August 01, 2024 through August 30, 2024

Account Number: ⌐ Redacted ¬ 3021

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/06 | Orig CO Name:Lehigh Universit    Orig ID:1223755714 Desc Date:080524 CO Entry Descr:Lehigh Unisec:Web   Trace#:091000019935419 Eed:240806   Ind ID: Ind Name:Yjsimco LLC Trn: 2199935419Tc | $22,282.50 |
| 08/08 | Online Transfer To Chk ...6795 Transaction#: 21665771148 | 2,000.00 |
| 08/09 | Zelle Payment To Dennis Zhen 21682267702 | 310.00 |
| 08/13 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Jeffrey Simpson Imad: 0813Mmqfmp2L024967 Trn: 3474624226Es | 5,000.00 |
| 08/14 | Zelle Payment To David 21722433760 | 750.00 |
| 08/14 | Online Transfer To Chk ...6795 Transaction#: 21724985346 | 2,000.00 |
| 08/15 | Online Transfer To Chk ...6795 Transaction#: 21735756609 | 2,000.00 |
| 08/21 | Online Transfer To Chk ...6795 Transaction#: 21798949048 | 2,000.00 |
| 08/21 | Zelle Payment To David 21799987106 | 500.00 |
| 08/26 | Online Transfer To Chk ...6795 Transaction#: 21827561191 | 1,000.00 |
| 08/26 | Orig CO Name:Intuit *     Orig ID:0000756346 Desc Date:240824 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000022032514 Eed:240826   Ind ID:0545719     Ind Name:Yj Simco LLC 800-446-8848 Trn: 2392032514Tc | 107.79 |
| 08/27 | Online Transfer To Chk ...6795 Transaction#: 21855086497 | 2,500.00 |
| 08/27 | Online Domestic Wire Transfer Via: RBS Citizens, N.A./021313103 A/C: 1640 Motors Water Mill NY 11976 US Ref: Payroll Imad: 0827Mmqfmp2M010014 Trn: 3191254240Es | 15,000.00 |
| 08/27 | Zelle Payment To Marianne Gorlyn 21855558328 | 1,000.00 |
| 08/29 | Online Transfer To Chk ...6795 Transaction#: 21877491479 | 2,000.00 |
| **Total Electronic Withdrawals** | | **$58,450.29** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 08/02 | $26,353.08 | 08/14 | 6,510.58 |
| 08/06 | 4,070.58 | 08/15 | 4,510.58 |
| 08/08 | 2,070.58 | 08/21 | 2,010.58 |
| 08/09 | 1,760.58 | 08/26 | 902.79 |
| 08/12 | 14,260.58 | 08/27 | 7,402.79 |
| 08/13 | 9,260.58 | 08/29 | 5,402.79 |

CONFIDENTIAL                                                              CHASE_SIMPSON0000145

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM    INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208                                 RECEIVED NYSCEF: 02/19/2025

25-10437-lgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 28 of 63

**CHASE** 

August 01, 2024 through August 30, 2024

Account Number: Redacted 3021

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞    Your name and account number;
- ∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL                                         CHASE_SIMPSON0000146

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208
25-1043-cgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 29 of 63
RECEIVED NYSCEF: 02/19/2025

**CHASE** ⬡

August 01, 2024 through August 30, 2024

Account Number: Redacted 3021

This Page Intentionally Left Blank

CONFIDENTIAL
CHASE_SIMPSON0000147



## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

August 31, 2024 through September 30, 2024

Account Number: [ Redacted ] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000454 DDI 802 141 27524 NNNNNNNNNNN  P1 000000000 64 0000

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,402.79** |
| Deposits and Additions | 4 | 72,380.91 |
| Electronic Withdrawals | 19 | - 66,356.53 |
| **Ending Balance** | **23** | **$11,427.17** |

---

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | Fedwire Credit Via: TD Bank, NA/031101266 B/O: Js Asset Management LLC Lakewood, NJ 08701-0000 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B TD Bank NA Imad: 0905Mmqfmpyq005604 Trn: 0999651249Ff | $25,380.91 |
| 09/10 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Obi=1640 MO Tors LLC Imad: 0910A1B7A41C003601 Trn: 1007791254Ff | 15,000.00 |
| 09/25 | Deposit      1256620248 | 25,000.00 |
| 09/25 | Online Transfer From Sav ...1478 Transaction#: 22165709257 | 7,000.00 |
| **Total Deposits and Additions** | | **$72,380.91** |

