```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
In re                                                  :    Chapter 11
                                                       :
YJ Simco LLC,                                          :
                                                       :    Case No. 25-10437 (LGB)
                  Debtor.                              :
-------------------------------------------------------X
```

# ORDER CONVERTING CHAPTER 11 CASE TO CASE UNDER CHAPTER 7

**UPON** the United States Trustee's motion to convert or dismiss this case dated April 14, 2025 (the "Motion") [ECF 7]; and statements in support of the Motion having been filed by New York 555 LLC [ECF 12] and Jared Chassen [ECF 16]; and it appearing that appropriate notice has been given [ECF 8]; and the Court having held a hearing on the Motion on May 13, 2025 (the "Hearing"), at which appeared the Debtor's principal and counsel for each of the United States Trustee, New York 555 LLC, and Jared Chassen; and upon the record of the Hearing; and, after careful consideration and due deliberation, the Court having found cause existing for the relief granted herein, it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that this case commenced under Chapter 11 of the Bankruptcy Code be and hereby is converted to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Debtor shall turn over all records and property to the then-appointed chapter 7 Trustee as required by Rule 1019(4) of the Federal Rules of Bankruptcy Procedure, and otherwise cooperate and comply with the chapter 7 Trustee as required by all applicable law; and it is further

**ORDERED**, that the Debtor shall file (i) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case within 15 days of the date of this order, and (ii) a final report within 30 days of the date of this order, pursuant to Fed. R. Bankr. P. 1019(5); and it is further

**ORDERED**, that the Court retains jurisdiction over all matters related to or arising out of the implementation or execution of this Order.

Dated: New York, New York
May 14, 2025

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE