

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*One Bowling Green*     *(212) 510-0500*
*Suite 534*     *Fax: (212) 668-2361*
*New York, New York 10004*

**CONVERTED CASE MEMORANDUM**

| | |
|---|---|
| TO: | Case Administration-Judge Team for Judge Beckerman |
| FROM: | William K. Harrington<br>United States Trustee |
| PREPARED BY: | Mary Moroney |
| DATE: | May 15, 2025 |
| RE: | Appointment of Chapter 7 Trustee - Converted Case From Chapter 11 case to Chapter 7 - And Scheduling of Section 341(a) Meeting To Be Noticed by Clerk's Office |

---

The below listed case has been reviewed.

**Gregory Messer** has been selected as the interim trustee for the case. His address is **26 Court Street, Suite 2400, Brooklyn, New York 11242. Telephone No.(718) 858-1474 Fax (718) 797-5360.**

The 341(a) meeting for the case will be held by Zoom with Gregory Messer as the trustee on **June 6, 2025** at the time indicated below:

CONVERTED CHAPTER (11) CASE TO CHAPTER 7N CASE

**11:00 A.M.**

**YJ Simco LLC**                 **25-10437(LGB)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

**YJ Simco LLC,**                    25-10437(LGB)

Debtor(s).

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

 **Gregory Messer** of Brooklyn, New York is hereby appointed, pursuant to 11 U.S.C. 701(a) as Interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

 The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by United States Fire Insurance Company which is on file with the Office.  See 11 U.S.C. § 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:  New York, New York
   May 15, 2025

            William K. Harrington
            William K. Harrington
            United States Trustee
            One Bowling Green
            Suite 534
            New York, New York 10004

‣‣FILE A:\11TO7