```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
In re:                                                   :    Chapter 11
                                                         :
YJ Simco LLC,                                            :
                                                         :    Case No. 25-10437 (LGB)
                    Debtor.                              :
---------------------------------------------------------X
```

### AMENDED ORDER CONVERTING CHAPTER 11 CASE TO CASE UNDER CHAPTER 7

**UPON** the United States Trustee's motion to convert or dismiss this case dated April 14, 2025 (the "Motion") [ECF No. 7]; and statements in support of the Motion having been filed by New York 555 LLC [ECF No. 12] and Jared Chassen [ECF No. 16]; and it appearing that appropriate notice has been given [ECF No. 8]; and the Court having held a hearing on the Motion on May 13, 2025 (the "Hearing"), at which the principal and counsel for the above-captioned Debtor (the "Debtor"); and principal and counsel for each of the United States Trustee, New York 555 LLC, and Jared Chassen appeared; and upon the record of the Hearing; and after careful consideration and due deliberation, the Court entered an order granting the relief sought in the Motion, converting this case commenced under Chapter 11 of the Bankruptcy Code to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b) (the "Original Conversion Order") [ECF No. 18]; and the Court finding cause existing for the relief granted herein; it is hereby

**ORDERED**, that the Motion remains granted as set forth herein; and it is further

**ORDERED**, that the Debtor shall turn over all records and property to the then-appointed chapter 7 Trustee as required by Rule 1019(4) of the Federal Rules of Bankruptcy Procedure, and otherwise cooperate and comply with the chapter 7 Trustee as required by all applicable law; and it is further

1

**ORDERED**, that the effective date of the conversion of this case to a case under Chapter 7 is the date of the entry of the Original Conversion Order; and it is further

**ORDERED**, that the Original Conversion Order is amended insofar as the Debtor's deadline to file a schedule of unpaid debts incurred after the commencement of the Chapter 11 case is extended fourteen (14) days from the date of the deadline outlined in the Original Conversion Order; and it is further

**ORDERED**, that the deadline for a final report pursuant to Fed. R. Bankr. P. 1019(5) remains unchanged from the Original Conversion Order; and it is further

**ORDERED**, that the Court retains jurisdiction over all matters related to or arising out of the implementation or execution of this Order.

Dated: New York, New York
       June 4, 2025

                                         */s/ Lisa G. Beckerman*
                                         HONORABLE LISA G. BECKERMAN
                                         UNITED STATES BANKRUPTCY JUDGE