# **EXHIBIT E**

**Jacqulyn Loftin**

| | |
|---|---|
| From: | Jeffrey Simpson <jsimpson001@icloud.com> |
| Sent: | Sunday, June 15, 2025 3:42 PM |
| To: | Gary Herbst |
| Cc: | Jacqulyn Loftin; Benjamin Robert Rajotte; gremesser@aol.com |
| Subject: | Re: YJ Simco/Access to 1055 Park Ave |

**EXTERNAL EMAIL – USE CAUTION**

Happy Father's Day.

It seems Gary as you and Greg are comfortable ignoring me. I'm not doing this again, we already had this with Eric Huebscher. These properties do not belong to you, we said there's issues with the schedules and we are fixing them but somehow you think you're going to continue to steam roll and pursue my properties for the greater good of making a few bucks.

I've explained the issue at least four times and my position hasn't changed. If you think you're going to do something as it relates to any one of my assets, we will need the judge to give you that Order.

You will not be touring those assets or doing anything with them unless we have an affirmative statement from the court.

Have a nice day.

PS - I wish you were at the hearing because I personally told the judge the concerns a had about the membership interests and she said if I want an investigation, that's what the trustee is going to do. Instead you're looking for low hanging fruit to make money for yourself.

Jeffrey Simpson

Sent from my iPhone

> On Jun 3, 2025, at 3:21 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> This does not clear anything. If you read the notes that I prepared for you I told you clearly that I was aware of the pledge agreement. This is not ownership this is simply a document that's in addition to the other loan documents that are part of the loan file. I clearly articulated that this was done in error and it should have a different entity on it and I offered to change those entities by providing a new pledge agreement to the lender. I also informed you that if you look at the loan documents there's a 90 day standstill period from any event of default, none of which was papered. So the motions are meaningless other than I'm being attacked constantly and I wish you could see the light here. There are plenty of assets at YJ that are currently being deteriorated, this is the focus that I hope you

1

will start to see soon.  Again, more than happy to have this dialogue in front of the Judge.  It is not unusual for an outside trustee or receiver to try to grab onto things for them to make the most money.  Your constant follow up, which ignores key facts makes me seriously concerned about intentions here.

Mr. Rajotte is not available right now, I cannot reach him.  Unless you and him work something out, there's nothing more to discuss here until we have a dialogue with the Court.  I was hopeful that this experience was going to be better than the others and due process would actually occur here but that does not look like the intentions at all.  I sincerely hope I'm wrong.

Jeffrey Simpson

Sent from my iPhone


On Jun 3, 2025, at 3:15 PM, Gary Herbst <gfh@lhmlawfirm.com> wrote:


Mr. Simpson and Mr. Rajotte,
Please see exhibit J to the annexed motions. Hopefully this clears this issue up.
Again please provide us with the available dates for access. Thank you Gary Herbst.


---

**Gary F. Herbst, Esq., Member**

<image001.jpg>

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500, ext. 223 | Fx. (516) 826-0222
www.lhmlawfirm.com


This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP.  The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message.  Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Tuesday, June 3, 2025 2:55 PM
**To:** Gary Herbst <gfh@lhmlawfirm.com>
**Cc:** Jacqulyn Loftin <jsl@lhmlawfirm.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>;

2