**OFFIT KURMAN, P.A.**
590 Madison Avenue 6th Fl.
New York, New York 10022
Telephone: (212) 545-1900
Jason A. Nagi
Kenneth J. Flickinger

*Attorneys for Jeffrey Simpson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

In re:

JJ ARCH LLC,

                Debtor.

-------------------------------------------------------------------

Chapter 11
(Subchapter V)

Case No. 24-10381 (JPM)

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE** that Kenneth J. Flickinger, Esq. of Offit Kurman, P.A., hereby enters his appearance on behalf of Jeffrey Simpson, and requests that all notices given and all papers served in the above-captioned matter be given and served upon:

        Kenneth J. Flickinger
        OFFIT KURMAN, P.A.
        590 Madison Avenue 6th Fl.
        New York, New York 10022
        Telephone: (212) 545-1900
        kenneth.flickinger@offitkurman.com

The foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, the disclosure statement referred to in Bankruptcy Rule 3017, and also includes, without limitation, notice of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings, requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail, or otherwise.

This entry of appearance and request for notice shall not be deemed or construed to be a waiver of any right to: (i) have final orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, setoffs, or recoupments to which such party is or may be entitled, all of which are expressly reserved. Also, this entry shall not be deemed to be implied consent to jurisdiction for any *Stern v. Marshall* category claims that the bankruptcy court may not have authority to enter.

Dated: New York, New York
March 21, 2024

**OFFIT KURMAN, P.A.**

*/s/ Kenneth J. Flickinger, Esq.*
Kenneth J. Flickinger
590 Madison Avenue 6th Fl.
New York, New York 10022
Telephone: (212) 545-1900
kenneth.flickinger@offitkurman.com

*Attorneys for Jeffrey Simpson*

4864-7609-1312, v. 1