| | |
|---|---|
| **From:** | Jeffrey Simpson |
| **To:** | jsl@lmhlawfirm.com; gremesser@aol.com |
| **Cc:** | NYSBml_Beckerman"s_Chambers; rajb@mllg.nyc; Jeffrey Simpson |
| **Subject:** | YJ Simco Letter (another attempt, sorry tech issues) |
| **Date:** | Thursday, July 24, 2025 10:36:57 AM |
| **Attachments:** | Letter to Judge Beckerman 7.24.25.pdf |

**CAUTION - EXTERNAL:**

Resending, not sure if the files went through so I will issue the attachments separately.   Thank you and sorry.

 Good morning Ms. Loflin and Mr. Messer,

Please find attached my letter of objection in regards to the hearing for today.   The second attachment includes the various attachments.   I am unable to attach the original 1055 Park loan closing binder as it is too large but I am sure we can find a way for me to share with you via a dropbox or some other electronic means.

Since I have shared many files prior that have not found their way on the docket (as I am not permitted to do so), I have CC'ed Chambers here to make sure that the records are available for the hearing.   If you could please share via ECF with the other parties, it will be greatly appreciated.

Also, since I did not learn of this hearing until yesterday evening, I am not local and I respectfully request remote access and appearance.

Thank you and best regards,

Jeffrey Simpson

646-753-2872

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.