## Opposition on Motion

July 24, 2025

Jeffrey Simpson, personally, Pro Se
Managing Member of YJ Simco, JJ Arch LLC, Affiliates
1055 Park Avenue, unit 4
New York, NY 10028

Honorable Judge Beckerman
US Bankruptcy Court for the Southern District
One Bowling Green
New York, NY 10004

Re: 1:25-bk-10437, YJ Simco LLC

Dear Honorable Judge Beckerman,

I apologize to write to you directly, without counsel.   The overall situation I am dealing with continues to decline.   I am not sure if Your Honor has seen the letter that I sent to the various Courts dealing with the matters at hand but I am attaching it again today.   Mr. Rajotte has used valiant efforts to help me on over 10 cases (pro bono) but he admittedly is not a Bankruptcy attorney.   Counsel and CRO originally engaged by YJ Simco have not responded and have disbanded.   Unfortunately, even though I am not an attorney, I have the most depictive recollection of the record as I am principal of the various entities.   I appreciate your review of these materials (which are still incomplete, as I am attempting to gather with limited access to prior files).

I am writing to you in advance of the hearing today, once again concerned that the intention of the Chapter 7 conversion is not being fulfilled pursuant to Your Honor's Order.   In prior hearings I have mentioned the record regarding the 555 Lender's incomplete file of documents on the docket.   I have used best efforts to communicate this information to the Trustee and counsel and I have simply been ignored.   None of the information I have provided has been put on ECF, so I am left with no choice but to send it this way as I have no access to do this myself.   The Trustee's counsel, Ms. Loflin confirmed in the prior hearing that she would meet with me and she has not.   She also communicated that she will provide a list of her questions based on the materials I provided and that did not happen either.

I would like to share the following as an objection to 555's Motion in addition to objection to the Trustee's abandonment of 1055 Park 1 LLC for the following reasons:

1. The two loans, 1055 Park PH and 1055 Park 1, are cross collateralized.   I had a dialogue with Mr. Rojatte and Ms. Loflin yesterday evening and she was not aware and admittedly

did not review the loan documents.   This is extremely concerning that a Trustee's counsel is advising the Trustee (to make moves that could be irreversible) without even checking the record or executed documents first.   I have attached the original closing binder with Maxim Capital (prior lender) here.   I am still trying to locate the Loan Modification documents that were in place until January of this year.   555 lender posted incomplete documents to ECF and ignores the loan modification from what I can see.   The loans have a "Release Agreement" which deals with this issue.   By abandonment of unit 1 and not considering the ramifications of the other, it is not only concerning but has serious implications to the estate (to the extent that these units are part of it).
2. In prior hearings I have illustrated how I believe the Chapter filing was incorrect and this was reflected when Kevin Wiener of 35 Oak (litigant in related case) finally released my personal files on these matters to me in May of 2025.   He has commandeered my company and many of my assets improperly by utilizing NYS Court Orders that only apply to an operating company vs. the property investment companies.   Various supporting documents are attached here including an Adv. Proceeding that we submitted during the JJ Arch bankruptcy and the most recent JJ Arch Appeal in front of Judge Vargas in SDNY.
3. In those files I found the genesis of the mortgage on these two condos and how the original lender, Luxury Mortgage demanded that I, Jeffrey Simpson, had to be the sole Member of each of the two entities in 2021.   I attached notices from the IRS acknowledging these changes.   I also include ACRIS screen shots that do not articulate ownership of YJ Simco in either unit.   E mail communications regarding the specifics of all of these matters were provided to the Trustee 8 weeks ago, I have seen no response.   All is attached here for Your Honor's consideration.
4. I am attaching and illustrating how the lender, through Danielle Light, tortiously interfered with the 1055 Park PH tenant by attempting to confiscate rent, moments after the loan was purchased.
5. This same lender had a very quick dialogue with me about a possible loan extension and / or modification and demanded additional collateral, this is also included here.
6. The lender does not consider (neither does the Trustee) that the pledge agreement illustrates a 90 day standstill after 30 days Notice and Cure.   This is not regarded even though this is contractual and intentionally ignored.   The lender is even holding mortgage payments that I funded, from Jan 2025 and not applying them to the principal or interest.
7. As I have stated on the record, I believe there was confusion on my side on the Pledge Agreement and if you refer to the YJ Simco Contribution Agreement, it was undated (in 2021) because it could not be effectuated given what I illustrated above.   Permitted transfers are allowed in the loan, there are no other investors or partners here that would require consent.   In the entity, YJ Simco, my wife, Yael Simpson is the only other non controlling member and she has not objected to any actions taken.

