## jsimpson001@icloud.com

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Wednesday, July 23, 2025 5:27 PM |
| **To:** | Jacqulyn Loftin |
| **Cc:** | Benjamin Robert Rajotte |
| **Subject:** | Fwd: Court Ordered Walkthrough of the PH Unit at 1055 |
| **Attachments:** | Appellant Brief 24-cv-08649.pdf; Untitled attachment 00729.htm; image001.jpg; Untitled attachment 00732.htm; Dkt 37-Order to Compel.pdf; Untitled attachment 00735.htm |

Or reply to this one. You told the judge that you would make time to meet with us and you have not.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** July 2, 2025 at 6:23:05 AM EDT
> **To:** Jacqulyn Loftin <jsl@lhmlawfirm.com>
> **Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>, Gary Herbst <gfh@lhmlawfirm.com>, gremesser@aol.com
> **Subject: Re: Court Ordered Walkthrough of the PH Unit at 1055**
>
> Continuing on the chain I obviously removed the tenant.
>
> Good morning,
>
> Now you have requested access, I have requested, and so has Ben, I suspect he will comply with you all supporting the request, thank you.
>
> As I mentioned yesterday the lender is open to a discussion for resolution, for these two apartments, please let me know how we can explore that dialogue.
>
> This attached brief was filed last night and it should hopefully provide some clarity to the larger picture litigation issue and as to why my assets have trouble.
> In addition, it is our belief that YJ Simco has direct significant interest in two properties whereby New York State has appointed Receiver, Eric Huebscher.
> We would like to discuss these issues with you at your earliest convenience.
>
> Thank you.