**jsimpson001@icloud.com**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Wednesday, July 23, 2025 5:43 PM |
| **To:** | Jacqulyn Loftin |
| **Cc:** | Benjamin Robert Rajotte |
| **Subject:** | Fwd: YJ SIMCO LLC |
| **Attachments:** | FILE_9564.pdf; Untitled attachment 00768.htm |

No reply to this either.

Again the only reply I have from you on anything is literally forcing my hand to get access to an apartment without the understanding what the legal instruments of ownership of debt are prior.

Oh and then you tell us in about five minutes that you're going to do something good for us but acting without thinking and doing diligence first is never good for anyone.   That is not collaborative or thoughtful.

I'm not even a lawyer and I can't believe what I'm seeing here.

I rest my case.   If Ben appears or not tomorrow, I will be there to defend my assets from folks that have seemingly malicious agendas.   There is no such court order that allows for actions that are not fiduciary, responsible etc.

Have a nice night.


Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** May 22, 2025 at 6:28:13 AM EDT
> **To:** gremesser@aol.com, gfh@lhmlawfirm.com, Benjamin Robert Rajotte <rajb@mllg.nyc>, jsl@lhmlawfirm.com
> **Subject: Re: YJ SIMCO LLC**
>
> Good morning, following up on the lease for 1055 Park.   I do feel inclined to send the money back to the tenant this morning as I haven't heard back and they are really upset and they're threatening lawsuit.   Obviously my belief is letting them rent / occupy is a better solution but I have not heard anything back and these people are very shaken as they have to find a place for their family to live for 6/1.

1

I understand that the broker reached out directly to Mr. Messer yesterday.   I am sorry for this as it was not my direction nor did I share the information but it's public.

Working on updating the schedules and will snd to you ASAP

Also the attached letter was sent by Ben to the New York State court I'm sure he will chime in on his thoughts as it relates to the trustee.

2