**jsimpson001@icloud.com**

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Wednesday, July 23, 2025 5:28 PM |
| **To:** | Jacqulyn Loftin |
| **Cc:** | Benjamin Robert Rajotte |
| **Subject:** | Re: YJ Simco/Access to 1055 Park Ave |

Or reply to this.   The only reply I got from you is about the demanding access to an apartment

Jeffrey Simpson

Sent from my iPhone


On Jun 15, 2025, at 5:38 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

And I guess you did not see my letter from Friday, did you?   I suspect you did see it , but you probably ignored it like just about everything else I've sent.  You may want to read it, everything in it is factual and supported.

 This is another example of why I sent the letter because there is no justice here, it's just people that are greedy and "work" the system for their benefit.



Jeffrey Simpson

Sent from my iPhone


On Jun 15, 2025, at 5:03 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Please do.

There's nothing about this that makes it OK for you to pursue assets without any grounds for the greater good of the estate.   A scriveners error is not acceptable and the lawyer that did the chapter filing paperwork disappeared if you didn't notice, so no you are wrong.  This is why people have serious fears of trustees and receivers because it's rare that the intentions are good.   Unlike others, I point to contracts and I stand by them.

Again, why are you not focusing on the deterioration of assets that are concerning?

Oh, those are hard for you to grab to put some money in the pocket of you and the Trustee?

Jeffrey Simpson

Sent from my iPhone

> On Jun 15, 2025, at 4:37 PM, Gary Herbst <gfh@lhmlawfirm.com> wrote:
>
> This is completely I unacceptable and yes we will be filing the motion with the court. Gary Herbst
>
>> On Jun 15, 2025, at 4:30 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

**EXTERNAL EMAIL – USE CAUTION**

Thank you Ben
I will also add, as I have before, the original lender of these two apartments (Maxim Capital) was a 15 year relationship of mine who also provided loans for me at AREH.  The moment things got hard they started selling loans like everybody else.  So yes unfortunately it is all related and I agree.

Jeffrey Simpson

Sent from my iPhone

>>> On Jun 15, 2025, at 4:27 PM, Benjamin Robert Rajotte <rajb@mllg.nyc> wrote:
>>>
>>> Dear Mr. Messer, Ms. Loftin, and Mr. Herbst:

Last week, my client and I learned that we are the subjects of a criminal contempt hearing on June 27 in the main action before the New York Supreme Court, the day after the JJ Arch bankruptcy appeal is due.

This is my mea culpa. I sincerely apologize for changing course.

There are two ultimate clients here, both Jeffrey and his wife, Yael, who has been the foundation behind him. The past two years have been excruciatingly stressful on them. Possible litigation of a unit in the building they call home adds to that. Importantly, My client has a 5th Amendment right not to be placed into a position of self-incrimination. We will, of course, comply with any and all orders and directives of the Court.

Jeffrey Simpson's response below is an expression of a whistleblower due protection against the liquidation of his family's assets, because it results from unlawful retaliation against him tied to the hostile takeover of the Arch Companies, by 35 Oak Holdings, Ltd. -- which otherwise has no standing in this action. (Kevin Weiner yet appeared, by voice-only, at the 341 meeting on June 6th, under objection, and attempted to badger my client by inappropriately questioning him, objection sustained, for no reason other than to harass.)

My duty to protect my clients' interests transcends any differences we may run into, and overcome, such as this. For these reasons, I believe that Mr.

Simpson's email response to your request for a walkthrough absent the Court's direction was proportionate to the circumstance.

