**FIRST AMENDMENT OF LIMITED LIABILITY COMPANY
OPERATING AGREEMENT
OF 5952 BENNER INVESTOR LLC**

THIS FIRST AMENDMENT OF LIMITED LIABILITY COMPANY OPERATING AGREEMENT (the "Amendment") is made as of August 8 , 2019, by and among 5952 BENNER INVESTOR LLC, a Delaware limited liability company (the "Company"), Arch Real Estate Holdings LLC, a New York limited liability company ("Arch"), 608941 NJ Inc., a New Jersey corporation, Deborah Chassen, Jared Chassen, Baruch Halpern & Shoshana Halpern, tenants by the entireties, Michelle Miller and Jeffrey Simpson (collectively, the "Members").

WITNESSETH:

WHEREAS, the Members desire to remove 5952 Benner Manager LLC as Manager of the Company;

WHEREAS, the Members desire Arch to be the Manager of the Company and Arch desires to be the Manager of the Company;

WHEREAS, the Members desire to amend that certain Limited Liability Company Operating Agreement of the Company, dated as of September 18, 2017, as hereinafter set forth (the "Operating Agreement");

NOW, THEREFORE, in consideration of the covenants and conditions set forth in this Agreement, the parties agree as follows:

1. <u>Capitalized Terms</u>. Capitalized terms used herein and not otherwise defined shall have the meanings ascribed thereto in the Operating Agreement.

2. <u>Amendments to Operating Agreement</u>. The Operating Agreement is hereby amended as follows:

    (a)    Section 1.1 is hereby amended as follows:

        "<u>Manager</u>" shall mean Arch Real Estate Holdings LLC, a New York limited liability company.

886932-1

IN WITNESS WHEREOF, this Amendment has been executed as of the date and year first above written.

**COMPANY**

5952 Benner Investor LLC

By: _/s/_
Name: Jeffrey Simpson
Title: Authorized Signatory

**MANAGER**

Arch Real Estate Holdings LLC

By: _/s/_
Name: Jeffrey Simpson
Title: Authorized Signatory

**MEMBERS**

608941 NJ INC.

By: _/s/_
Name: Frank van Biesen
Title: CFO

_____
DEBORAH CHASSEN

_____
JARED CHASSEN

_____
BARUCH HALPERN & SHOSHANA HALPERN, TENANTS BY THE ENTIRETIES

_____
MICHELLE MILLER

_/s/_
JEFFREY SIMPSON

[Signature Page to First Amendment of Limited Liability Company Operating Agreement of 5952 Benner Investor, LLC]

IN WITNESS WHEREOF, this Amendment has been executed as of the date and year first above written.

COMPANY

5952 Benner Investor LLC

By: /s/ *signature*
Name: Jeffrey Simpson
Title: Authorized Signatory

MANAGER

Arch Real Estate Holdings LLC

By: /s/ *signature*
Name: Jeffrey Simpson
Title: Authorized Signatory

MEMBERS

608941 NJ INC.

By: _____
Name:
Title:

_____
DEBORAH CHASSEN

_____
JARED CHASSEN

_____
BARUCH HALPERN & SHOSHANA HALPERN, TENANTS BY THE ENTIRETIES

_____
MICHELLE MILLER

_____
JEFFREY SIMPSON

[Signature Page to First Amendment of Limited Liability Company Operating Agreement of 5952 Benner Investor, LLC]

IN WITNESS WHEREOF, this Amendment has been executed as of the date and year first above written.

COMPANY

5952 Benner Investor LLC

By: _/s/_____
Name: Jeffrey Simpson
Title: Authorized Signatory

MANAGER

Arch Real Estate Holdings LLC

By: _/s/_____
Name: Jeffrey Simpson
Title: Authorized Signatory

MEMBERS

608941 NJ INC.

By: _____
Name:
Title:


_____
DEBORAH CHASSEN


_____
JARED CHASSEN

_/s/ Baruch Halpern_  _/s/ Shoshana Halpern_
BARUCH HALPERN & SHOSHANA HALPERN, TENANTS BY THE ENTIRETIES


_____
MICHELLE MILLER

_/s/_____
JEFFREY SIMPSON

[Signature Page to First Amendment of Limited Liability Company Operating Agreement of 5952 Benner Investor, LLC]