**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Jacqulyn S. Loftin, Esq.**
Partner
Direct Dial: 516.804.1557
jsl@lhmlawfirm.com

July 17, 2025

**Via ECF**
Honorable Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      In re:  YJ Simco LLC
         **Chapter 7**
         **Case No. 25-10437 (LGB)**

Dear Judge Beckerman:

 My firm is counsel to Gregory Messer, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of YJ Simco LLC ("Debtor").

 This letter shall confirm, with the consent of the movant, the extension of time for parties seeking to file an objection to the motions for relief from the automatic stay filed by New York 555 LLC [ECF Nos. 10 and 11], from Thursday, July 17, 2025 to **Tuesday, July 22, 2025**, with replies to such objections to be filed on **Wednesday, July 23, 2025**.

 The related hearing date on the motions and related pleadings is July 24, 2025, at 10:00 a.m.

 Thank you.

                Respectfully submitted,

                Jacqulyn S. Loftin

cc:  Shauna DeLuca, Esq. (via e-mail)
   Benjamin Rajotte, Esq. (via email)
   Gregory M. Messer, Esq. (via email)
   Office of the U.S. Trustee (via e-mail)