**New York City Department of Finance**
**Office of the City Register**

**HELP**
[Click help for additional instructions]
Selecting a help option will open new window

| Current Search Criteria: |
|---|
| **Borough:** MANHATTAN / NEW YORK<br>**Block:** 01515<br>**Lot:** 1902    **Unit:** 1<br>**Date Range:** To Current Date<br>**Document Class:** All Document Classes |

# Search Results By Parcel Identifier

Records 1 - 10 << previous   next >>    Max Rows  10    [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [**Print Index**]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2025000019143 | 1902 | ENTIRE LOT | 1/16/2025 | 1/22/2025 9:58:12 AM | UCC3 ASSIGNMENT | 3 | 1055 PARK AVE 1 LLC | MAXIM CREDIT GROUP LLC | ✓ | | | 0 |
| DET IMG | | 2025000019142 | 1902 | ENTIRE LOT | 1/16/2025 | 1/22/2025 9:58:11 AM | ASGN OF ASGN OF L&R | 5 | MAXIM CREDIT GROUP LLC | NEW YORK 555 LLC | | | | 0 |
| DET IMG | | 2025000019141 | 1902 | ENTIRE LOT | 1/16/2025 | 1/22/2025 9:58:10 AM | ASSIGNMENT, MORTGAGE | 7 | MAXIM CREDIT GROUP LLC | NEW YORK 555 LLC | | | | 0 |
| DET IMG | | 2022000319944 | 1902 | ENTIRE LOT | 7/26/2022 | 8/15/2022 10:59:14 AM | INITIAL UCC1 | 6 | 1055 PARK AVE 1 LLC | MAXIM CREDIT GROUP, LLC | | | | 0 |
| DET IMG | | 2022000319943 | 1902 | ENTIRE LOT | 7/26/2022 | 8/15/2022 10:59:13 AM | ASSIGNMENT OF LEASES AND RENTS | 11 | 1055 PARK AVE 1 LLC | MAXIM CREDIT GROUP, LLC | | | | 3,300,000 |
| DET IMG | | 2022000319942 | 1902 | ENTIRE LOT | 7/26/2022 | 8/15/2022 10:59:12 AM | AGREEMENT | 49 | 1055 PARK AVE 1 LLC | MAXIM CREDIT GROUP, LLC | | | | 3,300,000 |
| DET IMG | | 2022000319941 | 1902 | ENTIRE LOT | 7/26/2022 | 8/15/2022 10:59:11 AM | MORTGAGE | 9 | 1055 PARK AVE 1 LLC | MAXIM CREDIT GROUP, LLC | | | | 1,687,217 |
| DET IMG | | 2022000319940 | 1902 | ENTIRE LOT | 7/6/2022 | 8/15/2022 10:59:10 AM | ASSIGNMENT, MORTGAGE | 4 | WILMINGTON SAVINGS FUND SOCIETY, FSB | MAXIM CREDIT GROUP, LLC | | | | 0 |
| DET IMG | | 2022000319939 | 1902 | ENTIRE LOT | 7/5/2022 | 8/15/2022 10:59:09 AM | ASSIGNMENT, MORTGAGE | 2 | MERS | WILMINGTON SAVINGS FUND SOCIETY, FSB | | | | 0 |
| DET IMG | | 2021000368768 | 1902 | ENTIRE LOT | 9/1/2021 | 9/17/2021 10:12:56 AM | POWER OF ATTORNEY | 5 | 1055 PARK AVE 1 LLC | THE 1055 PARK AVENUE CONDOMINIUM | | | | 0 |

[Search Options]    [New Parcel Identifier Search]    [Edit Current Search]    [View Tax Map]

Go To:  Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use