**New York City Department of Finance**
**Office of the City Register**

# Search Results By Parcel Identifier

**HELP**
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

**Borough:** MANHATTAN / NEW YORK
**Block:** 01515
**Lot:** 1902    **Unit:** 1
**Date Range:** To Current Date
**Document Class:** All Document Classes

Records 11 - 20 << previous    next >>    Max Rows 10    [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [**Print Index**]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2021000368767 | 1902 | ENTIRE LOT | 9/1/2021 | 9/17/2021 10:12:55 AM | MORTGAGE | 21 | 1055 PARK AVE 1 LLC | MERS | | | | 1,612,783 |
| DET IMG | | 2021000368766 | 1902 | ENTIRE LOT | 9/1/2021 | 9/17/2021 10:12:54 AM | DEED | 4 | 1055 PARK/1 CORP. | 1055 PARK AVE 1 LLC | | | | 2,105,000 |
| DET IMG | | 2011000203371 | 1902 | ENTIRE LOT | 5/27/2011 | 6/8/2011 2:27:38 PM | POWER OF ATTORNEY | 5 | 1055 PARK/1 CORP. | 1055 PARK AVENUE CONDOMINIUM | | | | 0 |
| DET IMG | | 2011000203370 | 1902 | ENTIRE LOT | 5/27/2011 | 6/8/2011 2:27:37 PM | DEED | 8 | IGOC I PARK LLC | 1055 PARK/1 CORP. | | | | 5,193,900 |
| DET IMG | | 2011000202199 | 1902 | ENTIRE LOT | 5/27/2011 | 6/7/2011 4:21:31 PM | RELEASE | 8 | IGOC I PARK LLC | ZIMCO HOLDINGS LLC | | | | 0 |
| DET IMG | | 2011000202198 | 1902 | ENTIRE LOT | 5/27/2011 | 6/7/2011 4:21:30 PM | RELEASE | 7 | IGOC I PARK LLC | ZIMCO HOLDINGS LLC | | | | 0 |
| DET IMG | | 2011000201156 | 1902 | ENTIRE LOT | 5/27/2011 | 6/7/2011 10:42:06 AM | SUBORDINATION OF MORTGAGE | 8 | ZIMCO HOLDINGS LLC | IGOC I PARK LLC | | | | 0 |
| DET IMG | | 2011000201155 | 1902 | ENTIRE LOT | 5/25/2011 | 6/7/2011 10:42:05 AM | SATISFACTION OF MORTGAGE | 5 | IGOC I PARK LLC | PARK AVENUE 1055 LLC | | | | 0 |
| DET IMG | | 2011000201154 | 1902 | ENTIRE LOT | 5/25/2011 | 6/7/2011 10:42:04 AM | SATISFACTION OF MORTGAGE | 5 | IGOC I PARK LLC | PARK AVENUE 1055 LLC | | | | 0 |
| DET IMG | | 2011000138657 | 1902 | ENTIRE LOT | 3/21/2011 | 4/18/2011 9:21:11 AM | MAPS | 13 | THE 1055 PARK AVENUE CONDOMINIUM | | | | | 0 |

[Search Options]  [New Parcel Identifier Search]  [Edit Current Search]  [View Tax Map]