**New York City Department of Finance**
**Office of the City Register**

# Search Results By Parcel Identifier

**HELP**
[Click help for additional instructions]
Selecting a help option will open new window

**Current Search Criteria:**

**Borough:** MANHATTAN / NEW YORK
**Block:** 01515
**Lot:** 1906    **Unit:** PH
**Date Range:** To Current Date
**Document Class:** All Document Classes

Records 1 - 10 << previous  next >>   Max Rows 10   [ Search Options ] [ New BBL Search] [Edit Current Search] [View Tax Map] [**Print Index**]

| View | Reel/Pg/File | CRFN | Lot | Partial | Doc Date | Recorded / Filed | Document Type | Pages | Party1 | Party2 | Party 3/ Other | More Party 1/2 Names | Corrected/ Remarks | Doc Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DET IMG | | 2025000022172 | 1906 | ENTIRE LOT | 1/16/2025 | 1/27/2025 10:27:58 AM | UCC3 ASSIGNMENT | 3 | 1055 PARK AVE PH LLC | MAXIM CREDIT GROUP LLC | ✓ | | | 0 |
| DET IMG | | 2025000022171 | 1906 | ENTIRE LOT | 1/16/2025 | 1/27/2025 10:27:57 AM | ASGN OF ASGN OF L&R | 5 | MAXIM CREDIT GROUP LLC | NEW YORK 555 LLC | | | | 0 |
| DET IMG | | 2025000022170 | 1906 | ENTIRE LOT | 1/16/2025 | 1/27/2025 10:27:56 AM | ASSIGNMENT, MORTGAGE | 7 | MAXIM CREDIT GROUP LLC | NEW YORK 555 LLC | | | | 0 |
| DET IMG | | 2022000315803 | 1906 | ENTIRE LOT | 7/25/2022 | 8/10/2022 3:18:59 PM | INITIAL UCC1 | 6 | 1055 PARK AVE PH LLC | MAXIM CREDIT GROUP, LLC | | | | 0 |
| DET IMG | | 2022000315802 | 1906 | ENTIRE LOT | 7/25/2022 | 8/10/2022 3:18:58 PM | ASSIGNMENT OF LEASES AND RENTS | 11 | 1055 PARK AVE PH LLC | MAXIM CREDIT GROUP, LLC | | | | 2,700,000 |
| DET IMG | | 2022000315801 | 1906 | ENTIRE LOT | 7/25/2022 | 8/10/2022 3:18:57 PM | AGREEMENT | 49 | 1055 PARK AVE PH LLC | MAXIM CREDIT GROUP, LLC | | | | 2,700,000 |
| DET IMG | | 2022000315800 | 1906 | ENTIRE LOT | 7/25/2022 | 8/10/2022 3:18:56 PM | MORTGAGE | 9 | 1055 PARK AVE PH LLC | MAXIM CREDIT GROUP, LLC | | | | 1,253,175 |
| DET IMG | | 2022000315799 | 1906 | ENTIRE LOT | 7/6/2022 | 8/10/2022 3:18:55 PM | ASSIGNMENT, MORTGAGE | 4 | WILMINGTON TRUST, NATIONAL ASSOCIATION | MAXIM CREDIT GROUP, LLC | | | | 0 |
| DET IMG | | 2022000315798 | 1906 | ENTIRE LOT | 7/6/2022 | 8/10/2022 3:18:54 PM | ASSIGNMENT, MORTGAGE | 2 | MERS | WILMINGTON TRUST, NATIONAL ASSOCIATION | | | | 0 |
| DET IMG | | 2021000368615 | 1906 | ENTIRE LOT | 9/1/2021 | 9/17/2021 9:42:39 AM | POWER OF ATTORNEY | 5 | 1055 PARK AVE PH LLC | THE 1055 PARK AVENUE CONDOMINIUM | | | | 0 |

[Search Options]   [New Parcel Identifier Search]   [Edit Current Search]   [View Tax Map]

Go To: Finance Home Page | NYC.gov Home Page | Contact Us | Privacy Policy | Terms of Use