| | |
|---|---|
| **From:** | Yael simpson |
| **To:** | NYSBml_Beckerman"s_Chambers |
| **Cc:** | jsimpson001@icloud.com; Taylor Fogg |
| **Subject:** | 25-10437 - YJ Simco LLC |
| **Date:** | Thursday, July 24, 2025 3:24:19 PM |
| **Attachments:** | Unite ph - july 23, 2024.pdf |
| | unit ph - august 22, 2024.pdf |
| | unit ph - august 14, 2024.pdf |
| | unit ph - september 10, 2024.pdf |
| | unit ph - october 7, 2024.pdf |
| | unit ph - november 6, 2024.pdf |
| | unit ph - december 12, 2024.pdf |
| | Maxim Payments - 1055 Park Ave Unit PH.xlsx |
| | Unit 1 - July 9, 2024.pdf |
| | unit 1 - august 2024.pdf |
| | unit 1 - august 22, 2024.pdf |
| | unit 1 - september 10, 2024.pdf |
| | unit 1 - october 7, 2024.pdf |
| | unit 1 - november 6, 2024.pdf |
| | unit 1 - december 2024.pdf |
| | unit 1 - january 15, 2025.pdf |
| | Maxim Payments - 1055 Park Ave Unit 1 .xlsx |

**CAUTION - EXTERNAL:**

Dear Chambers,

Pursuant to your conversation with Jeffrey Simpson i am sending these documents for your honors consideration.  These documents are proof of the 6 months of mortgage payments made for two apartments that Jeffrey Simpson referenced in todays hearing.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.