# CHASE ⬡ *for* BUSINESS ®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Jul 23, 2024 | Sent | Maxim | 12013414441 | $11,250.00 | $11,250.00 USD |

| | |
|---|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0740) |
| Amount | $11,250.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $11,250.00 USD (U.S. Dollar) |
| Wire date | Jul 23, 2024 |
| Status | Sent |
| Status date | Jul 23, 2024 |
| Reference number | 3043614205ES |
| Transaction number | 12013414441 |
| Message to recipient | 1055 Park Unit PH |
| Additional routing info | None |
| Memo | Loan 3252 |
| Submitted by | Administrator |
| Submitted by date and timestamp | 07/22/2024 07:02:23 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 07/23/2024 03:57:25 AM ET |