# CHASE for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Aug 22, 2024 | Sent | Maxim | 12015045151 | $375.00 | $375.00 USD |

| | |
|---:|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0740) |
| Amount | $375.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $375.00 USD (U.S. Dollar) |
| Wire date | Aug 22, 2024 |
| Status | Sent |
| Status date | Aug 22, 2024 |
| Reference number | 3112174235ES |
| Transaction number | 12015045151 |
| Message to recipient | None |
| Additional routing info | None |
| Memo | 1055 Park Unit PH |
| Submitted by | Administrator |
| Submitted by date and timestamp | 08/21/2024 05:24:27 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 08/22/2024 04:03:47 AM ET |