7/24/25, 11:42 AM   25-10437-lgb   Doc 46-4   Filed 07/24/25   Entered 07/24/25 16:58:44   Exhibit   Pg
Wire activity - Chase.com
1 of 1

CHASE for BUSINESS®
Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Sep 10, 2024 | Sent | Maxim | 12016119699 | $11,625.00 | $11,625.00 USD |

| | |
|---|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0740) |
| Amount | $11,625.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $11,625.00 USD (U.S. Dollar) |
| Wire date | Sep 10, 2024 |
| Status | Sent |
| Status date | Sep 10, 2024 |
| Reference number | 3561194254ES |
| Transaction number | 12016119699 |
| Message to recipient | None |
| Additional routing info | None |
| Memo | 1055 Park Unit PH |
| Submitted by | Administrator |
| Submitted by date and timestamp | 09/10/2024 03:19:20 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 09/10/2024 03:27:23 PM ET |