CHASE for BUSINESS®
Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Oct 7, 2024 | Sent | Maxim | 12017611715 | $13,750.00 | $13,750.00 USD |

| | |
|---|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0799) |
| Amount | $13,750.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $13,750.00 USD (U.S. Dollar) |
| Wire date | Oct 7, 2024 |
| Status | Sent |
| Status date | Oct 7, 2024 |
| Reference number | 3777594281ES |
| Transaction number | 12017611715 |
| Message to recipient | 1055 Park Unit 1 |
| Additional routing info | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 10/07/2024 04:06:14 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 10/07/2024 04:23:54 PM ET |