# CHASE for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Nov 6, 2024 | Sent | Maxim | 12019246789 | $14,208.33 | $14,208.33 USD |

| | |
|---:|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0799) |
| Amount | $14,208.33 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $14,208.33 USD (U.S. Dollar) |
| Wire date | Nov 6, 2024 |
| Status | Sent |
| Status date | Nov 6, 2024 |
| Reference number | 3265774311ES |
| Transaction number | 12019246789 |
| Message to recipient | 1055 park ave 1 llc |
| Additional routing info | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 11/06/2024 10:35:30 AM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 11/06/2024 10:38:24 AM ET |