# CHASE for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Dec 12, 2024 | Sent | Maxim | 12021303428 | $13,750.00 | $13,750.00 USD |

| | |
|---:|---|
| Wire to | Maxim (...9028) |
| Wire from | COMMERCIAL CHECKING (...0799) |
| Amount | $13,750.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $13,750.00 USD (U.S. Dollar) |
| Wire date | Dec 12, 2024 |
| Status | Sent |
| Status date | Dec 12, 2024 |
| Reference number | 3565124347ES |
| Transaction number | 12021303428 |
| Message to recipient | 1055 Park Ave 1 LLC |
| Additional routing info | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 12/12/2024 02:55:38 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 12/12/2024 03:13:41 PM ET |