# CHASE for BUSINESS®

Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Jan 15, 2025 | Sent | Maxim | 12023098943 | $13,750.00 | $13,750.00 USD |

| | |
|---:|:---|
| Wire to | Maxim (…9028) |
| Wire from | COMMERCIAL CHECKING (…0799) |
| Amount | $13,750.00 USD (U.S. Dollar) |
| Wire fee | See analysis statement |
| Total | $13,750.00 USD (U.S. Dollar) |
| Wire date | Jan 15, 2025 |
| Status | Sent |
| Status date | Jan 15, 2025 |
| Reference number | 3043405015ES |
| Transaction number | 12023098943 |
| Message to recipient | 1055 park unit 1 |
| Additional routing info | None |
| Memo | None |
| Submitted by | Administrator |
| Submitted by date and timestamp | 01/14/2025 06:28:06 PM ET |
| Last modified by | Not Available |
| Modified by date and timestamp | 01/15/2025 03:40:06 AM ET |