| 1055 Park Ave - Unit 1 | |
|---|---|
| Date | Amount Paid |
| 7/9/2024 | $ 13,750.00 |
| 8/14/2024 | $ 13,750.00 |
| 8/22/2024 | $ 458.33 |
| 09/10/2024 | $ 14,208.33 |
| 10/7/2024 | $ 13,750.00 |
| 11/6/2024 | $ 14,208.33 |
| 12/12/2024 | $ 13,750.00 |
| 1/15/2025 | $ 13,750.00 |