| | |
|---|---|
| **From:** | Yael simpson |
| **To:** | NYSBml_Beckerman"s_Chambers; taylow_fogg@nysb.uscourts.gov |
| **Cc:** | jsimpson001@icloud.com |
| **Subject:** | 25-10437 - YJ Simco |
| **Date:** | Monday, July 28, 2025 9:57:33 AM |
| **Attachments:** | Jeffrey Simpson positions from JJ Arch that were transfered to YJ Simco in 2022.pdf
e mail to Mr. Zipes DOJ regarding investigation from Simpson, 2nd note with reply - no action to be taken .pdf
e mail to Mr. Zipes DOJ regarding investigation from Simpson.pdf
Jared Chassen Affirmation docket 43 JJ Arch LLC, acknowledging JJ Arch Resignation provision.pdf
exhibit 26 - 8.31.23 JJ Arch LLC Default Member Loan to Chassen Capital Call notice.pdf
Counsel to 555 and PH tenant 1055 March 2025.pdf
deed for 1055 park unit 1 ACRIS.pdf
e mail exchange with Crosby Capital (555 Lender) whereby they demand additional collatral immediatley after loan_purchase.pdf |

**CAUTION - EXTERNAL:**

Dear Chambers

Pursuant to your conversation with Jeffrey Simpson i am sending these documents for your honors consideration.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.