From: Danielle Light dlight@hasbanilight.com
Subject: RE: Purported lease assignment
Date: March 31, 2025 at 12:29:37 PM
To: Jeffrey Simpson jsimpson001@icloud.com
Cc: Yonel Devico yonel@crosbycapitalusa.com, David Goldwasser Dgoldwasser@fiacp.com

Jeffrey,

I previously asked you if you were represented by counsel. If you are, we cannot speak. Your attorneys are more than welcome to reach out to me directly.

Thank you,

Danielle P. Light, Esq.



450 Seventh Ave, Suite 1901
New York, NY 10123
(P) (212) 643-6677
(F) (347) 491-4048
www.hasbanilight.com

Admitted to practice in NY & NJ

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT NOTICE REGARDING WIRE PAYMENTS: Wire fraud is a significant risk in real estate transactions. Confirm all payment instructions in person or by phone using a previously known number. Never wire money based on email instructions alone. Call me at (212) 643-6677 for verification.

ATTENTION: This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

---

From: Jeffrey Simpson <jsimpson001@icloud.com>
Sent: Monday, March 31, 2025 12:20 PM
To: Danielle Light <dlight@hasbanilight.com>
Cc: Yonel Devico <yonel@crosbycapitalusa.com>; David Goldwasser <Dgoldwasser@fiacp.com>
Subject: Fwd: Purported lease assignment

Good job in attacking the tenant, it's unlikely he's going to pay rent to anyone now so good job in doing what you did which is not something that lenders typically would do given the risks of lender liability.    So it's going work out real well when we have someone who doesn't want to pay rent because he sees an opportunity to avoid it.   I don't

know how that is strategically smart for you as a lender or anyone.   The question is if your client is smart enough to pull back his ridiculous demand.

So you are hereby put on notice for taking on lender risks that you've taken on your own for what we call self-help when it was not justified.

The (Maxim) lender was aware that this tenant is difficult and I have email exchanges with them about the sensitivity here based on actions that we saw when the lease started.   All your client had to do was engage in a pre-negotiation agreement but no instead of trying to be reasonable it's let's try to be aggressive….

Just another goon lender and another goon lawyer representing the lender.   How you guys sleep at night, beats the hell out of me.   There are plenty of other ways to make a living but I can't teach folks that choose to do these things nor will I try.

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

From: Thomas Majewski <tpmajewski@gmail.com>
Date: March 24, 2025 at 10:40:14 PM EDT
To: Danielle Light <dlight@hasbanilight.com>
Cc: Jeffrey Simpson <jsimpson001@icloud.com>, Yael simpson <ysimpson78@gmail.com>
Subject: Re: Purported lease assignment

Dear Jeffrey - Is this your signature on the assignment of leases?

Tom

On Mar 24, 2025, at 11:33 AM, Danielle Light <dlight@hasbanilight.com> wrote:

Mr. Majewski,

Per your request, here is the assignment of leases and rents and the assignment of that document to my client, New York 555, LLC. Everything is recorded in the land records and is available for review on ACRIS. Since the loan is in default, my client has elected to collect the rents pursuant to the loan documents between Mr. Simpson and my client's predecessor in interest.

I've also attached a copy of your lease agreement for your convenience.

Thank you,

Danielle P. Light, Esq.

450 Seventh Ave, Suite 1901
New York, NY 10123
(P) (212) 643-6677
(F) (347) 491-4048
www.hasbanilight.com

Admitted to practice in NY & NJ

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IMPORTANT NOTICE REGARDING WIRE PAYMENTS: Wire fraud is a significant risk in real estate transactions. Confirm all payment instructions in person or by phone using a previously known number. Never wire money based on email instructions alone. Call me at (212) 643-6677 for verification.

ATTENTION: This message is intended for the above named person(s) only and is CONFIDENTIAL AND PROPRIETARY. If you are not the intended recipient of this e-mail and have received it in error, please immediately notify the sender by return email and then delete it from your mailbox. This message may be protected by the attorney-client privilege and/or work product doctrine. Accessing, copying, disseminating or re-using any of the information contained in this e-mail by anyone other than the intended recipient is strictly prohibited. Finally, you should check this email and any attachments for the presence of viruses, as the sender accepts no liability for any damage caused by any virus transmitted by this email. This communication was not intended or written to be used, and it cannot be used by any taxpayer, for the purpose of avoiding tax penalties.

From: Thomas Majewski <tpmajewski@gmail.com>
Sent: Monday, March 24, 2025 11:23 AM
To: Danielle Light <dlight@hasbanilight.com>
Cc: Jeffrey Simpson <jsimpson001@icloud.com>; Yael simpson <ysimpson78@gmail.com>
Subject: Re: Purported lease assignment

Good morning. Thanks for your note. Buying a loan is very different than a lease assignment. I am not a party to a note and don't owe anything to your client.

