| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2021091301332001001ED51B |

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 4

**Document ID:** 2021091301332001    **Document Date:** 09-01-2021    **Preparation Date:** 09-13-2021
**Document Type:** DEED
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| GOTHAM ABSTRACT & SETTLEMENT, LLC<br>370 LEXINGTON AVENUE, SUITE 800<br>GA-2570-A-NY-21<br>NEW YORK, NY 10017<br>212-767-0707<br>RECORDINGS@GOTHAMABSTRACT.COM | GOTHAM ABSTRACT & SETTLEMENT, LLC<br>370 LEXINGTON AVENUE, SUITE 800<br>GA-2570-A-NY-21<br>NEW YORK, NY 10017<br>212-767-0707<br>RECORDINGS@GOTHAMABSTRACT.COM |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1515 | 1902 | Entire Lot 1 | 1055 PARK AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____ Year____ Reel____ Page_____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| 1055 PARK/1 CORP.<br>C/O: JOAN L. GREENBERG, ESQ., 60 EAST 42ND STREET, SUITE 4600<br>NEW YORK, NY 10165 | 1055 PARK AVE 1 LLC<br>C/O: JEFFREY SIMPSON, 15 WEST 27TH STREET, 6TH FLOOR<br>NEW YORK, NY 10001 |

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 29,996.25 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $8,420.00 + $26,312.50 = $ | 34,732.50 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    09-17-2021 10:12
City Register File No.(CRFN):
     2021000368766

*Annette M Hill*
**City Register Official Signature**

691 — Standard N.Y.B.T.U. Form 8002: Bargain and sale deed,
with covenant against grantor's acts—Ind. or Corp. single sheet, 11-98

Blumberg Excelsior, Publisher, NYC 10013
www.blumberg.com

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

THIS INDENTURE, made on September 1, 2021
BETWEEN

1055 Park/1 Corp., a New York Corporation, having an address at c/o Joan L. Greenberg, 60 East 42nd Street, Suite 4600, New York, NY 10165

party of the first part, and

1055 Park Ave 1 LLC, having an address at c/o Jeffrey Simpson, 15 West 27th Street, 6th floor, New York, NY 10001

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

County City and State of New York, commonly known as Unit 1 located at 1055 Park Avenue, New York, NY and described more particularly in Schedule "A" attached hereto.

Being the same premises conveyed to 1055 Park/1 Corp., a New York Corporation, by Deed from IGOC I Park LLC dated May 27, 2011 and recorded June 8, 2011 in CRFN 2011000203370.

The intended use of the property is residential purposes only.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.
The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

1055 Park/1 Corp.

By: _____
Joan L. Greenberg
~~Authorized Signatory~~
Secretary



*Old Republic National Title Insurance Company*

Title Number: **GA-2570-A-NY-21**
Page **1**

### SCHEDULE A DESCRIPTION

THE Condominium Unit known and designated as Unit 1 (hereinafter called ""the Unit") in the building known as The 1055 Park Avenue Condominium, 1055 Park Avenue, Borough of Manhattan, County, City and State of New York (the "Building") designated and described in the Declaration establishing a plan for condominium ownership of the Building and the land upon which the Building is situated (said Building and land referred to collectively herein as the "Property" or the "Condominium"), dated January 19, 2011, made by Igoc I Park LLC under the Condominium Act of the State of New York (Article 9-B of the Real Property Law of the State of New York), recorded in the Office of the Register of the City of New York (the City Register's Office) on the 12th day of April, 2011, in City Register File Number (CRFN) 2011000131730, which Declaration of condominium was re-recorded April 18, 2011, as CRFN 2011000138656 (hereinafter called the "Declaration"). The Unit is also designated as Tax Lot No. 1902 in Block 1515 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of the City of New York, and on the floor plans of the building certified by M. Thomas O'Hara PLLC on March 2, 2011, and filed with and approved by the Real Property Assessment Department of the City of New York/Tax Map Unit on March 21, 2011, as Condominium Plan No.2120 and filed in the City Register's Office on April 18, 2011, as CRFN 2011000138657.

TOGETHER with an undivided 20.3894 percent interest (Unit 1) in the common elements (as such term is defined in the Declaration) appurtenant to the Unit.

The Land on which the Building is located is described as follows:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the southeast corner of Park Avenue and 87th Street in the County of New York, Borough of Manhattan;

RUNNNING THENCE easterly along the southerly side of 87th Street, 102 feet 9 inches;

THENCE southerly parallel with Park Avenue, 19 feet;

THENCE westerly parallel with 87th Street, part of the way through a party wall (if same still exists), 102 feet 9 inches to the easterly side of Park Avenue;

THENCE northerly along the easterly side of Park Avenue 19 feet to the point or place of BEGINNING.

