## jsimpson001@icloud.com

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Monday, June 30, 2025 12:03 PM |
| **To:** | Steve Lemmel |
| **Cc:** | Yonel Devico |
| **Subject:** | Re: 1055 Park |

I apologize, I was just told by the trustee they think I cannot have this conversation without them so I have to postpone untilthis is worked out

Jeffrey Simpson

Sent from my iPhone

> On Jun 30, 2025, at 7:56 AM, Steve Lemmel <steve@crosbycapitalusa.com> wrote:
>
> Perfect 786-819-5415
>
> Thank you
> --
>
> **Steve Lemmel**
> Crosby Capital | C: 786.819.5415
> Book a call with Steve
> 1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
>
> steve@crosbycapitalusa.com
>
> www.crosbycapitalusa.com
>  Crosby C
>
> > On Jun 30, 2025, at 07:45, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> >
> > Good morning confirming 12
> >
> > Jeffrey Simpson
> >
> > Sent from my iPhone
> >
> > > On Jun 26, 2025, at 5:12 PM, Steve Lemmel <steve@crosbycapitalusa.com> wrote:

1

Yes, Monday is fine around 12


On Thu, Jun 26, 2025 at 5:04 PM Jeffrey Simpson
<jsimpson001@icloud.com> wrote:
> Sorry, today got away from me and I have something
> tomorrow that I have to deal with that I don't know how long it
> will take.
>
> Can we schedule anytime Monday, if that works for you?
>
> Thank you
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>
>> On Jun 26, 2025, at 7:53 AM, Steve Lemmel
>> <steve@crosbycapitalusa.com> wrote:
>>
>> Good morning
>>
>> Yes what time you had in mind ?
>>
>> Thank you
>> --
>>
>> **Steve Lemmel**
>> Crosby Capital | C: 786.819.5415
>> Book a call with Steve
>> 1688 Meridian Avenue - 6th Floor. Miami Beach,
>> FL 33139
>>
>> steve@crosbycapitalusa.com
>>
>> www.crosbycapitalusa.com
>> 
>>
>>> On Jun 26, 2025, at 06:45, Jeffrey
>>> Simpson
>>> <jsimpson001@icloud.com>
>>> wrote:
>>>
>>> Good morning

Are you available to catch up later today?

Jeffrey Simpson

Sent from my iPhone

> On Jan 30, 2025, at 2:50 PM, Yonel Devico <yonel@crosbycapitalusa.com> wrote:
>
> We would need if you can include more collateral such as seconds mortgages on the Hampton house  and first on the super unit. Based on that we'll formulate a proposal. Thank you.
>
>
>
> --
> **Yonel Devico**
> Crosby Capital | O: 646.431.8370 | F: 646.607.4158
> 1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
> www.crosbycapitalusa.com
> linkedin.com/in/yoneldevico/
>
> This email and any files transmitted with it are confidential. If you are not the intended recipient you are notified that

disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Thu, Jan 30, 2025 at 2:23 PM Jeffrey Simpson <jsimpson001@icloud.com> wrote:

Why don't you send us your proposal and then we can decide how to proceed.

We look forward to you seeing the proposal.

This dialogue shall not construe acceptance of your commentary of foreclosure or the like.

Thank you.

Jeff

All rights reserved and non waived.

Jeffrey Simpson

Sent from my iPhone

> On Jan 30, 2025, at 12:0

6 PM, Steve Lemmel <steve@crosbycapitalusa.com> wrote:

Hi Jeffrey and Yael

As mentioned in Yonel email, we would like to work with you guys on a loan modification/forbearance in orde

r to get you out of foreclosure and restructure the loan

Would you like us to work on the proposal with you directly or with your counsel?

Thank you --

**Steve Lemmel**
Crosby Capital | C: 7

86.8
19.5
415

[Book a call with Steve](#)
[1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139](#)

[steve@crosbycapitalusa.com](#)

[www.crosbycapitalusa.com](#)

Crosby C

On Jan 2

9, 2025, at 16:11, Jeffrey Simpson <jsimpson001@icloud

.
c
o
m
>
w
r
o
t
e
:

R
e
p
e
a
t
i
n
g
w
h
a
t
I
s
a
i
d
b
y
t
e
x
t

W
e
r
e
c
e
i
v
e
d
y

our email and Yael responded (twice)

With regard to "help"

, please send a specific proposal of what you have in mind.

N

oonepurchasesloansto"help", they do it to make money off t

he borrowers in punitive ways.

Once we see what you have in

m
i
n
d
w
e
w
i
l
l
r
e
p
l
y
a
s
a
p
p
r
o
p
r
i
a
t
e
e
i
t
h
e
r
d
i
r
e
c
t
o
r
t
h
r
o
u
g
h
c

ounsel.

Thank you

Jeffrey Simpson

Sent from my iPh

one

On Jan 29, 2025, at 3:37 PM, Steve Lemmel <[steve@cr](mailto:steve@cr)

osbycapitalusa.com> wrote:

Thank you

Hi Yael

Are yo

uavailable for a call this upcoming Friday or next week?

