## jsimpson001@icloud.com

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Tuesday, June 24, 2025 11:54 AM |
| **To:** | Greg Zipes |
| **Cc:** | rajb@mllg.nyc |
| **Subject:** | Re: [EXTERNAL] Re: YJ Simco/Hearing Scheduled on Shortened Notice |

I'm not looking for legal advice I'm looking for justice.  There has been serious theft here and I'm looking for the government to do an investigation, that does not require lawyers or attorney client privilege.  You could check with the FBI they need direction from you before they're going to proceed, not you per se.

If you don't want to respond that's fine it will just be another person in the system that passes the baton and avoid due process and refuses to investigate hundreds of million dollars of fraud.

Jeffrey Simpson

Sent from my iPhone

> On Jun 24, 2025, at 8:32 AM, Zipes, Greg (USTP) <Greg.Zipes@usdoj.gov> wrote:
>
> You are represented by counsel and I cannot communicate with you.  Respectfully, you are asking for legal advice as well.
>
> I will not necessarily respond to all emails from you, given the above.
>
> As for adjournments/extensions, my office takes no position.
>
> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Sent:** Tuesday, June 24, 2025 8:22 AM
> **To:** Zipes, Greg (USTP) <Greg.Zipes@usdoj.gov>
> **Cc:** rajb@mllg.nyc
> **Subject:** Re: [EXTERNAL] Re: YJ Simco/Hearing Scheduled on Shortened Notice
>
> Mr. Zipes,
>
> Thank you for your quick reply.  Benjamin Rajotte, copied here is providing legal advice to me.   As you may have seen from my separate note, we are kindly requesting an extension on the YJ Simco matters contained herein.
>
> My question below was focused on the DOJ and the process for investigation.  Judge Beckerman made it very clear in the "conversion" hearing that if an investigation is what I was looking for, Chapter 7 will do exactly that.  We have been in touch with Mr. Messer and his counsel, they are not focused on this, even though we have tried to illustrate the

1

concerns to them with multiple documents, evidentiary proof and the like.   Maybe it will just require Mr. Rajotte to spend more time with them once he clears he calendar for the two other urgent matters regarding the related cases.

 Given the other two actions that must be attended to by me and Mr. Rajotte this week, we can certainly pick up this conversation at another time that is convenient for you and potentially the three of us can have a conference call or meeting.

Thank you,

Jeffrey Simpson

On Jun 24, 2025, at 7:57 AM, "Zipes, Greg (USTP)" <Greg.Zipes@usdoj.gov> wrote:

We are not your lawyers and cannot give legal advice.

Please note that this case converted to a chapter 7 case on notice to the debtor.  A chapter 7 trustee has been appointed.  That trustee has statutory duties.  You can bring your concerns to his attention but I cannot predict what he will do with that information.

Here is the chapter 7 trustee contact information:

**Gregory M. Messer**

Law Offices of Gregory Messer, PLLC

26 Court Street

Suite 2400

Brooklyn, NY 11242

(718) 858-1474

Thanks,

Greg M. Zipes

Trial Attorney

Office of the United States Trustee – New York Office

Alexander Hamilton Custom House

One Bowling Green, Suite 515

New York, New York 10004

212-510-0500

---

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Tuesday, June 24, 2025 6:46 AM
**To:** Siegel, Rachael E. (USTP) <Rachael.E.Siegel@usdoj.gov>
**Cc:** rajb@mllg.nyc; Rudewicz, Daniel (USTP) <Daniel.Rudewicz@usdoj.gov>; Zipes, Greg (USTP) <Greg.Zipes@usdoj.gov>
**Subject:** [EXTERNAL] Re: YJ Simco/Hearing Scheduled on Shortened Notice

Good Morning Ms. Siegel, Mr. Rudewiicz, and Mr. Zipes,

I reached out late last week to Ms. Siegel and she suggested that I call Mr. Zipes. I did leave a voice mail but i did not hear back.

It was my understanding from Judge Beckerman that the conversion to a Chapter 7 will result in an investigation and unfortunately that is not was the outside appointed UST is focused on whatsoever.

The attached gives a glimpse of what I am suggesting here. It did not generate any substantial feedback from any of the Judges involved.

The purpose of my call is to share with you what is really going on here and hoping that you can point me in the right direction within DOJ. We are in bankruptcy ( x 2) for the reasons described in the letter and there is serious international criminality going on here  I have shared with the FBI but i t believe they will need DOJ or another agency  to to call for the investigation.

Thank you and i apologize in advance if i am sending this to the wrong channel, in advance.

Best Regards,

Jeffrey Simpson

646-753-2872

> On Jun 20, 2025, at 11:49 AM, Jacqulyn Loftin <jsl@lhmlawfirm.com> wrote:
>
> **In re   YJ Simco LLC**
>
> **Chapter 7**
>
> <u>**Case No. 25-10437 (LGB)**</u>
>
> **Hearing Date: June 25, 2025 at 3:00 p.m.**
>
> Kindly direct your attention to the attached:
>
> (i)     Dkt. No. -27, The Chapter 7 Trustee's Motion Seeking the Entry of an Order Compelling Jeffrey Simpson, Individually and as Authorized Agent of the Debtor, to Grant the Trustee and His Professionals Access to the Apartments, Known As, and Located At, 1055 Park Avenue, New York, New York, Unit 1 and Penthouse to

4

        Conduct an Inspection of the Apartments and for Related Relief with Exhibits; and

    (ii)      Dkt. No. 29, Order Shortening Time for the Hearing to Consider the Chapter 7 Trustee's Motion Seeking the Entry of an Order Compelling Jeffrey Simpson, Individually and as an Authorized Agent of the Debtor, to Grant the Trustee and His Professionals Access to the Apartments, Known As, and Located At, 1055 Park Avenue, New York, New York, Unit 1 and Penthouse to Conduct an Inspection of the Apartments and for Related Relief entered by the Court on June 20, 2025.

_____

**Jacqulyn S. Loftin, Esq., Partner**

\<image001.jpg\>

3305 Jerusalem Avenue
Wantagh, New York 11793
Tele. (516) 826-6500 | Fx. (516) 826-0222
[www.lhmlawfirm.com](www.lhmlawfirm.com)

This message originates from the law firm of LaMonica Herbst & Maniscalco, LLP.  The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use.  The information contained in this message and any file transmitted with it is transmitted in this form based upon a reasonable expectation of privacy consistent with ABA Formal Opinion No. 99-413.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message.  Personal messages express views solely of the sender and are not attributable to LaMonica Herbst & Maniscalco, LLP.

\<Dkt 29-OSH.pdf\>\<Dkt. 27 Mtn to Compel OSH.pdf\>