| Assignee | Membership Interest |
|---|---:|
| 1700 Arch JJ LLC | 31.25% |
| 4690 Oracle Investors LLC | 33.75% |
| 5401 California Investors LLC | 30.89% |
| 5952 Benner Investor LLC | 12.50% |
| 5952 Benner Manager LLC | 98.00% |
| 89th Street Borrower LLC | 32.70% |
| Arch 11 Greene St Investors LLC | 33.00% |
| Camelot MM JV 2 LLC | 35.44% |
| Camelot MM JV 3 LLC | 15.18% |
| JJ 45 Savings LLC | 18.44% |
| JJ 550 Metropolitan LLC | 10.38% |
| JJ 88 Arch LLC | 12.40% |
| JJ Arch LLC | 54.17% |
| JJ Arch Nostrand LLC | 30.34% |
| JJ Cambridge LLC | 14.15% |
| JJ Camelot LLC | 10.84% |
| JJ Center Point LLC | 23.64% |
| JJ Columbia LLC | 9.47% |
| JJ HaverHill LLC | 16.21% |
| JJ Midtown Oaks LLC | 12.83% |
| JJ Myrtle LLC | 18.03% |
| JJ NCSC LLC | 4.53% |
| JJ One Brown LLC | 17.51% |
| JJ Pebble Creek LLC | 21.30% |
| JJ S. Juniper LLC | 35.47% |
| JJ Tuscaloosa LLC | 12.66% |
| JJ Vandam LLC | 8.89% |
| NCSC MM JV 2 LLC | 46.25% |