UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                                           :    Case No. 25-10437-LGB
                                                                                    :
                                                                                    :    (Chapter 7)
YJ SIMCO LLC,                                                          :
                                                                                    :
                                    Debtor.                           :
------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 362(D) <br> MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(A)

Upon the motion dated April 30, 2025 (the "Motion") [ECF No. 10] of New York 555, LLC (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), vacating the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in: (1) 1055 Park Avenue, Unit PH, New York, NY 10028 (the "Property"); and (2) the membership interests in 1055 Park Ave PH LLC (the "Membership Interests") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property and Membership Interests; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on September 10, 2025; and there being no opposition to the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property and Membership Interests to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property and Membership Interests, including, without limitation, loss mitigation, foreclosure, eviction and UCC Sale proceedings; and it is further

ORDERED that the Creditor shall promptly report and turn over to the Chapter 7 Trustee any

surplus proceeds of the Property.

Dated: New York, New York
September 10, 2025

                                                */s/ Lisa G. Beckerman*
                                                THE HONORABLE LISA G. BECKERMAN
                                                UNITED STATES BANKRUPTCY JUDGE