**OLSHAN FROME WOLOSKY LLP**
*Attorneys for Arch Real Estate Holdings LLC*
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
Jonathan T. Koevary
Dean M. Oswald

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| YJ SIMCO LLC, | Case No. 25-10437 (LGB) |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Olshan Frome Wolosky LLP hereby appears in the above-captioned case as counsel to creditor Arch Real Estate Holdings LLC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

Jonathan T. Koevary
Dean M. Oswald
Olshan Frome Wolosky LLP
Attorneys for Arch Real Estate Holdings LLC
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300

Email: jkoevary@olshanlaw.com
Email: doswald@olshanlaw.com

13037335-1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of Arch Real Estate Holdings LLC.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver of any of the rights of Arch Real Estate Holdings LLC including, without limitation to: (i) the right to have final orders in any and all non-core matters entered only after de novo review by a United States District Court; (ii) the right to trial by jury in any proceeding as to any and all matters so triable; (iii) the right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity. All such rights are hereby reserved and preserved, without exception.

Dated: New York, New York
October 15, 2025

**OLSHAN FROME WOLOSKY LLP**

By: /s/ *Jonathan T. Koevary*
Jonathan T. Koevary
Dean M. Oswald
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

*Attorneys for Arch Real Estate Holdings LLC*