UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

       YJ Simco,                                   Case No. 25-10437

                               Debtor.
-----------------------------------------------------------X

## ORDER SCHEDULING CONFERENCE

**WHEREAS**, on December 3, 2025, Jeffrey Simpson requested via email that the Court hold an emergency conference to address perceived issues in the above-referenced case; and

**WHEREAS**, the Court deems it prudent to hold a conference to discuss the case and related matters.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Court shall hold a conference, via Zoom for Government, at **2:30 PM (EST) on December 8, 2025**; and it is further

**ORDERED,** that this Court retains jurisdiction over all matters related to or arising out of the implementation and enforcement of this Order.


Dated: New York, New York
           December 5, 2025

                                                       */s/ Lisa G. Beckerman*
                                                       HONORABLE LISA G. BECKERMAN
                                                       UNITED STATES BANKRUPTCY JUDGE