UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                                                             Chapter 7

       YJ Simco,                                                Case No. 25-10437

                            Debtor.

-----------------------------------------------------------X

## **ORDER DENYING SIMPSON'S ADDITIONAL REQUEST**

**WHEREAS**, on December 4, 2025, Jeffrey Simpson ("Simpson") requested via email that the Court hold an emergency conference (the "Conference") to address perceived issues in the above-referenced Chapter 7 case concerning actions taken by the Chapter 7 trustee;

**WHEREAS,** the Court issued an order scheduling the Conference to be held at 2:30 PM on December 8, 2025 [ECF 69]; and

**WHEREAS**, after the Conference was scheduled, Simpson emailed the Court to request the presence of the Honorable Justice Joel M. Cohen, a sitting judge in the New York State Supreme Court, at the Conference (the "Additional Request").

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Additional Request is DENIED; and it is further

**ORDERED,** that this Court retains jurisdiction over all matters related to or arising out of the implementation and enforcement of this Order.

Dated: New York, New York
         December 5, 2025

                                                        */s/ Lisa G. Beckerman*
                                                        HONORABLE LISA G. BECKERMAN
                                                        UNITED STATES BANKRUPTCY JUDGE