CONTRIBUTION AGREEMENT

This Contribution Agreement (this "Agreement") is entered into as of the 31st day of October, 2021, from JEFFREY SIMPSON (the "Contributor") to YJ SIMCO LLC, a New York limited liability company (the "Company").

WITNESSETH:

WHEREAS, the Contributor owns the membership interest set forth on Exhibit A hereto (the "Ownership Interests") in each of the limited liability companies listed on Schedule 1 attached hereto (the "Entities");

WHEREAS, Contributor desires to assign, transfer and contribute to the Company 100% of the Ownership Interests to the Company in exchange for a membership interests in the Company as more specifically detailed in that certain Operating Agreement of the Company, dated of even date herewith (the "Operating Agreement");

NOW THEREFORE, in consideration of the recitals and the covenants and agreements set forth in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1. <u>Contribution of Ownership Interests</u>. Subject to the terms and conditions of this Agreement, the Contributor hereby assigns, transfers and conveys to the Company, all of its right, title and interest in and to the Ownership Interests. The Contributor hereby represents and warrants to the Company that the Contributor owns the Ownership Interests free and clear of all liens, claims, options, charges, pledges and encumbrances. The Contributor further represents that it has the full power and authority to enter into and consummate this assignment.

2. <u>Consideration</u>. In consideration of the assignment of the Ownership Interests by the Contributor to the Company, the Company hereby issues to the Contributor, a membership interest in the Company on the terms and conditions as set forth in the Operating Agreement.

3. <u>Acceptance of Assignment</u>. The Company hereby accepts the assignment of the Ownership Interest as set forth in <u>Section 1</u> herein.

4. <u>GOVERNING LAW AND VENUE</u>. THE AGREEMENT AND THE RIGHTS AND OBLIGATIONS OF THE PARTIES HEREUNDER SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW JERSEY. THE EXCLUSIVE FORUM FOR THE DETERMINATION OF ANY ACTION RELATING TO THIS AGREEMENT SHALL BE AN APPROPRIATE COURT OF THE STATE OF NEW YORK.

5. <u>Counterparts</u>. This Agreement may be executed in any number of counterparts and all of such counterparts shall together constitute one and the same instrument. Handwritten signatures to this Agreement transmitted by telecopy or electronic transmission (for example, through use of a Portable Document Format or "PDF" file) shall be valid and effective to bind the party so signing.

IN WITNESS WHEREOF, the undersigned have hereunto executed the Agreement as of the year, month, and day first above written.

**CONTRIBUTOR**

_____
Jeffrey Simpson

**ASSIGNEE**

YJ SIMCO LLC,
a New York limited liability company

By: _____
Name:
Title:

# Schedule 1

| Entity | Ownership Percentage |
|---|---|
| 1055 Park Ave 1 LLC LLC | 100% |
| 1055 Park Ave PH LLC | 100% |
| 1055 Park Ave ST LLC | 50% |
| 266 WMTR LLC | 50% |