FILED: SUFFOLK COUNTY CLERK 11/13/2025 04:51 PM          INDEX NO. 623340/2024
NYSCEF DOC. NO. 71                                        RECEIVED NYSCEF: 11/13/2025

# NOTICE OF SALE

SUPREME COURT COUNTY OF SUFFOLK

JPMorgan Chase Bank, National Association, Plaintiff

AGAINST

266 WMTR LLC; Jeffrey Simpson; et al., Defendant(s)

Pursuant to a Judgment of Foreclosure and Sale duly entered September 29, 2025, I, the undersigned Referee will sell at public auction at the Southampton Town Hall, 116 Hampton Rd, Southampton, NY 11968 on December 15, 2025 at 10:00 AM, premises known as 266 Water Mill Towd Road, Water Mill, NY 11976. All that certain plot, piece or parcel of land, with the buildings and improvements erected, situate, lying and being at Deerfield, Town of Southampton, County of Suffolk and State of New York, District 0900 Section 080.00 Block 01.00 Lot 002.005. Approximate amount of judgment $1,858,461.19 plus interest and costs. Premises will be sold subject to provisions of filed Judgment Index #623340/2024.

James E. McElhone, Esq., Referee

McCalla Raymer Leibert Pierce, LLC
420 Lexington Avenue-Suite 840
New York, NY 10170

24-17803NY

SUPREME COURT STATE OF NEW YORK
COUNTY OF SUFFOLK

24-17803NY
Index No. 623340/2024

## AFFIRMATION OF SERVICE BY MAIL

JPMorgan Chase Bank, National Association, Plaintiff
vs.
266 WMTR LLC; Jeffrey Simpson; Yael Simpson A/K/A Yael Halporn A/K/A Yael Simps A/K/A Yael Halpern; et al., Defendant(s)

Cassidy Ertel, affirms and says that I was at the time of service over the age of eighteen, not a party to this action and resides in the State of New York.

That on November 13, 2025, I mailed a true copy of the Notice of Sale in this action on those defendants, whose names, representation and designated addresses appear below, by depositing a true copy of same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Referee:
James E. McElhone, Esq.
7 Hermitage Street
Wading River, NY 11792

266 WMTR LLC
c/o NY Secretary of State
99 Washington Avenue
Albany, NY 12231

Jeffrey Simpson
266 Water Mill Towd Road
Water Mill, NY 11976

Jeffrey Simpson
1055 Park Avenue
New York, NY 10028

Yael Simpson a/k/a Yael Halporn a/k/a Yael Simps a/k/a Yael Halpern
266 Water Mill Towd Road
Water Mill, NY 11976

New York State Department of Taxation and Finance
300 Motor Parkway
Hauppauge, NY 11788

John Doe (Name Refused)
266 Water Mill Towd Road
Water Mill, NY 11976

Current Occupant
266 Water Mill Towd Road
Water Mill, New York, 11976

I affirm on, November 13, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Cassidy Ertel_
Cassidy Ertel