UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                    Chapter 7

YJ SIMCO LLC,                                                                  Case No.: 25-10437 (LGB)

                Debtor.
---------------------------------------------------------------x

# ORDER EXTENDING THE AUTOMATIC STAY TO 266 WMTR LLC AND THE PROPERTY LOCATED AT 266 WATER MILL TOWN ROAD, WATER MILL, NEW YORK 11976

Upon the motion ("Motion") of Gregory M. Messer, solely in his capacity as Chapter 7 Trustee ("Trustee") of the estate of YJ Simco LLC ("Debtor"), by his undersigned counsel, seeks entry of an Order pursuant to 11 U.S.C. §§ 105(a), 362(a) and 541(a) ("Bankruptcy Code"): (i) extending the automatic stay to 266 WMTR LLC ("LLC") and the property located at 266 Water Mill Town Road, Water Mill, New York 11976 ("Water Mill Property"); and (ii) granting Trustee such other and further relief as the Court deems just and proper; and upon the application for an Order scheduling a hearing on shortened notice of the Motion; and upon the Order scheduling a hearing on shortened notice of the Motion; and upon the related Affidavit of Service; and upon the hearing conducted on December ____ 2025 ("Hearing"); and for the reasons set forth on the record at the Hearing, the transcript of which is incorporated by reference herein; and no additional notice or hearing being required, THE COURT FINDS AND DETERMINED THAT:

      A.     The Court has subject matter jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334.

      B.     Venue of this case and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

1

C. The relief requested in the Motion is appropriate and warranted under sections 105, 362 and 541 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY

ORDERED that, pursuant to sections 105(a), 362(a) and 541(a) of the Bankruptcy Code, the automatic stay is hereby extended to the LLC and the Water Mill Property; and, it is further

ORDERED that the protections herein shall continue pending further Order of this Court; and, it is further

ORDERED that this Court shall retain jurisdiction to: (i) hear and determine any disputes arising from this Order; and (ii) enforce the provisions of this Order.

Dated: December \_\_\_, 2025
      New York, New York

                                                _____
                                                Hon. Lisa G. Beckerman
                                                United States Bankruptcy Judge