UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                             Chapter 7

YJ SIMCO LLC,                                Case No.: 25-10437 (LGB)

                       Debtor.
-----------------------------------------------------------------x

**ORDER SCHEDULING A HEARING ON SHORTENED NOTICE OF MOTION OF
CHAPTER 7 TRUSTEE FOR AN ORDER EXTENDING THE AUTOMATIC STAY
AND GRANTING SUCH OTHER RELIEF AS
THE COURT DEEMS JUST AND PROPER**

Upon the motion ("Motion") of Gregory M. Messer, solely in his capacity as Chapter 7 Trustee ("Trustee") of the estate of YJ Simco LLC ("Debtor"), pursuant to 11 U.S.C. §§ 105(a), 362(a) and 541(a) ("Bankruptcy Code"): (i) extending the automatic stay to 266 WMTR LLC and the property located at 266 Water Mill Town Road, Water Mill, New York 11976; and (ii) granting Trustee such other and further relief as the Court deems just and proper; and upon the Trustee's application ("Application") seeking entry of an Order, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Rule 9077-1 of the Local Bankruptcy Rules for the Southern District of New York, shortening the time for the hearing on the Motion; and upon the Affirmation of Gary F. Herbst, Esq. in support of the Application; now, therefore, it is hereby

**ORDERED** that a hearing ("Hearing") to consider the relief requested in the Motion shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **December \_\_\_\_, 2025 at _____**; and, it is further

**ORDERED** that the Hearing will be conducted by Zoom for Government® using the instructions on the Court's website, which can be found at: http://www.nysb.uscourts.gov/zoom-video-hearing-guide. If you wish to appear in the Hearing, you must register your appearance

utilizing the Electronic Appearance portal located on the Court's website, which can be found at: http://www.nysb.uscourts.gov/ecourt-appearances.[1] **Appearances must be entered no later than 4 p.m. one business day prior to the Hearing**; and it is further

**ORDERED**, that a copy of this Order and the Motion shall be served via electronic mail or overnight mail where electronic mail cannot be effectuated, on: (i) counsel of record to the Debtor; (ii) Jeffrey Simpson; (iii) JPMorgan Chase Bank, N.A. through its counsel in the related foreclosure action; (iv) the United States Trustee; (v) all parties that have filed a Notice of Appearance in this case; (vi) Arch Real Estate Holdings LLC, through its counsel of record; and (vii) Jared Chassen, through his counsel of record, and such service shall be deemed adequate and sufficient notice of the Hearing; and, it is further

**ORDERED** that proof of service in accordance with this Order shall be filed with the Court prior to the Hearing; and, it is further

**ORDERED** that objections, if any, to the Motion may be raised at the Hearing; and, it is further

**ORDERED** that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement this Order.

Dated: December ___, 2025
New York, New York

                                           _____
                                           Hon. Lisa G. Beckerman
                                           United States Bankruptcy Judge

---

[1] See the attached Procedures For All Hearings Before Judge Beckerman Being Held By Zoom Video, which may also be accessed here: http://www.nysb.uscourts.gov/sites/default/files/Judge_Beckerman_Zoom_Procedures.pdf.

# PROCEDURES FOR ALL HEARINGS BEFORE JUDGE BECKERMAN BEING HELD BY ZOOM VIDEO

The Zoom video hearing (the "Hearing") held in connection with this notice will be conducted in accordance with the procedures contained herein.

With respect to Hearings that are evidentiary hearings or trials, the procedures contained herein are subject to, and do not limit, the terms of any pre-trial order, scheduling order, or other order regarding the Hearings.

