UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                    Chapter 7

YJ SIMCO LLC,                                                                   Case No.: 25-10437 (LGB)

               Debtor.
-------------------------------------------------------------x

## ORDER EXTENDING THE AUTOMATIC STAY TO 266 WMTR LLC AND THE PROPERTY LOCATED AT 266 WATER MILL TOWD ROAD, WATER MILL, NEW YORK 11976

Upon the motion ("Motion") [ECF 74] of Gregory M. Messer, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the estate of YJ Simco LLC ("Debtor"), by his undersigned counsel, seeking the entry of an Order, pursuant to 11 U.S.C. §§ 105(a), 362(a) and 541(a) ("Bankruptcy Code"): (i) extending the automatic stay to 266 WMTR LLC ("LLC") and the property located at 266 Water Mill Towd Road, Water Mill, New York 11976 ("Water Mill Property"), and (ii) granting the Trustee such other and further relief as the Court deems just and proper; and upon the application for an order scheduling a hearing on shortened notice of the Motion [ECF 75]; and upon the order scheduling a hearing on shortened notice of the Motion [ECF 76]; and upon the related Affidavit of Service of the Motion and the scheduling order [ECF 77]; and upon the hearing conducted on December 11, 2025 ("Hearing"); and no objections having been filed or raised at the Hearing; and for the reasons set forth on the record at the Hearing, the transcript of which is incorporated by reference herein; and no additional notice or hearing being required, THE COURT FINDS AND DETERMINED THAT:

      A.     The Court has subject matter jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334.

B.  Venue of this case and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

C.  The relief requested in the Motion is necessary, appropriate, and warranted under sections 105, 362 and 541 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY

ORDERED, that pursuant to sections 105(a), 362(a) and 541(a) of the Bankruptcy Code, the automatic stay is hereby extended as to the LLC and the Water Mill Property, and any sale or transfer of the LLC and the Water Mill Property, until January 26, 2026, without prejudice to the Trustee's right to seek to further extend the automatic stay as to the LLC and the Water Mill Property; and, it is further

ORDERED, that a further hearing on this matter shall be held **on January 22, 2026, at 10:00 a.m.,** and the Trustee is authorized to seek and raise verbally at this hearing a further request to extend the automatic stay as to the LLC and the Water Mill Property; and, it is further

ORDERED, that this Court shall retain jurisdiction to: (i) hear and determine any disputes arising from this Order; and (ii) enforce the provisions of this Order.

Dated: December 11, 2025
New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE