# YJ SIMCO LLC
## Balance Sheet by Class
### As of March 31, 2022

|  | 1055 Park Ave 1 LLC | 1055 Park Ave 4 LLC | 1055 Park Ave PH LLC | 1055 Park Ave ST LLC | 266 WMTR LLC | YJ Simco LLC | Unclassified | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| **Checking/Savings** | | | | | | | | |
| FRB #1 0799 | 25,659.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25,659.57 |
| FRB #1 Security Deposit 2552 | 17,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,000.00 |
| FRB #4 2874 | 0.00 | 5,662.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,662.62 |
| FRB 266 WMTR 6071 | 0.00 | 0.00 | 0.00 | 0.00 | 19,017.78 | 0.00 | 0.00 | 19,017.78 |
| FRB PH 0740 | 0.00 | 0.00 | 6,636.20 | 0.00 | 0.00 | 0.00 | 0.00 | 6,636.20 |
| FRB PH Security Deposit 2693 | 0.00 | 0.00 | 17,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,000.00 |
| FRB ST 2890 | 0.00 | 0.00 | 0.00 | 2,245.18 | 0.00 | 0.00 | 0.00 | 2,245.18 |
| FRB YJ SIMCO 3021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 777.49 | 0.00 | 777.49 |
| **Total Checking/Savings** | 42,659.57 | 5,662.62 | 23,636.20 | 2,245.18 | 19,017.78 | 777.49 | 0.00 | 93,998.84 |
| **Accounts Receivable** | | | | | | | | |
| Accounts Receivable | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| **Total Accounts Receivable** | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 |
| **Other Current Assets** | | | | | | | | |
| Inventory Asset | 0.00 | 287,100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 287,100.00 |
| Prepaid Insurance | 1,017.94 | 0.00 | 1,328.64 | 0.00 | 0.00 | 0.00 | 0.00 | 2,346.58 |
| Utility Deposit | 0.00 | 1,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,395.00 |
| **Total Other Current Assets** | 1,017.94 | 288,495.00 | 1,328.64 | 0.00 | 0.00 | 0.00 | 0.00 | 290,841.58 |
| **Total Current Assets** | 43,677.51 | 294,157.62 | 24,964.84 | 4,245.18 | 19,017.78 | 777.49 | 0.00 | 386,840.42 |
| **Fixed Assets** | | | | | | | | |
| Building | 1,952,829.00 | 2,999,000.00 | 1,752,281.25 | -1,303.84 | 0.00 | 0.00 | 0.00 | 6,702,806.41 |
| **Closing Costs** | | | | | | | | |
| Commissions | 0.00 | 11,206.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,206.00 |
| Legal | 0.00 | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,000.00 |
| Loan costs | 20,578.81 | 8,273.24 | 17,087.72 | 0.00 | 0.00 | 0.00 | 0.00 | 45,939.77 |
| Title | 68,506.71 | 88,922.50 | 54,470.82 | 5,435.43 | 0.00 | 0.00 | 0.00 | 217,335.46 |
| **Total Closing Costs** | 89,085.52 | 118,401.74 | 81,558.54 | 5,435.43 | 0.00 | 0.00 | 0.00 | 294,481.23 |
| Furniture and Equipment | 0.00 | 6,760.04 | 5,215.65 | 0.00 | 883.44 | 0.00 | 0.00 | 12,859.13 |
| **Total Fixed Assets** | 2,041,914.52 | 3,124,161.78 | 1,839,055.44 | 4,131.59 | 883.44 | 0.00 | 0.00 | 7,010,146.77 |
| **Other Assets** | | | | | | | | |
| Investment in Affiliate | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,242,000.00 | 0.00 | 1,242,000.00 |
| **Total Other Assets** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,242,000.00 | 0.00 | 1,242,000.00 |
| **TOTAL ASSETS** | 2,085,592.03 | 3,418,319.40 | 1,864,020.28 | 8,376.77 | 19,901.22 | 1,242,777.49 | 0.00 | 8,638,987.19 |
| **LIABILITIES & EQUITY** | | | | | | | | |
| **Liabilities** | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| **Accounts Payable** | | | | | | | | |
| Accounts Payable | 1,500.00 | 6,907.02 | 1,500.00 | 1,500.00 | 190.09 | 0.00 | 0.00 | 11,597.11 |
| **Total Accounts Payable** | 1,500.00 | 6,907.02 | 1,500.00 | 1,500.00 | 190.09 | 0.00 | 0.00 | 11,597.11 |
| **Other Current Liabilities** | | | | | | | | |
| Security Deposit Payable | 17,000.00 | 0.00 | 18,500.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 37,500.00 |
| **Total Other Current Liabilities** | 17,000.00 | 0.00 | 18,500.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 37,500.00 |
| **Total Current Liabilities** | 18,500.00 | 6,907.02 | 20,000.00 | 3,500.00 | 190.09 | 0.00 | 0.00 | 49,097.11 |
| **Long Term Liabilities** | | | | | | | | |
| Mortgage Payable | 1,612,783.00 | 2,249,250.00 | 1,446,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,308,858.00 |
| **Total Long Term Liabilities** | 1,612,783.00 | 2,249,250.00 | 1,446,825.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,308,858.00 |
| **Total Liabilities** | 1,631,283.00 | 2,256,157.02 | 1,466,825.00 | 3,500.00 | 190.09 | 0.00 | 0.00 | 5,357,955.11 |
| **Equity** | | | | | | | | |
| Members Draw | -35,200.00 | 0.00 | -56,023.55 | -3,200.00 | 0.00 | -244,727.98 | 0.00 | -339,151.53 |
| Members Equity | 433,239.67 | 1,107,133.77 | 412,709.23 | -1,740.45 | 158,622.02 | 1,650,744.65 | 0.00 | 3,760,708.89 |
| Opening Balance Equity | 0.00 | 0.00 | 0.00 | 0.00 | 6,837.40 | 0.00 | 0.00 | 6,837.40 |
| Net Income | 30,889.70 | -38,729.79 | 19,177.32 | 3,777.65 | -148,748.29 | -13,729.27 | 0.00 | -147,362.68 |
| **Total Equity** | 428,929.37 | 1,068,403.98 | 375,863.00 | -1,162.80 | 16,711.13 | 1,392,287.40 | 0.00 | 3,281,032.08 |
| **TOTAL LIABILITIES & EQUITY** | 2,060,212.37 | 3,324,561.00 | 1,842,688.00 | 2,337.20 | 16,901.22 | 1,392,287.40 | 0.00 | 8,638,987.19 |
| **UNBALANCED CLASSES** | 25,379.66 | 93,758.40 | 21,332.28 | 6,039.57 | 3,000.00 | -149,509.91 | 0.00 | -0.00 |

