**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              :
                                                    :    Case No. 1:25-BK-10437
**YJ Simco LLC**                                    :
                                                    :    Chapter 7
            Debtor.                                 :
------------------------------------------------------------x

NOTICE OF PRESENTMENT OF MOTION TO SEAL DEC 31, 2025 LETTER TO THE COURT

    PLEASE TAKE NOTICE that upon the annexed Motion of Jeffrey Simpson, the undersigned will present the attached proposed order to the Honorable Judge Beckerman, United States Bankruptcy Judge, for signature on January 19th at 12:00 noon.

    PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there may not be a hearing and the Order may be signed.

    PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

    PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: New York City, January 3, 2026


/s/ Jeffrey Simpson

NOTICE CERTIFICATION I, Jeffrey Simpson, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief

CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2025 at the address(es) listed below:

Name Email Address

Allen Schwartz on behalf of Jared Chassen allen@allenschwartzlaw.com

Charles Wertman on behalf of Debtor YJ Simco LLC charles@cwertmanlaw.com wertman.charlesr105938@notify.bestcase.com

Gary Frederick Herbst on behalf of Trustee Gregory M. Messer gfh@lhmlawfirm.com gh@lhmlawfirm.com

Greg M. Zipes on behalf of U.S. Trustee United States Trustee greg.zipes@usdoj.gov

Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com

Jacqulyn S. Loftin on behalf of Trustee Gregory M. Messer jloftin@rmfpc.com samiel@rmfpc.com

Jonathan T. Koevary on behalf of Creditor Arch Real Estate Holdings LLC jkoevary@olshanlaw.com docketclerk@olshanlaw.com

Rachael Siegel on behalf of U.S. Trustee United States Trustee rachael.e.siegel@usdoj.gov

Sean C. Southard on behalf of Creditor Jared Chassen ssouthard@klestadt.com

Shauna M Deluca on behalf of Unknown New York 555 LLC sdeluca@hasbanilight.com

United States Trustee USTPRegion02.NYECF@USDOJ.GOV

<u>Emergency Action Relief Request</u>    Dec. 31, 2025

Jeffrey Simpson, personally, Pro Se
Managing Member of JJ Arch LLC, YJ Simco LLC, and personally
1055 Park Avenue
New York, NY 10028

**<u>Delivered by e mail only to Chambers as my personal safety is at risk</u>**.

District Judge Honorable Vargas    (1:24-CV-08649)
District Judge Honorable Furman    (1:25-CV-04004)
District Chief Judge Honorable Swain    (1:25-CV-02372 + other Pro Se SDNY actions above)
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

United States Bankruptcy Court Judge Honorable Mastando III    JJ Arch LLC    (1:24-BK-08649)
United States Bankruptcy Court Judge Honorable Beckerman    YJ Simco LLC  (1:25-BK-10437)
United States Bankruptcy Trustee Grey M. Zipes    YJ Simco LLC  (1:25-BK-10437)

Southern District of New York
One Bowling Green
New York, NY, 10004

NYS Judge Honorable Judge Cohen    158055-2023
60 Centre Street
New York, NY 10007

Re: **Request for Emergency Court Intervention – Respectfully Submitted**

Honorable Justices of the Federal Southern District, Bankruptcy Court, and Honorable Justice of NYS Court:


Dear Honorable Judges,

I write to you with emergency support requested. I have been begging and pleading for assistance for over 1 year now. We have a predicament that is not a Civil matter. The parties have collusively and intentionally joined to attack, destroy and steal my businesses, my livelihood and most importantly my ability to defend myself through contractual indemnification and contractual insurance.

Since I have no counsel of merit, as I have been wiped out economically for some time now, my family and I can barely pay for food.  These vindictive folks have gotten away with murder in front of Judge Joel Cohen for reasons that have no logic merit or due process.  Regardless of Bankruptcy, Federal Actions, he continues to allow them to torture me.  I have followed up with complaints on him with NYS AG, DA Bragg, IA, FBI etc, specifically as it relates to his bias, prejudice, conflict and reappointment coming up in June and Frank Seddio (Chassen's counsel is affiliated with him).  He refuses to recuse himself.  His words have no meaning because they are the opposite of Orders by him and what is said in transcripts prior by him.  They get away with anything they want and he allows it.  This looks like every other Seddio case.  The latest is him allowing them to try and visit my home, my personal space, to somehow seize assets that are mine (besides him giving away so many other assets that belong to me contractually already).  I am not a criminal, I came to him for help when they stole my company (not a theory, we have proof) so this is backwards entirely.  No one wants to join me to stand up because Oak threatens to sue them, multiple individuals I can point to including my former Controller / CFO.

Without counsel, my only other resource for support is the criminal justice system.  I am begging and pleading for them to assist with the criminal actions that Chassen, Huebscher, Wiener, and others have taken.  They point to the Civil Case.  I understand the complexity but the NYS police and NYPD are dumbfounded how Judge Cohen allowed the illegal actions to occur on the onset of the case.



There was contractual insurance that supported my defense.  This worked until Chassen committed insurance fraud and Oak sued them in the midst of the JJ Arch bankruptcy.  The carrier then attempts to do an Interpleader action in NYS Court.  The new case was not assigned to Judge Joel Cohen, but he arbitrarily grabs the case without the NYS CPLR process for doing so, which would have required a motion where I could have objected.  The carrier offered to provide my defense in front of Cohen (last Oct) and he told them they don't have to! I am copying the lawyers for the insurance company here.

