**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

In re:                                                :
                                                      :        **Case No. 1:25-BK-10437**
**YJ Simco LLC**                                      :
                                                      :        **Chapter 7**
                            **Debtor.**               :
--------------------------------------------------------------x

NOTICE OF PRESENTMENT OF PLEADING DK.# 81, PLEADING, DATED DEC 16, 2025

     PLEASE TAKE NOTICE that upon the annexed Motion of Jeffrey Simpson, the undersigned will present the attached proposed order to the Honorable Judge Beckerman, United States Bankruptcy Judge, for signature on January 19th at 12:00 noon.

     PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there may not be a hearing and the Order may be signed.

     PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

     PLEASE TAKE FURTHER NOTICE that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated: New York City, January 3, 2026


/s/ Jeffrey Simpson




NOTICE CERTIFICATION I, Jeffrey Simpson, declare under the penalty of perjury that I have

sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief

CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2025 at the address(es) listed below:

Name Email Address

Allen Schwartz on behalf of Jared Chassen allen@allenschwartzlaw.com

Charles Wertman on behalf of Debtor YJ Simco LLC charles@cwertmanlaw.com wertman.charlesr105938@notify.bestcase.com

Gary Frederick Herbst on behalf of Trustee Gregory M. Messer gfh@lhmlawfirm.com gh@lhmlawfirm.com

Greg M. Zipes on behalf of U.S. Trustee United States Trustee greg.zipes@usdoj.gov

Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com

Jacqulyn S. Loftin on behalf of Trustee Gregory M. Messer jloftin@rmfpc.com samiel@rmfpc.com

Jonathan T. Koevary on behalf of Creditor Arch Real Estate Holdings LLC jkoevary@olshanlaw.com docketclerk@olshanlaw.com

Rachael Siegel on behalf of U.S. Trustee United States Trustee rachael.e.siegel@usdoj.gov

Sean C. Southard on behalf of Creditor Jared Chassen ssouthard@klestadt.com

Shauna M Deluca on behalf of Unknown New York 555 LLC sdeluca@hasbanilight.com

United States Trustee USTPRegion02.NYECF@USDOJ.GOV