Jan 7, 2026

# Emergency Action Relief Request / Pleading (Docket 81), Supp #3

        Jeffrey Simpson, personally, Pro Se
        Managing Member of JJ Arch LLC, YJ Simco LLC, and personally
        1055 Park Avenue
        New York, NY 10028

Delivered via email to all parties via ECF via Pro Se e file

| United States Bankruptcy Court Judge Honorable Beckerman | YJ Simco LLC (1:25-BK-10437) |
| United States Bankruptcy Trustee Grey M. Zipes | YJ Simco LLC (1:25-BK-10437) |

Southern District of New York
One Bowling Green
New York, NY, 10004

Re: **Request for Emergency Court Intervention, Breach of Stay, deterioration of assets of estate.**

Honorable Justice Beckerman of the Federal Southern District Bankruptcy Court:

I am aware that we are in the period of time for challenge of the opposition to the Motion I presented, but in the interim, deterioration and sales continue.

I illustrated once again how my ownership shares of the JJ Arch assets were transferred to YJ Simco. This is in addition to the August 1st contract. No different than the "stay" on the sale of 266 Water Mill Towd Rd, it is concerning that Eric Huebscher (Receiver working with Chassen, sought by Chassen without merit) continues to run wild with selling off these assets without merit or thoughtfulness of who the beneficiaries are. His Attorney, Martin Bunin seconds that. The sale of 225 Head of Pond was not proper, we have no knowledge of any transaction details. They authorized Chassen to move disputed assets to an offsite location, upstate new York, without merit or authority.

They continue to deteriorate 1640 Motors and 1640 Montauk. I have illustrated to the Courts, that by shutting down the business, the zoning is at risk and the value can deteriorate. An local attorney expert provided a letter, the Court can hear from him if required. Even Judge Cohen told Huebscher that his Order did not provide for doing this. Yet, Judge Cohen is aware and ignores the Stay, like usual. There are other interested parties that are impacted here that contact me, several even suing me now personally. If my ownership shares are part of the estate, how can Eric Huebscher continue where I cannot defend myself for my personal liability and guarantees? This is happening as we speak with potential auctioning off of personal assets, assets of other creditors, etc. One notable party is NextGear capital, they signed arrangements with Huebscher to deteriorate the estate and leave me, personally, with the deficit.

I ask the Court for a brief conference or hearing to quickly clarify these circumstances so that if there is a breach of stay, enforcement can be ordered. I called the local Southampton police with these issues, it resulted in an attack of me physically, I have shared those details.

Even if the Trustee and or Receiver could sell personal property, there are assets at the property that are mine, personally, and they will fall under the exemptions, including tools, vehicles that belong to me, etc.

There is an active NYPD investigation going on to (at least) study the relationship of Chassen and vehicles that he is claiming, I cannot share the details publicly but it has been elevated and active.

I also submitted 3 separate, 1983 District Court Actions, to protect my civil rights which are stripped of me, and the estate. Those actions are in my name only as I cannot act on behalf of the estate, at this time.

Like usual, Chassen, Oak, and their affiliations with NYS Court nomination head (Seddio), a Receiver who is supposed to be neutral (even if there were grounds for him to be there in the first place) find their way to vindictively deteriorate me. They use the NYS Court Orders and do not consider anything else including the JJ Arch Appeal considerations, what happens here in Your Honor's Court, etc. I would appreciate help stopping this chaos until there are determinations of what can be done, properly, and judicially.

I have sought help from the trustee, but like usual, they ignore me.


Thank you for your consideration and understanding.



Respectfully submitted,

/s/ Jeffrey Simpson