CONFIDENTIAL                                                                                      CHASE_SIMPSON0000148

**CHASE ❖**

August 31, 2024 through September 30, 2024

Account Number: [Redacted] 3021

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 09/03 | Online Transfer To Chk ...6795 Transaction#: 21936716116 | $2,000.00 |
| 09/03 | Zelle Payment To Romeo Pitt Jpm99An26H5S | 1,000.00 |
| 09/05 | Online Domestic Wire Transfer A/C: Huebscher Consulting Corp. New York NY 10128-4838 US Trn: 3721534249Es | 6,150.00 |
| 09/09 | Zelle Payment To Gabriel Shaul 22004983002 | 265.00 |
| 09/10 | Online Transfer To Chk ...6795 Transaction#: 22011010314 | 2,000.00 |
| 09/10 | Online Transfer To Chk ...0799 Transaction#: 22014271977 | 10,000.00 |
| 09/11 | Orig CO Name:Nyc Finance        Orig ID:1136400434 Desc Date:        CO Entry Descr:Parking Tksec:Web    Trace#:028000082859509 Eed:240911    Ind ID:C 391121149        Ind Name:Yjsimco Trn: 2542859509Tc | 145.00 |
| 09/12 | Zelle Payment To Urim Jpm99Anjarnb | 550.00 |
| 09/13 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Imad: 0913Mmqfmp2M016525 Trn: 3357164257Es | 6,000.00 |
| 09/13 | Online Transfer To Chk ...6795 Transaction#: 22049670511 | 2,000.00 |
| 09/16 | Online Transfer To Chk ...2874 Transaction#: 22078995077 | 7,500.00 |
| 09/16 | Online Transfer To Chk ...0799 Transaction#: 22079018900 | 6,700.00 |
| 09/18 | Online Transfer To Chk ...6795 Transaction#: 22095410626 | 1,200.00 |
| 09/24 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:240924 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000024194740 Eed:240924  Ind ID:0857322        Ind Name:Yj Simco LLC 800-446-8848 Trn: 2684194740Tc | 107.79 |
| 09/25 | Online Domestic Wire Transfer A/C: Huebscher Consulting Corp. New York NY 10128-4838 US Ref: Jeffrey Simpson Trn: 3270804269Es | 6,138.74 |
| 09/26 | Online Transfer To Chk ...6795 Transaction#: 22182501580 | 500.00 |
| 09/27 | Online Transfer To Sav ...1478 Transaction#: 22187472550 | 7,000.00 |
| 09/27 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Jeffrey Simpson Imad: 0927Mmqfmp2K015389 Trn: 3297214271Es | 7,000.00 |
| 09/30 | Zelle Payment To Max Simpson 22212853980 | 100.00 |
| **Total Electronic Withdrawals** | | **$66,356.53** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|
| 09/03 | $2,402.79 | 09/16 | 1,473.70 |
| 09/05 | 21,633.70 | 09/18 | 273.70 |
| 09/09 | 21,368.70 | 09/24 | 165.91 |
| 09/10 | 24,368.70 | 09/25 | 26,027.17 |
| 09/11 | 24,223.70 | 09/26 | 25,527.17 |
| 09/12 | 23,673.70 | 09/27 | 11,527.17 |
| 09/13 | 15,673.70 | 09/30 | 11,427.17 |

CONFIDENTIAL

CHASE_SIMPSON0000149

**CHASE** ◯

August 31, 2024 through September 30, 2024

Account Number: [ Redacted ] 3021



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞    Your name and account number;
∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

CONFIDENTIAL

CHASE_SIMPSON0000150

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM INDEX NO. 158055/2023

NYSCEF DOC. NO. 1208    25-1043-gb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank    RECEIVED NYSCEF: 02/19/2025
Statements    Pg 33 of 63

This Page Intentionally Left Blank

CONFIDENTIAL

CHASE_SIMPSON0000151

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208

25-10437-jgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 34 of 63    RECEIVED NYSCEF: 02/19/2025

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: [Redacted] 3021



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00002557 DDI 802 211 27524 NNNNNNNNNNN  P1 000000000 64
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$5,402.79** |
| Deposits and Additions | 4 | 72,380.91 |
| Electronic Withdrawals | 19 | - 66,356.53 |
| **Ending Balance** | **23** | **$11,427.17** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | Fedwire Credit Via: TD Bank, NA/031101266 B/O: Js Asset Management LLC Lakewood, NJ 08701-0000 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B TD Bank NA Imad: 0905Mmqfmpyq005604 Trn: 0999651249Ff | $25,380.91 |
| 09/10 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=O/B Citizens Ban Obi=1640 MO Tors LLC Imad: 0910A1B7A41C003601 Trn: 1007791254Ff | 15,000.00 |
| 09/25 | Deposit     1256620248 | 25,000.00 |
| 09/25 | Online Transfer From Sav ...1478 Transaction#: 22165709257 | 7,000.00 |
| **Total Deposits and Additions** | | **$72,380.91** |

CONFIDENTIAL

CHASE_SIMPSON0000152

**CHASE**

August 31, 2024 through September 30, 2024

Account Number: [Redacted] 3021

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Online Transfer To Chk ...6795 Transaction#: 21936716116 | $2,000.00 |
| 09/03 | Zelle Payment To Romeo Pitt Jpm99An26H5S | 1,000.00 |
| 09/05 | Online Domestic Wire Transfer A/C: Huebscher Consulting Corp. New York NY 10128-4838 US Trn: 3721534249Es | 6,150.00 |
| 09/09 | Zelle Payment To Gabriel Shaul 22004983002 | 265.00 |
| 09/10 | Online Transfer To Chk ...6795 Transaction#: 22011010314 | 2,000.00 |
| 09/10 | Online Transfer To Chk ...0799 Transaction#: 22014271977 | 10,000.00 |
| 09/11 | Orig CO Name:Nyc Finance       Orig ID:1136400434 Desc Date:       CO Entry Descr:Parking Tksec:Web    Trace#:028000082859509 Eed:240911    Ind ID:C 391121149        Ind Name:Yjsimco Trn: 2542859509Tc | 145.00 |
| 09/12 | Zelle Payment To Urim Jpm99Anjarnb | 550.00 |
| 09/13 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Imad: 0913Mmqfmp2M016525 Trn: 3357164257Es | 6,000.00 |
| 09/13 | Online Transfer To Chk ...6795 Transaction#: 22049670511 | 2,000.00 |
| 09/16 | Online Transfer To Chk ...2874 Transaction#: 22078995077 | 7,500.00 |
| 09/16 | Online Transfer To Chk ...0799 Transaction#: 22079018900 | 6,700.00 |
| 09/18 | Online Transfer To Chk ...6795 Transaction#: 22095410626 | 1,200.00 |
| 09/24 | Orig CO Name:Intuit *       Orig ID:0000756346 Desc Date:240924 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000024194740 Eed:240924   Ind ID:0857322        Ind Name:Yj Simco LLC 800-446-8848 Trn: 2684194740Tc | 107.79 |
| 09/25 | Online Domestic Wire Transfer A/C: Huebscher Consulting Corp. New York NY 10128-4838 US Ref: Jeffrey Simpson Trn: 3270804269Es | 6,138.74 |
| 09/26 | Online Transfer To Chk ...6795 Transaction#: 22182501580 | 500.00 |
| 09/27 | Online Transfer To Sav ...1478 Transaction#: 22187472550 | 7,000.00 |
| 09/27 | Online Domestic Wire Transfer Via: TD Bank, NA/026013673 A/C: Davidoff Hutcher And Citron Llp Forest Hills NY 11375 US Ref: Jeffrey Simpson Imad: 0927Mmqfmp2K015389 Trn: 3297214271Es | 7,000.00 |
| 09/30 | Zelle Payment To Max Simpson 22212853980 | 100.00 |
| **Total Electronic Withdrawals** | | **$66,356.53** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 09/03 | $2,402.79 | 09/16 | 1,473.70 |
| 09/05 | 21,633.70 | 09/18 | 273.70 |
| 09/09 | 21,368.70 | 09/24 | 165.91 |
| 09/10 | 24,368.70 | 09/25 | 26,027.17 |
| 09/11 | 24,223.70 | 09/26 | 25,527.17 |
| 09/12 | 23,673.70 | 09/27 | 11,527.17 |
| 09/13 | 15,673.70 | 09/30 | 11,427.17 |