On the matter of the other YJ assets, please note the following:

1. What is most notable in my research for this hearing, I recognized that **when I transferred my various JJ Arch Investment Entity Membership Interests to YJ**

2

   **Simco in 2022, it also included my controlling interest in JJ Arch LLC itself**!  **This illustrates how YJ Simco is the ultimate owner of JJ Arch LLC and Arch Real Estate Holdings LLC (sub).**  The opposition in the NYS and JJ Arch BK action has fought tooth and nail to avoid discovery or any dialogue surrounding any of these interests because it does not allow them to continue the fraudulent conveyances that they have orchestrated.  I have shared examples here, which I shared with the Trustee but left with no reply.   They even immediately withdrew YJ Simco as a defendant in the NYS action to avoid possible Removal.   This was done without consent and against the CPLR rules.
2. Moreover, the JJ Arch bankruptcy has an active appeal and at the same time the Movants demanded a Receiver for JJ Arch direct entities (and have tried to sneak in the JJ Arch investment entities, including my shares that are part of this estate).   There is a wholesome record on this but most notably assets of Arch and JJ Arch, that would have been entitled to YJ Simco are being given away without consent on a regular basis.   I have plead for 2 years to illustrate to the various Courts on these issues and I have not been heard.   In light of my finding that JJ Arch LLC's controlling interest is actually owned by YJ Simco LLC, it is extremely concerning how those matters are being treated.  All of this has been shared with the Trustee and counsel two months ago, no reply provided.   The serious nature of these issues in NYS Court have resulted in malicious attempts to hold me in contempt of court, incarcerate me and the like, all without merit.
3. I have illustrated an attachment where Jared Chassen (prior Member of JJ Arch) told the bankruptcy court (JPM, JJ Arch) where he knows he cannot work for anyone else or he will be resigned and lose his interests in JJ Arch.   He has since testified (Feb 2025) that he worked for the opposition, 35 Oak, so perjury has occurred.   This has not been considered by the Courts, which I find very concerning.   He also has a large Member and Default Loan that pledges his JJ Arch shares to me and personally guarantees such.   This has been articulated clearly prior in the NYS record.   Chassen and counsel were contributors to conversion to Chapter 7 without merit or considering the impacts of what doors it opens.

There is a lot here and all can be briefed by counsel.   I have contractual insurance and indemnification that have both been stripped of me via a scorched earth campaign by Chassen and 35 Oak.   I have used all available resources to pay legal bills.   I have been stripped of my reputation, my income and liquidity, all so 35 Oak can commit fraud (due to their admitted liquidity issues in 2023, in writing) and create false allegations about me.    I understand this matter is not in front of Your Honor but I respectfully inquire as to how it is not an asset of the YJ Simco estate given the attachment point and the 2022 transfer of my interests there.    I hope we can discuss this in today's hearing.   If I am not being heard in anywhere else, wouldn't the Bankruptcy Court be the appropriate venue given that it's estate's assets are being eroded in real time?

As it relates to the schedules and updates, I have attached various messages which make it unclear if procedurally we are permitted to update them.

Finally, I also attached my request to the UST (DOJ) to help participate in an investigation of the fraud herein, I was shut down there as well.   I pleaded with Your Honor on the very day that this

3

filing was converted to Chapter 7 and I know Your Honor was serious when I thought I heard the commentary that if I am concerned about an investigation, this will be the place for it to occur. This has not happened at all.   I have nothing to hide, I apologize that I am outspoken but if I do not stand up for what is happening, who else will?

Thank you in advance and I apologize for writing this letter right before the hearing as I just learned about the circumstances last evening.


Respectfully Submitted,


Jeffrey Simpson /s/