Respectfully,
Ben Rajotte

**MAIDEN LANE LAW GROUP**
Benjamin Robert Rajotte, Esq.
One Maiden Lane, Suite 900
New York, New York 10038
(212) 463-6669
rajb@mllg.nyc

**From:** Jeffrey Simpson
<jsimpson001@icloud.com>
**Sent:** Sunday, June 15, 2025 3:41:56 PM
**To:** Gary Herbst
<gfh@lhmlawfirm.com>
**Cc:** Jacqulyn Loftin
<jsl@lhmlawfirm.com>; Benjamin
Robert Rajotte <rajb@mllg.nyc>;
gremesser@aol.com
<gremesser@aol.com>
**Subject:** Re: YJ Simco/Access to 1055
Park Ave

Happy Father's Day.

It seems Gary as you and Greg are comfortable ignoring me. I'm not doing this again, we already had this with Eric Huebscher. These properties do not belong to you, we said there's issues with the schedules and we are fixing them but somehow you think you're going to continue to steam roll and pursue my properties for the greater good of making a few bucks.

I've explained the issue at least four times and my position hasn't changed. If you think you're going to do something as it relates to any

one of my assets, we will need the
judge to give you that Order.

You will not be touring those
assets or doing anything with them
unless we have an affirmative
statement from the court.

Have a nice day.

PS - I wish you were at the hearing
because I personally told the judge
the concerns a had about the
membership interests and she
said if I want an investigation,
that's what the trustee is going to
do.   Instead you're looking for low
hanging fruit to make money for
yourself.

Jeffrey Simpson

Sent from my iPhone

> On Jun 3, 2025, at
> 3:21 PM, Jeffrey
> Simpson
> <jsimpson001@iclo
> ud.com> wrote:
>
> This does not clear
> anything.  If you
> read the notes that I
> prepared for you I
> told you clearly that I
> was aware of the
> pledge
> agreement.  This is
> not ownership this is
> simply a document
> that's in addition to
> the other loan
> documents that are
> part of the loan
> file.  I clearly
> articulated that this
> was done in error

and it should have a different entity on it and I offered to change those entities by providing a new pledge agreement to the lender. I also informed you that if you look at the loan documents there's a 90 day standstill period from any event of default, none of which was papered. So the motions are meaningless other than I'm being attacked constantly and I wish you could see the light here. There are plenty of assets at YJ that are currently being deteriorated, this is the focus that I hope you will start to see soon. Again, more than happy to have this dialogue in front of the Judge. It is not unusual for an outside trustee or receiver to try to grab onto things for them to make the most money. Your constant follow up, which ignores key facts makes me seriously concerned about intentions here.

Mr. Rajotte is not available right now, I cannot reach

him.   Unless you
and him work
something out,
there's nothing more
to discuss here until
we have a dialogue
with the Court.   I
was hopeful that this
experience was
going to be better
than the others and
due process would
actually occur here
but that does not
look like the
intentions at all.   I
sincerely hope I'm
wrong.

Jeffrey Simpson

Sent from my iPhone

On Jun
3,
2025,
at
3:15 P
M,
Gary
Herbst
<gfh@
lhmla
wfirm.
com>
wrote:

Mr.
Simpso
n and
Mr.
Rajotte
,
Please
see
exhibit
J to the
7

annexed motions. Hopefully this clears this issue up. Again please provide us with the available dates for access. Thank you Gary Herbst.

_____
_____
_____
_____
_____

**Gary F. Herbst, Esq., Member**

\<image001.jpg\>

3305 Jerusalem Avenue Wantagh, New York 11793 Tele. (516) 826-6500, ext. 223

| Fx. (516) 826-0222

[www.lhmlawfirm.com](www.lhmlawfirm.com)

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with

ABA Formal Opinion No. 99-413. Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Jeffrey Simpson <jsimps

on001 @iclou d.com>

**Sent:** Tuesda y, June 3, 2025 2:55 PM

**To:** Gary Herbst <gfh@l hmlawf irm.co m>

**Cc:** Jacquly n Loftin <jsl@lh mlawfir m.com >; Benjam in Robert Rajotte <rajb@ mllg.ny c>; gremes ser@ao l.com

**Subject :** Re: YJ Simco/ Access to 1055 Park Ave

**EXTERNAL EMAIL – USE CAUTION**

Yes, we've said severa l times that the

petitions were not done correctly. The attorney disappeared on us and all filed by the CRO and he had intentions to change everything per my flagging the issues and that never happened. The request in the court to dismiss the case so that we can re-file it proper

ly.  Since that did not happen, that is why we asked for the extension to organize all sufficiently backed up.  The ownership of the units is as follows and you can check ACRIS to confirm:

1055 Park Ave PH 1055 Park PH LLC I am the sole member

1055 Park Ave unit 1
1055 Park 1 LLC
I am the sole member

I have found evidence that we shared with the IRS to confirm this in 2021. This was on the dropbox I received on May 20 2025. I respectfully refute the trustee has authority over either one of

these units. We are happy to have discussions in the Court if that will be necessary.

I've tried to explain this but my life has been turned upside down as I've been victimized by theft and malfeasance by former partners. The fact that they shared the documents that

were on my server just a few weeks ago is in indicative of what we're dealing with here.

I believe it Mr. Rajotte's intention to course correct as quick as we can with the courts. Frankly, you are going down the wrong path here and I've tried to explain

this. We are having this experience with a Receiver, Eric Heubscher regarding the JJ Arch assets, they are subject to bankruptcy appeal. Once trustees and receivers start entering properties, there is risk that there is no turning back so unless we are sure here, I'm

going to look for the court to confirm these requests.

Thank you for your understanding and I'm happy to engage in a phone call or meeting if you'd like to discuss all.

Jeffrey Simpson

Sent from my iPhone

On Jun

3, 2025, at 2:43 PM, Gary Herbst <gfh@lhmlawfirm.com> w

rote:

Mr. Simpson Sorry here are the dates below. As for the i

s
s
u
e
s
o
f
o
w
n
e
r
s
h
i
p
a
n
d
t
h
e
e
s
t
a
t
e
s
i
n
t
e
r
e
s
t
i
n
t
h
e
t
w
o
p
r
o
p
e
r
t

iesthosewerelistedonthePetition.FurthertheDebtorwasl

isted as the pledgor in the loan documents filed that were a nne

xed to the motions for relief from stay. So the Trustee needed to

visit the properties. We can certainly discuss but please emak

earrangements for the Trustee to visit the properties on one o

f the dates. Thank you. Gary Herbst

**Monday, June 9 @ 11:00 a.m**

., Wednesday, June 11th anytime before 2 pm Thursday, Jun

e12th all day Monday June 16 all day Thursday, June 19 all d

a
y

—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
—
G
a
r
y
F
.
H
e
r
b
s
t
,
E
s
q
.
,
M
e
m

ber



3305 Jerusalem Avenue Wantagh, New York 11793 Tele. (516)

826-6500, ext. 223 | Fx. (516) 826-0222 [www.lhmlawfirm.com](http://www.lhmlawfirm.com)

Thi

s message originates from the law firm of LaMonica Herbst & Maniscalco, LLP.

The

message and any file transmitted with it contain confidential information whic

h
m
a
y
b
e
s
u
b
j
e
c
t
t
o
t
h
e
a
t
t
o
r
n
e
y
-
c
l
i
e
n
t
p
r
i
v
i
l
e
g
e
,
o
r
o
t
h
e
r
w
i
s
e
p
r
o
t
e
c
t
e
d
a
g
a
i
n

s
t
u
n
a
u
t
h
o
r
i
z
e
d
u
s
e
.
T
h
e
i
n
f
o
r
m
a
t
i
o
n
c
o
n
t
a
i
n
e
d
i
n
t
h
i
s
m
e
s
s
a
g
e
a
n
d
a
n
y
f
i
l
e
t
r
a
n

smitted with it is transmitted in this form based upon a reasonable expectation o

f privacy consistent with ABA Formal Opinion No. 99-413. Any disclosure, distr

ibution, copying or use of the information by anyone other than the intended reci

pient, regardless of address or routing, is strictly prohibited.