Your letter used very specific language saying the lease was assigned. Please send me (and Mr. Simpson) a certified copy of that assignment promptly.

Cheers,
Tom

On Mon, Mar 24, 2025 at 9:38 AM Danielle Light <dlight@hasbanilight.com> wrote:

Sure, will send the docs shortly.

This isn't a spoof. I can assure you. My client bought the loan from Mr. Simpson's mortgagee.

As I'm sure you are aware, loans get sold on the secondary market regularly.

Danielle P. Light, Esq.
HASBANI & LIGHT, P.C.
450 Seventh Avenue
Suite 1901
New York, New York 10123
Tel. 212-643-6677

---

**From:** Thomas Majewski <tpmajewski@gmail.com>
**Sent:** Saturday, March 22, 2025 1:03:44 PM
**To:** Danielle Light <dlight@hasbanilight.com>; Jeffrey Simpson <jsimpson001@icloud.com>
**Cc:** Yael simpson <ysimpson78@gmail.com>
**Subject:** Re: Purported lease assignment

+ Ms Light

Jeff - Thank you for your note.  So everyone has all the same information, attached are images of the unsigned notice I received and the envelope it came in.  I didn't realize your note was sold.  I probably would have bought it.

Ms. Light - It appears Mr. Simpson isn't familiar with the purported assignment you referenced in your letter dated March 18, 2025.  I look forward to receiving your documentation of this purported assignment promptly.

To who ever the actual landlord is, please let me know when my disposal will be repaired!! The super hasn't gotten it done for several weeks!

Best,
Tom



# HASBANI & LIGHT, P.C.

March 18, 2025

Via Certified Mail
Mr. Thomas Majewski
16 Shennamere Road
Darien, CT 06820

RE: Demand for Payments of Rent Pursuant to Assignment of Leases and Rents

Dear Mr. Majewski,

I am writing to formally notify you that, pursuant to the Assignment of Leases and Rents executed by 1053 Park Ave PH LLC in favor of New York 555 LLC ("Assignee"), all rental payments due under your lease agreement for the premises located at 1053 Park Avenue, Unit PH, New York, New York 10028 must be made directly to the Assignee effective immediately. Rent payments should be made payable to New York 555 LLC and sent to the following address:

New York 555 LLC
c/o Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1901
New York, New York 10123

If you prefer to wire monthly rent payments, please contact the undersigned to obtain the wiring instructions. Failure to remit rent as directed herein may result in legal action, including but not limited to eviction proceedings and enforcement of remedies under the lease agreement and applicable law.

Please acknowledge receipt of this letter and confirm your compliance with the payment instructions no later than March 28, 2025. If you have any questions or require clarification, please contact me immediately at the undersigned via email at dlight@hasbanilight.com. This letter is sent in accordance with the terms of the Assignment of Leases and Rents and does not constitute a waiver of any rights or remedies available to the Assignee.

Sincerely,

*Danielle P. Light*
Danielle P. Light, Esq.

iCloud Mail

[Photograph of a Certified Mail envelope from Hasbani & Light P.C., 450 Fashion Ave, Ste 1901, New York NY 10123-0101, addressed to Thomas Majewski, 16 Shennamere Rd, Darien CT 06820-6225. Tracking number 7018 1130 0000 4336 8964. Postage $9.64, dated MAR 2025.]

On Mar 22, 2025, at 9:50 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:

I do not even know who Ms. Light is.

There's definitely nothing that I've assigned.

Unfortunately I have corporate battles that I'm dealing with and it required an LLC one tier above to file for protection.

A carnivorous lender bought the loan of the apartment that you are in. I don't even have a summons or complaint other than threatening emails.

All rent is to be sent to the LLC as you have in the original lease. There is no bankruptcy at the level of ownership of the unit where you are. The parent though, has all or any litigation stayed in conjunction with that filing.

I will confirm with counsel on Monday. I'm sorry for this mess but unfortunately these types of corporate warfare situations happen outside of my control.

Thank you for letting us know.

Jeffrey Simpson

iCloud Mail

Sent from my iPhone

> On Mar 22, 2025, at 9:21 AM, Thomas Majewski <tpmajewski@gmail.com> wrote:
>
> Also, when you sort this out, please send wire instructions.
>
>> On Mar 22, 2025, at 9:18 AM, Thomas Majewski <tpmajewski@gmail.com> wrote:
>>
>> Good morning. I recently received an unsigned and unsubstantiated notice of a lease assignment from Ms. Light.
>>
>> I know there's been a bankruptcy and I am happy to send the rent when due to whoever owns the lease. That said, the unsigned notice without any supporting documentation could easily be a spoof, too.
>>
>> Please provide me with a certified copy of this purported lease assignment or other signed documentation between the existing lessor and the purported successor lessor to substantiate the transaction Ms Light refers to in her letter.
>>
>> Please send that documentation to my mailing address for notices and I'll review it promptly.
>>
>> Thanks so much.