1

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | 2021091301332001001S1B9A |
|---|---|
| **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |

**Document ID:** 2021091301332001  **Document Date:** 09-01-2021  **Preparation Date:** 09-13-2021
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2021083100154

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | C2. Date Deed Recorded __/__/__ Month Day Year | STATE OF NEW YORK |
| C3. Book ___ C4. Page ___ OR C5. CRFN ___ | | STATE BOARD OF REAL PROPERTY SERVICES **RP - 5217NYC** |

**PROPERTY INFORMATION**

| 1. Property Location | 1055 | PARK AVENUE 1 | | MANHATTAN | 10028 |
|---|---|---|---|---|---|
| | STREET NUMBER | STREET NAME | | BOROUGH | ZIP CODE |

2. Buyer Name: 1055 PARK AVE 1 LLC
   LAST NAME / COMPANY                    FIRST NAME

   LAST NAME / COMPANY                    FIRST NAME

3. Tax Billing Address — Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY                    FIRST NAME
   STREET NUMBER AND STREET NAME     CITY OR TOWN     STATE     ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: 1  # of Parcels  OR  [ ] Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: FRONT FEET ___ X DEPTH ___ OR ACRES ___
   Check the boxes below as they apply:
   6. Ownership Type is Condominium  [ ]
   7. New Construction on Vacant Land [ ]

8. Seller Name: 1055 PARK/1 CORP.
   LAST NAME / COMPANY                    FIRST NAME

   LAST NAME / COMPANY                    FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:

   A [✓] One Family Residential        C [ ] Residential Vacant Land       E [ ] Commercial    G [ ] Entertainment / Amusement   I [ ] Industrial
   B [ ] 2 or 3 Family Residential     D [ ] Non-Residential Vacant Land   F [ ] Apartment     H [ ] Community Service          J [ ] Public Service

**SALE INFORMATION**

10. Sale Contract Date: 5 / 28 / 2021

11. Date of Sale / Transfer: 9 / 1 / 2021

12. Full Sale Price $ 2,105,000
    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale: ___

14. Check one or more of these conditions as applicable to transfer:
    A [ ] Sale Between Relatives or Former Relatives
    B [ ] Sale Between Related Companies or Partners in Business
    C [ ] One of the Buyers is also a Seller
    D [ ] Buyer or Seller is Government Agency or Lending Institution
    E [ ] Deed Type **not** Warranty or Bargain and Sale (Specify Below)
    F [ ] Sale of Fractional or Less than Fee Interest (Specify Below)
    G [ ] Significant Change in Property Between Taxable Status and Sale Dates
    H [ ] Sale of Business is Included in Sale Price
    I [ ] Other Unusual Factors Affecting Sale Price (Specify Below)
    J [✓] None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: R 1

16. Total Assessed Value (of all parcels in transfer): 1,050,045

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))

    MANHATTAN 1515 1902

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

by [signature]

1055 PARK AVE 1 LLC, MEMBER  9/1/21
**BUYER SIGNATURE** / **DATE**

C/O: JEFFREY SIMPSON  15 WEST 27TH STREET, 6TH FLOOR
**STREET NUMBER** / **STREET NAME (AFTER SALE)**

NEW YORK    NY    10001
**CITY OR TOWN** / **STATE** / **ZIP CODE**

**BUYER'S ATTORNEY**
LAST NAME / FIRST NAME
AREA CODE / TELEPHONE NUMBER

**SELLER**
[signature]  9/1/21
**SELLER SIGNATURE** / **DATE**

2021083100154201

## AFFIDAVIT OF COMPLIANCE
### WITH SMOKE DETECTOR REQUIREMENT
### FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York } SS.:
County of NY

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

_____1055 PARK AVENUE_____, __1__,
Street Address Unit/Apt.

__MANHATTAN__ New York, __1515__ __1902__ (the "Premises");
Borough                    Block    Lot

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

1055 Park / 1 Corp                          1055 PARK AVE 1 LLC
Name of Grantor (Type or Print)             Name of Grantee (Type or Print)

By [signature] Sec                          by [signature] MEMBER
Signature of Grantor                        Signature of Grantee
                                            By Jeffrey Simpson, Member

Sworn to before me                          Sworn to before me
this _1_ day of September 20 21             this _1_ day of September 20 21
JONATHAN PELDMAN                            JONATHAN PELDMAN
NOTARY PUBLIC, STATE OF NEW YORK            NOTARY PUBLIC, STATE OF NEW YORK
No. 02PE6183646                             No. 02PE6183646
QUALIFIED IN KINGS COUNTY                   QUALIFIED IN KINGS COUNTY
COMMISSION EXPIRES MARCH 17, 2024           COMMISSION EXPIRES MARCH 17, 2024

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

2021083100154101