Thank you

--

**Steve Lemmel** Crosby Capital | C: 786.8

19.5415

[Book a call with Steve 1688 Meridian Avenue - 6th](#)

Floor, Miami Beach, FL 33139

steve@crosbycapitalusa.

c
o
m

w
w
w
.
c
r
o
s
b
y
c
a
p
i
t
a
l
u
s
a
.
c
o
m



O
n
J
a
n
2
9
,
2
0
2
5
,
a
t
1

5:09, Yonel Devico <yonel@crosbycapitalusa.com> wrot

e:

Steve please see the below

--**Yonel Devi**coCrosby Ca

pital|O: 646.431.8370 |F: 646.607.4158 1688 Meridian Avenue - 6th Floor

. Miami Beach, FL 33139 www.crosbycapitalusa.com linkedin.com/in/yo

neldevico/

This email and any files transmitted with it are confid

ential. If you are not the intended recipient you are not notified that dis

closing, copying, distributing or taking any action in reliance on the c

ontents of this information is strictly prohibited.

On Wed, Jan 29

, 2025 at 2:51 PM Jeffrey Simpson <jsimpson001@icloud.

com> wrote:

Please see below

Yonel

Jeffrey Simpson

Sent from my iPhone

On Jan 23, 2025, at 5:48 PM, Yael sim

pson<[ysimpson78@icloud.com](mailto:ysimpson78@icloud.com)> wrote:

Hi Yonel,

I'm J

eff s wife, Yael.

Jeff asked me to take over on this.

Can y

ougivemesomedaysandtimesthatworktosetupacall.

Th

ank you, yael

Begin forwarded message:

**From:** Jeffrey

Simpson <jsimpson001@icloud.com> Subject: Fwd: 1055 P

**arkDate:** Jan 23, 2025 at 3:18 PM **To:** Yael simpson <ysimpso

n7[78@icloud.com](mailto:n78@icloud.com)>

Jeffrey Simpson

Sent from my iPh

one

Begin forwarded message:

**From:** Yonel Devico <yonel l

@crosbycapitalusa.com> **Date:** January 23, 2025 at 2:39:

49

PMEST

**To:** Yonel Devico <[yonel@crosbycapitalusa.co](mailto:yonel@crosbycapitalusa.co)

m
>
,
jsimpson001@icloud.com

**Cc:** Steve Lemmel <steve@cr

osbycapitalusa.com> Subject: Re: 10555 Park

Jeffollo

wing upon this. Is this a good time to talk? Thank you.

--**Yonel Devico** Crosby Capital | O: 646.431.8370

| F: 646.607.4158[1688M]

eridian Avenue - 6th Floor, Miami Beach, FL 33139 www.crosbycapitalusa.c

omlinkedin.com/in/yoneldevico/

This email and any files trans

mitted with it are confidential. If you are not the intended recipient

you are notified that disclosing, copying, distributing or taking any a

ction in reliance on the contents of this information is strictly prohib

ited.

On Mon, Jan 20, 2025 at 8:00 AM Yonel Devico <yonel

@crosbycapitalusa.com> wrote: For settlement purpose

s only

Hi Jeff

My name is Yonel Devico, the founder of Cro

s by Capital. We partner with Maximass special servicer on

loans in their portfolio. Due to the 12/31 maturity, bot

h Park Avenue loans have been entrans ferred to us for speci

al servicing. I am happy to set up a call to discuss ways tha

t
w
e
c
a
n
w
o
r
k
t
o
g
e
t
h
e
r
a
n
d
h
e
l
p
y
o
u
t
o
c
o
m
e
u
p
w
i
t
h
a
s
o
l
u
t
i
o

n
a
n
d
u
l
t
i
m
a
t
e
l
y
a
p
a
y
o
f
f
.
M
y
c
o
n
t
a
c
t
i
n
f
o
r
m
a
t
i
o
n
i
s
b
e
l
o

w.

Thank you.

Best,

--
**Yonel Devico** Crosby Capital | O: 64

6.431.8370 | F: 646.607.4158 1688 Meridian Avenue - 6th Floor, Miami Beac

h
,
F
L
3
3
1
3
9
w
w
w
.
c
r
o
s
b
y
c
a
p
i
t
a
l
u
s
a
.
c
o
m
l
i
n
k
e
d
i
n
.
c
o
m
/
i
n
/
y
o
n
e
l
d
e
v
i
c

ol

This email and any files transmitted with it are confidential. If

you are not the intended recipient you are notified that disclosing, c

opying, distributing or taking any action in reliance on the contents of



this information is strictly prohibited.

--
Steve Lemmel
Crosby Capital | C: 786.819.5415
Book a call with Steve
1688 Meridian Avenue - 6th Floor. Miami Beach, FL 33139
steve@crosbycapitalusa.com
www.crosbycapitalusa.com