These procedures have been modified to comply with the revised policy, effective September 22, 2023, of the Judicial Conference of the United States concerning the public's remote access to civil and bankruptcy proceedings (the "Revised Policy"). Under the Revised Policy, the press and other public attendees ("Public Attendees") may only receive audio access to non-evidentiary Hearings when appearing remotely. For evidentiary hearings and trials, Public Attendees may not attend via remote means and should attend in-person in the courtroom. The Revised Policy does not affect the ability of case participants (e.g., parties-in-interest and their attorneys, witnesses, and interpreters) ("Case Participants") from attending Zoom Hearings using the platform's videoconferencing features.

All Case Participants and Public Attendees that wish to attend a Zoom Hearing (whether attending remotely or in-person) must register for the Hearing through the Electronic Appearance Portal ("eCourt Appearance Tool") located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by the deadlines set forth in Sections 2 and 3 below.

## PROCEDURES

1. **Audio and Videoconferencing Solutions.** The Hearing shall occur virtually using both audio and videoconferencing solutions as set forth herein. The Court shall utilize Zoom for Government (for audio and video purposes). The Court shall provide the Zoom link to the list of persons registered as Case Participants pursuant to the instructions set forth in Section 2 below and a Zoom dial-in number to Public Attendees who provide notice of their attendance to the Court pursuant to the instructions set forth in Section 3 below.

2. **Hearing Attendance by Case Participants.** All Case Participants must register for the Hearing through the eCourt Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Case Participant not being admitted to the Hearing. The Court will email the Zoom link to registered Case Participants after 4:00 p.m. (ET) one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

3. **Hearing Attendance by Public Attendees.** All Public Attendees who wish to dial-in to a Hearing where testimony is not expected must register for the Hearing through the eCourt

Appearance Tool by no later than 4:00 p.m. (ET) one business day before the Hearing. Failure to register by the specified deadline will result in the Public Attendee not being admitted to the Hearing. The Court will email the Zoom dial-in information to registered Public Attendees prior to the Hearing. Registered Public Attendees are strictly forbidden from circulating or sharing the Zoom dial-in information. Because Public Attendees cannot dial in to a Hearing where testimony is expected, Public Attendees may attend such a Hearing in person in the courtroom.

4. **Courtroom Formalities.** Although being conducted using audio and videoconferencing on Zoom, the Hearing constitutes a court proceeding, and any recording other than the official court version is prohibited. No participant or attendee of the Hearing may record images or sounds of the Hearing from any location. All parties appearing before the Court must situate themselves in such a manner as to be able to view the video screen and be seen by the Court. For purposes of this Hearing, the parties must observe the formalities of a courtroom.

5. **Submission of Exhibits and Demonstratives to Court.** If any of the parties intend to offer any exhibits at the Hearing or use any demonstratives at the Hearing, such party shall provide the Court (and file on ECF) a copy of the exhibits or demonstratives it will seek to use during the Hearing (either by offering it in evidence or using it for demonstrative purposes) no later than the deadline set forth in Judge Beckerman's Chambers Rules or the applicable scheduling or pre-trial order but in any event at least 24 hours before the Hearing.

6. **Checking in for Hearing.** Because of the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing must connect to the Hearing beginning half an hour before the scheduled start of the Hearing and no later than ten minutes before the Hearing start time. Failure to connect to the Hearing at the indicated time may result in significant delays to the start of the Hearing. When signing into Zoom for Government, participants must type in the first and last name that will be used to identify them at the hearing, and the party they represent (i.e., Jane Doe, Debtor's Counsel). Participants who type only their first name, a nickname, or initials will not be admitted into the hearing. When seeking to connect for video participation in a Zoom for Government hearing, participants will first enter a waiting room in the order in which the participants seek to connect. Court personnel will admit each person to the Hearing from the waiting room after confirming the person's name (and telephone number, if a telephone is used to connect) provided to the Court in accordance with Sections 2 and 3 above. You may experience a delay in the waiting room before you are admitted to the Hearing. Once admitted, please turn off your video and mute the microphone on Zoom until the Court calls your matter.

7. **Retention of Jurisdiction.** The Court retains jurisdiction with respect to all matters arising from or related to these procedures.