# YJ SIMCO LLC
## Profit & Loss by Class
### January through March 2022

| | 1055 Park Ave 1 LLC | 1055 Park Ave 4 LLC | 1055 Park Ave PH LLC | 1055 Park Ave ST LLC | 266 WMTR LLC | YJ Simco LLC | Unclassified | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| Rental Income | 68,000.00 | 0.00 | 51,000.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 125,000.00 |
| **Total Income** | 68,000.00 | 0.00 | 51,000.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 125,000.00 |
| **Gross Profit** | 68,000.00 | 0.00 | 51,000.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 125,000.00 |
| **Expense** | | | | | | | | |
| Insurance Expense | 610.74 | 0.00 | 0.00 | 188.73 | 0.00 | 0.00 | 0.00 | 799.47 |
| Landscaping | 0.00 | 0.00 | 0.00 | 0.00 | 35,464.00 | 0.00 | 0.00 | 35,464.00 |
| Miscellaneous Expense | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 0.00 | 650.00 |
| Repairs and Maintenance | 968.19 | 675.00 | 0.00 | 0.00 | 98,596.00 | 0.00 | 0.00 | 100,239.19 |
| Security & Alarms | 0.00 | 146.98 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.98 |
| Taxes & Fees | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 25.00 |
| Utilities | 0.00 | 5,082.20 | 0.00 | 0.00 | 598.52 | 0.00 | 0.00 | 5,680.72 |
| Working Capital | 15,875.58 | 16,799.70 | 11,241.62 | 2,033.62 | 0.00 | 0.00 | 0.00 | 45,950.52 |
| **Total Expense** | 17,454.51 | 22,703.88 | 11,241.62 | 2,222.35 | 135,333.52 | 0.00 | 0.00 | 188,955.88 |
| **Net Ordinary Income** | 50,545.49 | -22,703.88 | 39,758.38 | 3,777.65 | -135,333.52 | 0.00 | 0.00 | -63,955.88 |
| **Other Income/Expense** | | | | | | | | |
| **Other Income** | | | | | | | | |
| Misc Income | 0.00 | 0.00 | 0.00 | 0.00 | 131.79 | 0.00 | 0.00 | 131.79 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 131.79 | 0.00 | 0.00 | 131.79 |
| **Other Expense** | | | | | | | | |
| Debt Service | 19,655.79 | 16,025.91 | 17,181.06 | 0.00 | 13,275.00 | 0.00 | 0.00 | 66,137.76 |
| Professional Fees | 0.00 | 0.00 | 3,400.00 | 0.00 | 271.56 | 13,729.27 | 0.00 | 17,400.83 |
| **Total Other Expense** | 19,655.79 | 16,025.91 | 20,581.06 | 0.00 | 13,546.56 | 13,729.27 | 0.00 | 83,538.59 |
| **Net Other Income** | -19,655.79 | -16,025.91 | -20,581.06 | 0.00 | -13,414.77 | -13,729.27 | 0.00 | -83,406.80 |
| **Net Income** | 30,889.70 | -38,729.79 | 19,177.32 | 3,777.65 | -148,748.29 | -13,729.27 | 0.00 | -147,362.68 |