I am left fully exposed. They are attacking my family too, Judge Vargas and Judge Furman are aware of these efforts. We plead to the 2nd Circuit for an appeal, there was no opposition.

My homes are at risk, whereby First Republic was my banker and lender and they participated in the coup to steal my company.  They have hired lawyers behind the scenes to commence foreclosure actions on my homes while aggressively defending themselves in the various cases to attack me (separate lawyers) too because they hate the factual truth of what their employee did.

I am vulnerable, so is my family, I don't have representation.  My name and reputation has been ruined.  People do not want to do business with me (or represent me) because of these absurd actions that the NYS Court did without any due process, merit, all against contracts.

Chassen, Oak, their lawyers all committed horrific acts of perjury, judge shopping, collusion, and the like.  All is self evident by the Joint Defense Agreement that was held hostage for 2 years and millions of legal bills.  The day it was released, it should have been an "aha" moment but none of the Courts care, maybe because I don't have counsel to stand up for it.

I am alone on all of this, Benjamin Rajotte is not competent counsel for this task, no single practitioner is.  I cannot rely on him and I am anyway to represent myself in 20 actions (not started by me).  The situation has destroyed my marriage, my peace at home with my family.  I have no freedom and no way to pursue justice with the circular situation that these white collar criminals have pursued.  A civil litigation is about money and has an end, this does not.  They committed fraud, so it is me or them.  I am the one who is honest and willing to share anything, they hide.  I know the Courts have awareness of this.

Bankruptcy at JJ Arch should have exposed the truth via 2004 discovery.  The opposition made 5 motions against me and each time they had to produce testimony or proof, they withdrew.  It was a tactic to buy time.  They simultaneously attacked my representation by intimidating the insurance carrier and their lawyers (KBR, copied here).  There was no bad faith, we could not perform because the opposition's attack worked and then Judge Cohen punishes me because he verbally says how much he hates Bankruptcy, notwithstanding that he overstepped NYS powers by not allowing me to put the much needed AREH into bankruptcy early on.  It was not correct, but I followed the Court Order.  It is unclear if the Appeal even allows for NYS Court to act this last year.  YJ Simco should have been the place for the Stay to stop these actions too but they immediately withdraw the defendant which they added 2 years ago because they are scared as to what happens in Federal Court.  Judge Cohen endorses and oversteps interpretation of the Stay.  It was for him or the other parties to seek relief from the bankruptcy Court from the stay, rather than the arbitrary way they he considered alongside the opposition.

I reach out to lawyers on a daily basis to try and seek help,  have tried to sell my properties, brokers and buyers read all of this and that stops.  Or Oak tries to steal those proceeds.  If I find a path to get 1 dollar to my name, they try to snatch it.  The court allows this.

I am left without any resources or abilities to do anything to protect me and my family.

I do not have a solution functionally, I am not a lawyer.  I have protections in my agreements and contractual insurance.  The insurance company is copied here, so is the police.  I beg for the Courts to help me. I do not know what will happen next.  I will not do anything unlawful as I

have not and will not, I give my Oath to the Court herein, once again. I will share any information with whoever needs it for investigation. Why would I offer this if I was a criminal or if I was possibly incorrect in my analysis or evaluation?

I was hopeful that in the YJ Simco action, the Trustee would actually investigate what is happening here but he has not. They don't have the funding available from my estate to do that, they have vocalized this. I made them aware of breaches of bankruptcy stay again yesterday, no response. They shut done communications months ago because they too do not like being called to task when they know I am right but there is no means for them to enforce without their own risks.

I am left fully exposed, I beg for help. I can come in, meet with whoever needs to meet but I am not in a position with 20 cases to conduct Motion practice and be a lawyer or a criminal justice professional that I am not. I simply want peace for me and my family. The NYPD agreed and said no one should feel threatened on a daily basis. They have explicit criminal proof that Chassen committed identity and auto theft (as a simple / tangible starting point). I hope they will help but I cannot be certain at all. Judge Cohen's actions that do not follow any rules, law, or contracts does not make it easy for anyone to help me here. They all usually want to stay away.

Even the press does not know what to do with the horrific situation. I am imagine that each Justice here has concerns about how we got here and how them taking action has a ripple down affect to other Judges, I get it. But is the system this broken where a 20+ year successful entrepreneur is threatened and destroyed because I am a whistleblower for justice when the parties attempted fraud under my watch and I refused to play into it and they have been attacking me since?

If there is some other resource that you all can suggest, please let me know. All local police believe this is a federal matter, the FBI tells me it is a State matter. NYS police says it is a local matter. Then they all point to the Civil cases and stop there. I spend 50 hours a week using best efforts to try and protect my family with pleading to the various enforcement and Court entities but it isn't working. Again, please help. If not for me, for my wife and children. I did nothing wrong, I will say it under Oath and illustrate the fraud to anyone who will actually study it. Judge Cohen is destructive to me, my estate, my family. He is toxic, I have reported him to CJC, the NYS Admin judges, no one cares. He has protect himself now that he will be exposed once the truth comes out but it will likely be too late by the time that will happen (if ever). He will keep destructing me until his tenure is safe. I brought this to the Federal Court for a variety of reasons through the proper channels but without counsel, I cannot keep up with the process.

I hope to receive a response today from someone here as the situation gets worth by the day █
████████████████████████████████████████████████████████████████████████████████████

Respectfully Submitted,

/s/ Jeffrey Simpson
CC: Benjamin Rajotte, KBR for GAIC, Alvin Bragg, NYPD, SHTP, UST