CONFIDENTIAL

CHASE_SIMPSON0000153

## CHASE ◼

August 31, 2024 through September 30, 2024

Account Number:    Redacted    3021



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞    Your name and account number;
- ∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

CONFIDENTIAL                                                                CHASE_SIMPSON0000154

**CHASE** 🔵

August 31, 2024 through September 30, 2024

Account Number: [ Redacted ] **3021**

This Page Intentionally Left Blank

CONFIDENTIAL                                CHASE_SIMPSON0000155

# CHASE ⬤    **DEPOSIT/DEPÓSITO**

CHECKING ☐
SAVINGS ☐

**DEPOSIT/DEPÓSITO**

Today's Date/Fecha

9/25/24

R/T 500001020

Customer Name (*Please Print*)/Nombre del cliente (*en letra de molde*)

YJ Simco LLC

N13062-CH (Rev 08/23)  #0103234  07/24

CASH/EFECTIVO ▶                    .

CHECK/CHEQUE ▶                    .

TOTAL FROM OTHER SIDE/TOTAL DEL REVERSO ▶          .

SUBTOTAL ▶                    .

Start your account number here/
▼ Empiece su número de cuenta aquí

| Redacted | 3021 |

TOTAL **$**        25 000.00

⑈ 1 2566 20 248 ⑈  ⑆ 5000 10 20⑆

JPMorganChaseBank 092522 000688 964530090937



CONFIDENTIAL                                                                CHASE_SIMPSON0000157

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024

Account Number: [Redacted] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00013230 DDA 802 141 30624 NNNNNNNNNNNN T 1 000000000 64 0000

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$11,427.17** |
| Electronic Withdrawals | 9 | - 11,230.87 |
| **Ending Balance** | **9** | **$196.30** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Chasehomefinance      Orig ID:1034826001 Desc Date:      CO Entry Descr:Ln Pmt   Sec:Tel   Trace#:021000025674414 Eed:241001  Ind ID:7001959042           Ind Name:LLC 1055 Park Ave 4 Trn: 2745674414Tc | $4,273.58 |
| 10/15 | Zelle Payment To HI5 Pet Services (Pablo) 22380288499 | 849.50 |
| 10/15 | Online Transfer To Chk ...6795 Transaction#: 22387832693 | 1,000.00 |
| 10/16 | Online Transfer To Chk ...6795 Transaction#: 22400841663 | 1,000.00 |
| 10/21 | Online Transfer To Chk ...6795 Transaction#: 22440655442 | 1,000.00 |
| 10/21 | Online Transfer To Chk ...6795 Transaction#: 22453658495 | 500.00 |
| 10/23 | Online Transfer To Chk ...6795 Transaction#: 22474004485 | 2,000.00 |
| 10/24 | Orig CO Name:Intuit *      Orig ID:0000756346 Desc Date:241024 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000022361973 Eed:241024  Ind ID:1020403           Ind Name:Yj Simco LLC 800-446-8848 Trn: 2982361973Tc | 107.79 |
| 10/29 | Online Transfer To Chk ...6795 Transaction#: 22531926174 | 500.00 |
| **Total Electronic Withdrawals** | | **$11,230.87** |

Your service charges, fees and earnings credit have been calculated through account analysis.

CONFIDENTIAL

CHASE_SIMPSON0000158

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
NYSCEF DOC. NO. 1208
25-10437-lgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 41 of 63

INDEX NO. 158055/2023
RECEIVED NYSCEF: 02/19/2025

## CHASE ⬡

October 01, 2024 through October 31, 2024

Account Number: Redacted 3021

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $7,153.59 |
| 10/15 | 5,304.09 |
| 10/16 | 4,304.09 |
| 10/21 | 2,804.09 |
| 10/23 | 804.09 |
| 10/24 | 696.30 |
| 10/29 | 196.30 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞  Your name and account number;
- ∞  A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞  The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL

CHASE_SIMPSON0000159

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024

Account Number: ☐ Redacted ☐ 3021



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00036890 DDA 802 211 30624 NNNNNNNNNNN 1 000000000 64
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$11,427.17** |
| Electronic Withdrawals | 9 | - 11,230.87 |
| **Ending Balance** | **9** | **$196.30** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Chasehomefinance      Orig ID:1034826001 Desc Date:      CO Entry Descr:Ln Pmt   Sec:Tel   Trace#:021000025674414 Eed:241001   Ind ID:7001959042          Ind Name:LLC 1055 Park Ave 4 Trn: 2745674414Tc | $4,273.58 |
| 10/15 | Zelle Payment To HI5 Pet Services (Pablo) 22380288499 | 849.50 |
| 10/15 | Online Transfer To Chk ...6795 Transaction#: 22387832693 | 1,000.00 |
| 10/16 | Online Transfer To Chk ...6795 Transaction#: 22400841663 | 1,000.00 |
| 10/21 | Online Transfer To Chk ...6795 Transaction#: 22440655442 | 1,000.00 |
| 10/21 | Online Transfer To Chk ...6795 Transaction#: 22453658495 | 500.00 |
| 10/23 | Online Transfer To Chk ...6795 Transaction#: 22474004485 | 2,000.00 |
| 10/24 | Orig CO Name:Intuit *          Orig ID:0000756346 Desc Date:241024 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000022361973 Eed:241024   Ind ID:1020403          Ind Name:Yj Simco LLC 800-446-8848 Trn: 2982361973Tc | 107.79 |
| 10/29 | Online Transfer To Chk ...6795 Transaction#: 22531926174 | 500.00 |
| **Total Electronic Withdrawals** | | **$11,230.87** |

Your service charges, fees and earnings credit have been calculated through account analysis.

CONFIDENTIAL

CHASE_SIMPSON0000160

## CHASE ⬡

October 01, 2024 through October 31, 2024

Account Number: [ Redacted ] 3021

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $7,153.59 |
| 10/15 | 5,304.09 |
| 10/16 | 4,304.09 |
| 10/21 | 2,804.09 |
| 10/23 | 804.09 |
| 10/24 | 696.30 |
| 10/29 | 196.30 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞ Your name and account number;
- ∞ A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞ The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL                                                                    CHASE_SIMPSON0000161

## CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024

Account Number: [Redacted] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00013029 DDA 802 141 33524 NNNNNNNNNNN T 1 000000000 64 0000
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$196.30** |
| Electronic Withdrawals | 1 | - 107.79 |
| **Ending Balance** | **1** | **$88.51** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/25 | Orig CO Name:Intuit *      Orig ID:0000756346 Desc Date:241124 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000022176112 Eed:241125   Ind ID:1378808          Ind Name:Yj Simco LLC 800-446-8848 Trn: 3302176112Tc | $107.79 |
| **Total Electronic Withdrawals** | | **$107.79** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/25 | $88.51 |

CONFIDENTIAL
CHASE_SIMPSON0000162

# CHASE ⬣

November 01, 2024 through November 29, 2024

Account Number: Redacted 3021

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞  Your name and account number;
- ∞  A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞  The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL

CHASE_SIMPSON0000163

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208
25-10437-jgb   Doc 16-1   Filed 05/08/25   Entered 05/08/25 15:42:51   Exhibit 1-Bank
Statements   Pg 46 of 63
RECEIVED NYSCEF: 02/19/2025

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024

Account Number: [Redacted] 3021



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00038989 DDA 802 211 33524 NNNNNNNNNNN 1 000000000 64

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

# CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$196.30** |
| Electronic Withdrawals | 1 | - 107.79 |
| **Ending Balance** | **1** | **$88.51** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/25 | Orig CO Name:Intuit *          Orig ID:0000756346 Desc Date:241124 CO Entry | $107.79 |
|  | Descr:Qbooks Onlsec:CCD    Trace#:021000022176112 Eed:241125   Ind |  |
|  | ID:1378808             Ind Name:Yj Simco Llc |  |
|  | 800-446-8848 Trn: 3302176112Tc |  |
| **Total Electronic Withdrawals** | | **$107.79** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/25 | $88.51 |

CONFIDENTIAL
CHASE_SIMPSON0000164

CHASE ○

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞    Your name and account number;
∞    A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞    The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

CONFIDENTIAL                                                                 CHASE_SIMPSON0000165

## CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024

Account Number: [ Redacted ] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00013997 DDA 802 141 00125 NNNNNNNNNNN T 1 000000000 64 0000
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$88.51** |
| Deposits and Additions | 4 | 11,715.58 |
| Electronic Withdrawals | 7 | - 11,740.58 |
| **Ending Balance** | **11** | **$63.51** |

Our records indicate that this account has had no check activity for the past eleven months. The status for this account will be changed to Post No Checks effective two months from this statement date. The Post No Checks service is a fraud protection measure which prevents all check debits from posting to the account. There will be no charge for this service on this account. Pricing may be reviewed and adjusted as needed in the future.

You may opt out of this change by contacting your Client Service Representative prior to your next statement. If you contact your Client Service Representative to opt out of this change, be prepared to provide the specific account number in writing.