If you have re

c
e
i
v
e
d
t
h
i
s
m
e
s
s
a
g
e
i
n
e
r
r
o
r
,
p
l
e
a
s
e
a
d
v
i
s
e
t
h
e
s
e
n
d
e
r
b
y
i
m
m
e
d
i
a
t
e
r
e
p
l
y
a
n
d
d
e
l

ete the original message. Personal messages express views solely of the sender

and are not attributable to LaMonica Herbst & Maniscalco, LLP.

**From:** Jeff

rey Simpson <jsimpson001@icloud.com> **Sent:** Tuesday, June 3

, 2025 2:20 PM

**To:** Gary Herbst <gfh@lhmlawfirm.com>

**Cc:** Jacqu

lynLoftin <isl@lhmlawfirm.com>; Benjamin Robert Rajotte <

raib@mllg.nyc>; gremesser@aol.com Subject: Re: YJ Simco/A

ccess to 1055 Park Ave

**EXTERNAL EMAIL – USE CAUTION**

I do not see any dates but I ask the

same question as I have prior.

If you'd like to schedule a

call, we could do that.

The updated schedules will refle

ct what is part of this and what is not.

We do not believe a

c
h
o
n
e
o
f
t
h
e
s
e
u
n
i
t
s
a
r
e
p
a
r
t
o
f
t
h
e
Y
J
S
i
m
c
o
e
s
t
a
t
e
.

A
s
I
s

u
g
g
e
s
t
e
d
p
r
i
o
r
t
h
e
o
n
l
y
t
h
i
n
g
I
f
i
n
d
t
h
a
t
c
o
n
n
e
c
t
s
i
t
i
s
a
p

ledge agreement that appears to have the wrong entity nam

e.

There are no ACRIS forms or anything else that illustr

ate a

transfer.

It was something that I contemplated do

i
n
g
b
u
t
I
r
e
a
l
i
z
e
d
w
h
e
n
I
g
o
t
m
y
f
i
l
e
s
i
n
l
a
t
e
M
a
y
t
h
a
t
i
t
w
a
s

n
o
t
p
o
s
s
i
b
l
e
b
e
c
a
u
s
e
o
f
p
r
i
o
r
l
e
n
d
e
r
r
e
q
u
i
r
e
m
e
n
t
s
.

l
i

llustrated it to you that we notified the IRS of the owners

hipstructureforeachoftheseunits, whichisnotYJSimc

o
.

Jeffrey Simpson

Sent from my iPhone

On Jun 3, 20

25, at 1:54 PM, Gary Herbst <gfh@lhmlawfirm.com> wrot

e
:

Mr. Simpson, Below are the dates that the trustee is avail

able to visit the property. Please advise what dates works. Th

ank you. Gary Herbst

_____

**Gary F.**

Herbst, Esq., Member



&lt;image001.jpg&gt;

3305 Jerusalem Avenue Wantagh, New York

11793 Tele.(516)826-6500, ext.223 | Fx.(516)826-0222 www.lhml

awfirm.com

This message originates from the law firm of LaMonica Herbst &

Maniscalco, LLP.

The message and any file transmitted with it contain confiden

tial information which may be subject to the attorney-client privilege, or othe

rwise protected against unauthorized use. The information contained in this me

ssageandanyfiletransmittedwithitistransmittedinthisformbaseduponarea

sonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.

Any disclosure, distribution, copying or use of the information by anyone other

than the intended recipient, regardless of address or routing, is strictly proh

ibited.

If you have received this message in error, please advise the sender by i

mmediate reply and delete the original message.

Personal messages express vie

was solely of the sender and are not attributable to LaMonica Herbst & Maniscalco,

LLP.