CONFIDENTIAL

CHASE_SIMPSON0000166



November 30, 2024 through December 31, 2024

Account Number: [Redacted] 3021

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Orig CO Name:Jeffrey Simpson    Orig ID:1770527921 Desc Date:241211 CO Entry Descr:Sender   Sec:PPD   Trace#:063106148815369 Eed:241211  Ind ID:11910520911    Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 3458815369Tc | $4,000.00 |
| 12/17 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=9938301 Imad: 1217A1B7A41C002826 Trn: 0885861352Ff | 7,500.00 |
| 12/26 | Reversal of Orig CO Name:Intuit *    Orig ID:0000756346 Desc Date:241224 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000024568698 Eed:241224  Ind ID:2764489    Ind Name:Yj Simco LLC | 107.79 |
| 12/31 | Reversal of Orig CO Name:Intuit *    Orig ID:0000756346 Desc Date:241228 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000029118695 Eed:241230  Ind ID:4109314    Ind Name:Yj Simco LLC | 107.79 |
| **Total Deposits and Additions** | | **$11,715.58** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Online Transfer To Chk ...6795 Transaction#: 23015298959 | $3,000.00 |
| 12/16 | Zelle Payment To Nahid Haque 23064915448 | 25.00 |
| 12/16 | Online Transfer To Chk ...6795 Transaction#: 23075357387 | 500.00 |
| 12/17 | Online Domestic Wire Transfer Via: Flagstar Bank, NA/026013576 A/C: Borah Goldsteinn Altschuler Nahins New York NY 10013 US Ref: Jeffrey Simpson Imad: 1217Mmqfmp2K030491 Trn: 3656934352Es | 7,500.00 |
| 12/18 | Online Transfer To Chk ...6795 Transaction#: 23094445229 | 500.00 |
| 12/24 | Orig CO Name:Intuit *    Orig ID:0000756346 Desc Date:241224 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000024568698 Eed:241224  Ind ID:2764489    Ind Name:Yj Simco LLC 800-446-8848 Trn: 3594568698Tc | 107.79 |
| 12/30 | Orig CO Name:Intuit *    Orig ID:0000756346 Desc Date:241228 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000029118695 Eed:241230  Ind ID:4109314    Ind Name:Yj Simco LLC 800-446-8848 Trn: 3659118695Tc | 107.79 |
| **Total Electronic Withdrawals** | | **$11,740.58** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/11 | $1,088.51 |
| 12/16 | 563.51 |
| 12/17 | 563.51 |
| 12/18 | 63.51 |
| 12/24 | -44.28 |
| 12/26 | 63.51 |
| 12/30 | -44.28 |
| 12/31 | 63.51 |

CONFIDENTIAL

CHASE_SIMPSON0000167

## CHASE ◯

November 30, 2024 through December 31, 2024

Account Number: [ Redacted ] 3021



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞   Your name and account number;
∞   A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞   The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

CONFIDENTIAL

CHASE_SIMPSON0000168

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208
25-1043-jgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 51 of 63
RECEIVED NYSCEF: 02/19/2025

**CHASE**

November 30, 2024 through December 31, 2024

Account Number: Redacted 3021

This Page Intentionally Left Blank

Page 4 of 4

CONFIDENTIAL

CHASE_SIMPSON0000169

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024

Account Number: [Redacted] 3021



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00045263 DDA 802 211  00125 NNNNNNNNNNN  1 000000000 64
YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

---

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$88.51** |
| Deposits and Additions | 4 | 11,715.58 |
| Electronic Withdrawals | 7 | - 11,740.58 |
| **Ending Balance** | **11** | **$63.51** |

Our records indicate that this account has had no check activity for the past eleven months. The status for this account will be changed to Post No Checks effective two months from this statement date. The Post No Checks service is a fraud protection measure which prevents all check debits from posting to the account. There will be no charge for this service on this account. Pricing may be reviewed and adjusted as needed in the future.

You may opt out of this change by contacting your Client Service Representative prior to your next statement. If you contact your Client Service Representative to opt out of this change, be prepared to provide the specific account number in writing.

CONFIDENTIAL    CHASE_SIMPSON0000170

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
INDEX NO. 158055/2023
NYSCEF DOC. NO. 1208
25-10437-lgb   Doc 16-1   Filed 05/08/25   Entered 05/08/25 15:42:51   Exhibit 1-Bank
Statements   Pg 53 of 63
RECEIVED NYSCEF: 02/19/2025



November 30, 2024 through December 31, 2024

Account Number: [Redacted] 3021

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Orig CO Name:Jeffrey Simpson      Orig ID:1770527921 Desc Date:241211 CO Entry Descr:Sender   Sec:PPD   Trace#:063106148815369 Eed:241211   Ind ID:11910520911           Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 3458815369Tc | $4,000.00 |
| 12/17 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=9938301 Imad: 1217A1B7A41C002826 Trn: 0885861352Ff | 7,500.00 |
| 12/26 | Reversal of Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:241224 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000024568698 Eed:241224   Ind ID:2764489           Ind Name:Yj Simco LLC | 107.79 |
| 12/31 | Reversal of Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:241228 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000029118695 Eed:241230   Ind ID:4109314           Ind Name:Yj Simco LLC | 107.79 |
| **Total Deposits and Additions** | | **$11,715.58** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Online Transfer To Chk ...6795 Transaction#: 23015298959 | $3,000.00 |
| 12/16 | Zelle Payment To Nahid Haque 23064915448 | 25.00 |
| 12/16 | Online Transfer To Chk ...6795 Transaction#: 23075357387 | 500.00 |
| 12/17 | Online Domestic Wire Transfer Via: Flagstar Bank, NA/026013576 A/C: Borah Goldsteinn Altschuler Nahins New York NY 10013 US Ref: Jeffrey Simpson Imad: 1217Mmqfmp2K030491 Trn: 3656934352Es | 7,500.00 |
| 12/18 | Online Transfer To Chk ...6795 Transaction#: 23094445229 | 500.00 |
| 12/24 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:241224 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000024568698 Eed:241224   Ind ID:2764489           Ind Name:Yj Simco LLC 800-446-8848 Trn: 3594568698Tc | 107.79 |
| 12/30 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:241228 CO Entry Descr:Qbooks Onlsec:CCD   Trace#:021000029118695 Eed:241230   Ind ID:4109314           Ind Name:Yj Simco LLC 800-446-8848 Trn: 3659118695Tc | 107.79 |
| **Total Electronic Withdrawals** | | **$11,740.58** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/11 | $1,088.51 |
| 12/16 | 563.51 |
| 12/17 | 563.51 |
| 12/18 | 63.51 |
| 12/24 | -44.28 |
| 12/26 | 63.51 |
| 12/30 | -44.28 |
| 12/31 | 63.51 |