**From:** Jeffrey Simpson <jsimpson0001@icloud.com> **Sent**

: Friday, May 30, 2025 12:14 PM

**To:** Jacqulyn Loftin <isl@lhmla

wfirm.com> **Cc:** Benjamin Robert Rajotte <rajb@mllg.nyc>; gr

emesser@aol.com; Gary Herbst <gfh@lhmlawfirm.com> Subjec

t
:
R
e
:
Y
J
S
i
m
c
o
/
A
c
c
e
s
s
t
o
1
0
5
5
P
a
r
k
A
v
e

**EXTERNAL EMAIL – USE CAUTION**

G
o
o
d
m
o
r
n
i
n
g
.

I am happy to coordinate but I'm curious as to the purp

ose when we illustrated that neither one of these assets a

reowned by YJ Simco.

The prior attorney that put the sche

dulesinhasdisappearedonthiscaseandwashtheirhands

of anything sounfortunately there work product (inconj

unction with CRO) cannot be relied upon.

A glimpse

of what you will see in the schedules is the chart I sent last as

tweekwhichshowedmembershipinavarietyofth

eArch/JJArchProperties, one of those being the 146E.89

th St. townhouse in New York City which was subject to the J

J Archbankruptcy.

These were Jeffrey Simpson's member

shipinterestthatweretransferredtoYJSimcoin2022wh

ich has been illustrated on the record.

One of these prop

erties is currently at risk of being disposed of, called B

enner in Los Angeles.

I believe I sent a message on this as a

well.

Additionally well illustrated an agreement of A

ugust 1, 2023 whereby YJS lmcohold sthe shares of 1640 Mon

tauk LLC and 1640 motors LLC. These assets were also in a f

filiation with the JJ Arch bankruptcy and are now at risk o

f
t
h
e
r
e
c
e
i
v
e
r
s
h
i
p
p
r
o
b
l
e
m
t
h
a
t
B
e
n
d
e
s
c
r
i
b
e
d
.

T
h
e
d

i
s
t
i
n
g
u
i
s
h
a
b
l
e
d
i
f
f
e
r
e
n
c
e
i
s
m
y
s
h
a
r
e
s
a
t
t
h
e
h
i
g
h
e
s
t
t
i

er of ownership at YJ and one tier down at JJ, which include

d m y prior partner Jared Chassen, and a few others that wer

either family or employees but no outside investors (ex

cept 89th St).

Happy to explaining reater detailif

you'd like.

Thank you.

Jeffrey Simpson

Sent from

my iPhone

On May 30, 2025, at 10:51 AM, Jacqulyn Loft

in <jsl@lhmlawfirm.com> wrote:

Ben/Jeff,

We need to

coordinate access to Unit 1 and the PH. I know Unit 1 is empt

y and PH has a tenant.

How can the Trustee / his professio

nals get access? Please let me know and I will coordinate e

veryone.

Thanks,

Jacqulyn

_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_
_

–
–
–
–
–
–
–
Jacqulyn S. Loftin, Esq., Partner

<image001.jpg>

3305 Jerusale

m Avenue Wantagh, New York 11793 Tele. (516) 826-6500 | Fx. (5

16)826-0222

www.lhmlawfirm.com

This message originates from the

law firm of LaMonica Herbst & Maniscalco, LLP. The message and any file transmit

ted with it contain confidential information which may be subject to the attorne

y-client privilege, or otherwise protected against unauthorized use. The info

r
m
a
t
i
o
n
c
o
n
t
a
i
n
e
d
i
n
t
h
i
s
m
e
s
s
a
g
e
a
n
d
a
n
y
f
i
l
e
t
r
a
n
s
m
i
t
t
e
d
w
i
t
h
i
t
i
s
t
r
a
n
s
m
i
t
t
e

d
i
n
t
h
i
s
f
o
r
m
b
a
s
e
d
u
p
o
n
a
r
e
a
s
o
n
a
b
l
e
e
x
p
e
c
t
a
t
i
o
n
o
f
p
r
i
v
a
c
y
c
o
n
s
i
s
t
e
n
t
w
i
t
h
A
B
A

Formal Opinion No. 99-413.