CONFIDENTIAL

CHASE_SIMPSON0000171

FILED: NEW YORK COUNTY CLERK 02/19/2025 10:20 PM
NYSCEF DOC. NO. 1208

25-10437-lgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 54 of 63

INDEX NO. 158055/2023

RECEIVED NYSCEF: 02/19/2025

CHASE ⬡

November 30, 2024 through December 31, 2024

Account Number: [ Redacted ] 3021



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞   Your name and account number;
∞   A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞   The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL

CHASE_SIMPSON0000172

**CHASE** ⬦

November 30, 2024 through December 31, 2024

Account Number: Redacted 3021

This Page Intentionally Left Blank

CONFIDENTIAL

CHASE_SIMPSON0000173



**CHASE ⬢**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025

Account Number: [ Redacted ] 3021

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00014240 DDA 802 141 03225 NNNNNNNNNNNN T 1 000000000 64 0000

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

## CHECKING SUMMARY    Commercial Checking

|                          | INSTANCES | AMOUNT       |
|--------------------------|-----------|--------------|
| Beginning Balance        |           | $63.51       |
| Deposits and Additions   | 8         | 61,950.00    |
| Electronic Withdrawals   | 25        | - 60,970.81  |
| **Ending Balance**       | **33**    | **$1,042.70** |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION | AMOUNT |
|-------|-------------|--------|
| 01/02 | Online Transfer From Chk ...2552 Transaction#: 23247206843 | $25,000.00 |
| 01/09 | Orig CO Name:Jeffrey Simpson      Orig ID:1770527921 Desc Date:250109 CO Entry Descr:Sender   Sec:PPD   Trace#:063106149585502 Eed:250109  Ind ID:12198400655          Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 0089585502Tc | 550.00 |
| 01/10 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10132686 Imad: 0110A1B7A41C004099 Trn: 1034001010Ff | 5,000.00 |
| 01/14 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10154423 Imad: 0114A1B7A41C004253 Trn: 1149491014Ff | 14,000.00 |
| 01/14 | Orig CO Name:Jeffrey Simpson      Orig ID:1770527921 Desc Date:250114 CO Entry Descr:Sender   Sec:PPD   Trace#:063106146979440 Eed:250114  Ind ID:12236130581          Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 0136979440Tc | 400.00 |
| 01/21 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY | 5,000.00 |

CONFIDENTIAL

CHASE_SIMPSON0000174

## CHASE ◆

January 01, 2025 through January 31, 2025

Account Number: [Redacted] 3021

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 10001-7795 US/Ac-0000008000 97 Rfb=10190522 Imad: 0121A1B7A41C000283 Trn: 0278321021Ff | |
| 01/28 | Orig CO Name:Jeffrey Simpson        Orig ID:1770527921 Desc Date:250128 CO Entry Descr:Sender   Sec:PPD   Trace#:063106140184693 Eed:250128   Ind ID:12374205039        Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 0270184693Tc | 2,000.00 |
| 01/29 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10260864 Imad: 0129A1B7A41C002743 Trn: 0833721029Ff | 10,000.00 |

**Total Deposits and Additions** **$61,950.00**

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Online Transfer To Chk ...6795 Transaction#: 23248772918 | $2,000.00 |
| 01/03 | Orig CO Name:Lehigh Universit        Orig ID:1223755714 Desc Date:010225 CO Entry Descr:Lehigh Unisec:Web   Trace#:091000015014760 Eed:250103   Ind ID: Ind Name:Yjsimco LLC Trn: 0035014760Tc | 10,000.00 |
| 01/06 | Online Transfer To Chk ...6795 Transaction#: 23299034633 | 1,000.00 |
| 01/06 | Online Transfer To Chk ...6795 Transaction#: 23300395767 | 2,000.00 |
| 01/08 | Orig CO Name:State Farm Ro 08        Orig ID:9000313004 Desc Date:        CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000027553308 Eed:250108   Ind ID:17 F C3D4189        Ind Name:Yael Simpson Trn: 0077553308Tc | 501.85 |
| 01/08 | Orig CO Name:State Farm Ro 08        Orig ID:9000313004 Desc Date:        CO Entry Descr:Cpc-Clientsec:CCD   Trace#:021000027553307 Eed:250108   Ind ID:17 F C3C7615        Ind Name:Yael Simpson Trn: 0077553307Tc | 78.95 |
| 01/08 | Online Transfer To Chk ...6795 Transaction#: 23319596950 | 2,000.00 |
| 01/08 | Online Transfer To Chk ...6795 Transaction#: 23323547908 | 550.00 |
| 01/09 | Orig CO Name:Lehigh Universit        Orig ID:1223755714 Desc Date:010825 CO Entry Descr:Lehigh Unisec:Web   Trace#:091000010422605 Eed:250109   Ind ID: Ind Name:Yjsimco LLC Trn: 0090422605Tc | 1,037.50 |
| 01/13 | Zelle Payment To David 23366374897 | 400.00 |
| 01/13 | Online Transfer To Chk ...6071 Transaction#: 23371476595 | 400.00 |
| 01/13 | Online Transfer To Chk ...2890 Transaction#: 23372059254 | 500.00 |
| 01/13 | Online Domestic Wire Transfer A/C: Lorenc Law Firm PC New York NY 10036-4208 US Ref: Jeffrey Simpson Trn: 3673255013Es | 5,000.00 |
| 01/14 | Orig CO Name:Optimum 7839        Orig ID:9078390001 Desc Date:011425 CO Entry Descr:Cable Pmntsec:PPD   Trace#:021000029237007 Eed:250114   Ind ID:34670808        Ind Name:J  Simpson Trn: 0149237007Tc | 657.28 |
| 01/14 | Online Transfer To Chk ...6795 Transaction#: 23383009933 | 2,000.00 |
| 01/14 | Online Transfer To Chk ...0799 Transaction#: 23386141938 | 14,000.00 |
| 01/16 | Online Transfer To Chk ...6795 Transaction#: 23404516030 | 2,000.00 |
| 01/21 | Online Transfer To Chk ...6795 Transaction#: 23457258054 | 2,000.00 |
| 01/22 | Online Transfer To Chk ...6795 Transaction#: 23465781983 | 1,500.00 |
| 01/24 | Online Transfer To Chk ...6795 Transaction#: 23491473816 | 1,000.00 |
| 01/27 | Online Transfer To Chk ...6795 Transaction#: 23508227354 | 1,000.00 |
| 01/29 | Orig CO Name:Optimum 7839        Orig ID:9078390001 Desc Date:012925 CO Entry Descr:Cable Pmntsec:PPD   Trace#:021000022783123 Eed:250129   Ind ID:34670808        Ind Name:J  Simpson Trn: 0292783123Tc | 345.23 |