Any disclosure, distribution, copying or use of the

information by anyone other than the intended recipient, regardless of address

or routing, is strictly prohibited. If you have received this message in error,

please advise the sender by immediate reply and delete the original message.

Pe

rsonal messages express views solely of the sender and are not attributable to La

Monica Herbst & Maniscalco, LLP.

**From:** Benjamin Robert Rajotte <

raib@mllg.nyc>

**Sent:** Thursday, May 29, 2025 10:31 PM

**To:** beck

erman.chambers@nysb.uscourts.gov; Chantel_Barrett@nys

b.uscourts.gov
Cc: gremesser@aol.com; Gary Herbst <gfh@lh

mlawfirm.com>; Jacqulyn Loftin <isl@lhmlawfirm.com>; rac

hael.siegel@usdoj.gov; greg.zipes@usdoj.gov; Jeffrey

Simpson <jsimpson001@icloud.com>; David Goldwasser, <dg

oldwasser@fiacp.com>; yaelsimpson <ysimpson78@icloud.c

om
>
**Subject:** In re: YJ Simco, Case #1: 25-bk-10437 (LGB):
Exte

nsion Request

**EXTERNAL EMAIL – USE CAUTION**

The Honorable Lisa G. Beckerman United

States Bankruptcy Judge United States Bankruptcy Court

for the Southern District of New York One Bowling Green Ne

w York, New York 10004

Dear Your Honor:

On behalf of Debt

o
r
Y
J
S
i
m
c
o
,
w
e
r
e
s
p
e
c
t
f
u
l
l
y
w
r
i
t
e
o
r
e
q
u
e
s
t
a
t
w
o
-
w
e
e
k
e

xtension for my client's submission of corrected Schedu

les, which are reduce due today in this action.

My admission to

this District and ECF access is pending. I apologize for

sending this email directly to Chambers, Thank you for c

onsidering our request.

Respectfully submitted,

**MAI**

**DENLANE LAW GROUP**

Benjamin Robert Rajotte, Esq. One Maid

en Lane, Suite 900 New York, New York 10038 (212) 463-6669

rajb@mllg.nyc

**From:**

Gary Herbst <gfh@lhmlawfirm.com>
S

ent:

Thursday, May 29, 2025 9:56:57 PM

To:

Benjamin Robert R

ajotte<rajb@mllg.nyc>Cc: Jacqulyn Loftin<jsl@lhmlawfi

rm.com>; Jeffrey Simpson <jsimpson001@icloud.com> Subjec

t
:

Re:
Status Update and Extension Request

The trustee has

n
o
o
b
j
e
c
t
i
o
n
t
o
a
n
e
x
t
e
n
s
i
o
n
t
o
f
i
l
e
s
c
h
e
d
u
l
e
s
b
u
t
t
h
a
t
r
e

quires the court to approve that. Gary

On May 29, 2025, at

9:31 PM, Benjamin Robert Rajotte <rajb@mllg.nyc> wrot

e
:

**EXTERNAL EMAIL – USE CA**

Good Evening Mr. Herbst and Ms. Loftin:

We

bringtoyourattentionthelatesttwistinthiscomplexm

atter, and to request a brief two-week extension of the Sc

hedules due in the YJ Simcobankruptcy action. Please for or

give the lateness of my email.