CONFIDENTIAL

CHASE_SIMPSON0000175



January 01, 2025 through January 31, 2025

Account Number: [Redacted] 3021

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29 | Online Domestic Wire Transfer A/C: Lorenc Law Firm PC New York NY 10036-4208 US Ref: Jeffrey Simpson Trn: 3459495029Es | 5,000.00 |
| 01/29 | Online Domestic Wire Transfer A/C: Levin-Epstein & Associates, P.C New York NY 10165- US Ref: Jeffrey Simpson Trn: 3470305029Es | 5,000.00 |
| 01/31 | Online Transfer To Chk ...6795 Transaction#: 23561717955 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$60,970.81** |

Your service charges, fees and earnings credit have been calculated through account analysis.



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | $23,063.51 | 01/16 | 887.93 |
| 01/03 | 13,063.51 | 01/21 | 3,887.93 |
| 01/06 | 10,063.51 | 01/22 | 2,387.93 |
| 01/08 | 6,932.71 | 01/24 | 1,387.93 |
| 01/09 | 6,445.21 | 01/27 | 387.93 |
| 01/10 | 11,445.21 | 01/28 | 2,387.93 |
| 01/13 | 5,145.21 | 01/29 | 2,042.70 |
| 01/14 | 2,887.93 | 01/31 | 1,042.70 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- ∞  Your name and account number;
- ∞  A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- ∞  The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL    CHASE_SIMPSON0000176

CHASE ⬤

January 01, 2025 through January 31, 2025

Account Number: Redacted 3021

This Page Intentionally Left Blank

CONFIDENTIAL                                                                CHASE_SIMPSON0000177

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025

Account Number: [Redacted] 3021

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00046099 DDA 802 211 03225 NNNNNNNNNNN 1 000000000 64

YJ SIMCO LLC
15 W 27TH ST FL 6
NEW YORK NY 10001-7795

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$63.51** |
| Deposits and Additions | 8 | 61,950.00 |
| Electronic Withdrawals | 25 | - 60,970.81 |
| **Ending Balance** | **33** | **$1,042.70** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Online Transfer From Chk ...2552 Transaction#: 23247206843 | $25,000.00 |
| 01/09 | Orig CO Name:Jeffrey Simpson    Orig ID:1770527921 Desc Date:250109 CO Entry Descr:Sender   Sec:PPD   Trace#:063106149585502 Eed:250109  Ind ID:12198400655       Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 0089585502Tc | 550.00 |
| 01/10 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10132686 Imad: 0110A1B7A41C004099 Trn: 1034001010Ff | 5,000.00 |
| 01/14 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10154423 Imad: 0114A1B7A41C004253 Trn: 1149491014Ff | 14,000.00 |
| 01/14 | Orig CO Name:Jeffrey Simpson    Orig ID:1770527921 Desc Date:250114 CO Entry Descr:Sender   Sec:PPD   Trace#:063106146979440 Eed:250114  Ind ID:12236130581       Ind Name:Yjsimco Onlne Trnsfr88850045 Trn: 0136979440Tc | 400.00 |
| 01/21 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY | 5,000.00 |

CONFIDENTIAL

CHASE_SIMPSON0000178

25-10437-lgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank Statements    Pg 61 of 63