The action in Simpson v. Ch

assen, Index #1580855/2023 (NY Supr. Ct., NY County), whi

c
h
h
a
s
c
o
n
t
i
n
u
e
d
d
u
r
i
n
g
t
h
e
J
J
A
r
c
h
b
a
n
k
r
u
p
t
c
y
a
p
p
e
a
l
,
w
a

s
j
u
s
t
r
e
m
a
n
d
e
d
b
a
c
k
b
e
f
o
r
e
t
h
e
C
o
m
m
e
r
c
i
a
l
D
i
v
i
s
i
o
n
b
e
c
a

use plaintiffs cannot generally invoke removal. We beli

e
v
e
t
h
a
t
t
h
i
s
i
s
b
a
s
e
d
o
n
a
m
i
s
n
o
m
e
r
i
n
t
h
e
c
a
p
t
i
o
n
,
b
e
c
a
u
s

e
w
h
e
n
O
a
k
i
n
t
e
r
v
e
n
e
d
t
w
o
m
o
n
t
h
s
i
n
t
o
t
h
e
c
a
s
e
,
i
t
i
m
m
e
d
i
a

telysoughtacompletereceivershipoverallJJArchasse

tsand Simpson's role became, and now remains, defensive

. We intend to prove that her receivership is retaliatory

.

For purposes of the YJ Simco bankruptcy, we believe th

at YJ Simco is the legitimate owner of 1640 Montauk LLC and

1640 Motors LLC by written agreement between JJ Arch, Sim

pson, Chassen, and YJ Simco. A dispositive finding in thi

s
w
a
y
w
o
u
l
d
a
u
t
o
m
a
t
i
c
a
l
l
y
c
o
n
f
e
r
s
t
a
y
p
r
o
t
e
c
t
i
o
n
s
f
o
r
t
h

edirectly owned entities of the Debtor.

In addition, if

we look at Mr. Simpson's shares of ownership in the East 89

th Street property, he also transferred his membership i p i

nterests to YJ Sim co of or the purposes of keeping the inter

est with himself and his spouse, Yael.

These are two of

the four assets in the revived JJ Archer receivership, and t

he battleishighly contentious. We have evidence that th

ereceiver was not installed in good faith by Mr. Chassen,

a
n
d
h
e
l
a
c
k
e
d
s
t
a
n
d
i
n
g
a
t
t
h
e
t
i
m
e
,
a
n
d
h
a
s
b
e
e
n
t
e
x
t
i
n
g
S
i

mpsonmessagesmeanttohighlightthedemiseofRever.

Moreover, we believe that that both Messrs. Huebscher's

and Chassen's legal fees are likely being paid for, or are re

guaranteed to be paid for, by 35 Oak Holdings Ltd., as an on

-movant and uncaptioned adversary driving this litigat

ionandtryingtoavoidtheBankruptcyCourtatallcosts—

r
e
g
a
r
d
l
e
s
s
o
f
w
h
a
t
w
e
h
a
v
e
g
r
o
u
n
d
s
t
o
a
l
l
e
g
e
f
o
r
a
n
e
v
i
d
e
n

tiary hearing, it is critical to note that there has been n

o
r
e
p
o
r
t
i
n
g
o
f
a
n
y
l
e
g
a
l
f
e
e
s
p
a
i
d
t
o
e
i
t
h
e
r
p
a
r
t
y
d
e
s
p
i
t
e

the express fiduciary requirements of public disclosure

, express Court approval, and the filing of all commissio

n
s
a
n
d
e
x
p
e
n
d
i
t
u
r
e
s
w
i
t
h
t
h
e
O
f
f
i
c
e
o
f
C
o
u
r
t
A
d
m
i
n
i
s
t
r
a
t

ion, under 22 NYCRR Part 36.