## CHASE ◆

January 01, 2025 through January 31, 2025

Account Number: [ Redacted ]3021

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 10001-7795 US/Ac-0000008000 97 Rfb=10190522 Imad: 0121A1B7A41C000283 Trn: 0278321021Ff | |
| 01/28 | Orig CO Name:Jeffrey Simpson    Orig ID:1770527921 Desc Date:250128 CO Entry Descr:Sender    Sec:PPD    Trace#:063106140184693 Eed:250128   Ind ID:12374205039    Ind Name:Yjsimco OnIne Trnsfr88850045 Trn: 0270184693Tc | 2,000.00 |
| 01/29 | Fedwire Credit Via: Citizens Bank, NA/011500120 B/O: 1640 Motors LLC New York NY 10003-4566 Ref: Chase Nyc/Ctr/Bnf=Yj Simco LLC New York NY 10001-7795 US/Ac-0000008000 97 Rfb=10260864 Imad: 0129A1B7A41C002743 Trn: 0833721029Ff | 10,000.00 |
| **Total Deposits and Additions** | | **$61,950.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Online Transfer To Chk ...6795 Transaction#: 23248772918 | $2,000.00 |
| 01/03 | Orig CO Name:Lehigh Universit    Orig ID:1223755714 Desc Date:010225 CO Entry Descr:Lehigh Unisec:Web    Trace#:091000015014760 Eed:250103   Ind ID: Ind Name:Yjsimco LLC Trn: 0035014760Tc | 10,000.00 |
| 01/06 | Online Transfer To Chk ...6795 Transaction#: 23299034633 | 1,000.00 |
| 01/06 | Online Transfer To Chk ...6795 Transaction#: 23300395767 | 2,000.00 |
| 01/08 | Orig CO Name:State Farm Ro 08    Orig ID:9000313004 Desc Date:    CO Entry Descr:Cpc-Clientsec:CCD    Trace#:021000027553308 Eed:250108   Ind ID:17 F C3D4189    Ind Name:Yael Simpson Trn: 0077553308Tc | 501.85 |
| 01/08 | Orig CO Name:State Farm Ro 08    Orig ID:9000313004 Desc Date:    CO Entry Descr:Cpc-Clientsec:CCD    Trace#:021000027553307 Eed:250108   Ind ID:17 F C3C7615    Ind Name:Yael Simpson Trn: 0077553307Tc | 78.95 |
| 01/08 | Online Transfer To Chk ...6795 Transaction#: 23319596950 | 2,000.00 |
| 01/08 | Online Transfer To Chk ...6795 Transaction#: 23323547908 | 550.00 |
| 01/09 | Orig CO Name:Lehigh Universit    Orig ID:1223755714 Desc Date:010825 CO Entry Descr:Lehigh Unisec:Web    Trace#:091000010422605 Eed:250109   Ind ID: Ind Name:Yjsimco LLC Trn: 0090422605Tc | 1,037.50 |
| 01/13 | Zelle Payment To David 23366374897 | 400.00 |
| 01/13 | Online Transfer To Chk ...6071 Transaction#: 23371476595 | 400.00 |
| 01/13 | Online Transfer To Chk ...2890 Transaction#: 23372059254 | 500.00 |
| 01/13 | Online Domestic Wire Transfer A/C: Lorenc Law Firm PC New York NY 10036-4208 US Ref: Jeffrey Simpson Trn: 3673255013Es | 5,000.00 |
| 01/14 | Orig CO Name:Optimum 7839    Orig ID:9078390001 Desc Date:011425 CO Entry Descr:Cable Pmntsec:PPD    Trace#:021000029237007 Eed:250114   Ind ID:34670808    Ind Name:J  Simpson Trn: 0149237007Tc | 657.28 |
| 01/14 | Online Transfer To Chk ...6795 Transaction#: 23383009933 | 2,000.00 |
| 01/14 | Online Transfer To Chk ...0799 Transaction#: 23386141938 | 14,000.00 |
| 01/16 | Online Transfer To Chk ...6795 Transaction#: 23404516030 | 2,000.00 |
| 01/21 | Online Transfer To Chk ...6795 Transaction#: 23457258054 | 2,000.00 |
| 01/22 | Online Transfer To Chk ...6795 Transaction#: 23465781983 | 1,500.00 |
| 01/24 | Online Transfer To Chk ...6795 Transaction#: 23491473816 | 1,000.00 |
| 01/27 | Online Transfer To Chk ...6795 Transaction#: 23508227354 | 1,000.00 |
| 01/29 | Orig CO Name:Optimum 7839    Orig ID:9078390001 Desc Date:012925 CO Entry Descr:Cable Pmntsec:PPD    Trace#:021000022783123 Eed:250129   Ind ID:34670808    Ind Name:J  Simpson Trn: 0292783123Tc | 345.23 |

CONFIDENTIAL

CHASE_SIMPSON0000179

**CHASE ◼**

January 01, 2025 through January 31, 2025

Account Number: [ Redacted ] 3021

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29 | Online Domestic Wire Transfer A/C: Lorenc Law Firm PC New York NY 10036-4208 US Ref: Jeffrey Simpson Trn: 3459495029Es | 5,000.00 |
| 01/29 | Online Domestic Wire Transfer A/C: Levin-Epstein & Associates, P.C New York NY 10165- US Ref: Jeffrey Simpson Trn: 3470305029Es | 5,000.00 |
| 01/31 | Online Transfer To Chk ...6795 Transaction#: 23561717955 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$60,970.81** |

Your service charges, fees and earnings credit have been calculated through account analysis.



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | $23,063.51 | 01/16 | 887.93 |
| 01/03 | 13,063.51 | 01/21 | 3,887.93 |
| 01/06 | 10,063.51 | 01/22 | 2,387.93 |
| 01/08 | 6,932.71 | 01/24 | 1,387.93 |
| 01/09 | 6,445.21 | 01/27 | 387.93 |
| 01/10 | 11,445.21 | 01/28 | 2,387.93 |
| 01/13 | 5,145.21 | 01/29 | 2,042.70 |
| 01/14 | 2,887.93 | 01/31 | 1,042.70 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

∞   Your name and account number;
∞   A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
∞   The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL                                    CHASE_SIMPSON0000180

25-1043-jgb    Doc 16-1    Filed 05/08/25    Entered 05/08/25 15:42:51    Exhibit 1-Bank
Statements    Pg 63 of 63

# CHASE ⬣

January 01, 2025 through January 31, 2025

Account Number: Redacted 3021

This Page Intentionally Left Blank

CONFIDENTIAL

CHASE_SIMPSON0000181