On a forthcoming motion, we

intend to show that Mr. Chassen perjured himself before t

he Bankruptcy Court. We intend to prove that the receiver

s
h
i
p
i
s
a
f
r
a
u
d
.
A
r
e
c
e
i
v
e
r
i
s
e
n
t
i
t
l
e
d
t
o
5
%
c
o
m
m
i
s
s
i
o
n
o
f

corporate funds managed under CPLR § 8004. We simply ask

, where is the money for these and other expenditures comi

ngfrom. Employees have informed us directly that Receiv

er Huebscher is soliciting them, and promising to pay the

m, to "help" him remove property and dispose of assets. Th

e
y
a
r
e
m
o
s
t
l
y
S
p
a
n
i
s
h
-
s
p
e
a
k
i
n
g
,
a
n
d
u
n
d
e
r
s
t
a
n
d
a
b
l
y
s
c
a

r
e
d
o
f
n
o
t
c
o
m
p
l
y
i
n
g
.
I
t
i
s
u
n
q
u
e
s
t
i
o
n
a
b
l
e
t
h
a
t
a
r
e
c
e
i
v
e

r
'
s
a
c
t
s
a
r
e
s
u
p
p
o
s
e
d
t
o
b
e
c
l
o
s
e
l
y
m
o
n
i
t
o
r
e
d
a
s
a
q
u
a
s
i
-
j

udicial officer to protect the business. Here, he is tryi

n
g
t
o
d
e
s
t
r
o
y
i
t
,
a
n
d
s
e
l
l
t
h
e
l
a
n
d
a
n
d
p
r
o
p
e
r
t
y
f
o
r
m
i
l
l
i
o

ns — despite fiduciary duties to do just the opposite, and

indirectcontraventionofoverlappingfederaljurisdi

ction.

We anticipate seeking a stay of the State Court pr

o
c
e
e
d
i
n
g
s
a
s
t
h
e
y
r
e
l
a
t
e
t
o
t
h
e
r
e
c
e
i
v
e
r
s
h
i
p
i
n
e
i
t
h
e
r
t
h

eYJSimcoorJJArchBankruptcyCourtsongroundsoffraud

and perjury. This is a complicated matter, and I apologiz

e
f
o
r
n
o
t
b
e
i
n
g
a
b
l
e
t
o
b
e
c
l
e
a
r
e
r
a
t
t
h
i
s
t
i
m
e
.
C
o
n
s
i
s
t
e
n
t

with my note from last week, whatever steps taken will be d

o
n
e
s
o
e
n
t
i
r
e
l
y
d
e
l
i
b
e
r
a
t
i
v
e
l
y
a
n
d
i
n
l
o
c
k
s
t
e
p
w
i
t
h
a
l
l
d

e
c
o
r
u
m
a
n
d
p
r
o
c
e
d
u
r
e
s
d
u
e
f
o
r
a
d
v
o
c
a
c
y
i
n
t
h
e
F
e
d
e
r
a
l
C
o
u

rts.

Our resources are limited but we are continuing, an

d
m
y
s
e
r
v
i
c
e
s
a
r
e
p
r
o
b
o
n
o
a
t
t
h
e
m
o
m
e
n
t
.
F
o
r
t
h
i
s
r
e
a
s
o
n
,
w

erelatedlyarecompelledtoaskforanextensionoftoday

's deadline to update the Schedules due in this matter. I s

h
o
u
l
d
n
o
t
e
t
h
a
t
I
w
i
l
l
b
e
a
t
t
h
e
S
o
u
t
h
e
r
n
D
i
s
t
r
i
c
t
t
o
m
o
r
r
o

w
m
o
r
n
i
n
g
t
o
t
a
k
e
w
h
a
t
e
v
e
r
s
t
e
p
s
m
a
y
b
e
p
o
s
s
i
b
l
e
t
o
f
a
c
i
l
i

tatetheDistrict'sadjudicationofmyadmissionpaperw

orksothatmyfirmmaymakepromptappearancesinallmatt

ersoffederalconcerninadditiontothecasesinvolving

Simpson in the State Court.

Respectfully,

**MAIDEN LA**

**NELAWGROUP**

Benjamin Robert Rajotte, Esq.

One Maiden L

ane, Suite 900 New York, New York 10038 (212) 463-6669

r
a
j
b
@
m
l
l
g
.
n
y
c

<Ex J
to
motio
n for
relief.
pdf>