UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                  Chapter 7

YJ SIMCO LLC,                                                                Case No. 25-10437 (LGB)

                Debtor.
---------------------------------------------------------------x

### SECOND ORDER EXTENDING THE AUTOMATIC STAY TO 266 WMTR LLC AND THE PROPERTY LOCATED AT 266 WATER MILL TOWD ROAD, WATER MILL, NEW YORK 11976

Upon the motion ("Motion") of Gregory M. Messer, solely in his capacity as the Chapter 7 Trustee ("Trustee") of the estate of YJ Simco LLC ("Debtor"), by his undersigned counsel, seeking the entry of an Order, pursuant to 11 U.S.C. §§ 105(a), 362(a) and 541(a) ("Bankruptcy Code"): (i) extending the automatic stay to 266 WMTR LLC ("LLC") and the property located at 266 Water Mill Towd Road, Water Mill, New York 11976 ("Water Mill Property"); and (ii) granting the Trustee such other and further relief as the Court deems just and proper; and upon the application for an Order scheduling a hearing on shortened notice of the Motion; and upon the Order scheduling a hearing on shortened notice of the Motion; and upon the related Affidavit of Service of the Motion; and upon the hearing conducted on December 11, 2025 ("Hearing"); and the Court having granted the Motion and extended the automatic stay to the LLC and the Water Mill Property until January 26, 2026; and upon the hearing held on January 22, 2026 ("Second Hearing"), the record of which is incorporated herein; and no objections having been filed or raised at the Hearing or the Second Hearing; and for the reasons set forth on the record at the Hearing and the Second Hearing, the transcripts of which are incorporated by reference herein; and no additional notice or hearing being required, THE COURT FINDS AND DETERMINED THAT:

      A.      The Court has subject matter jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334.

      B.      Venue of this case and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

      C.      The relief requested in the Motion and at the Second Hearing is necessary, appropriate, and warranted under sections 105, 362 and 541 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY

ORDERED, that pursuant to sections 105(a), 362(a) and 541(a) of the Bankruptcy Code, the automatic stay is hereby further extended as to the LLC and the Water Mill Property and any sale or transfer of the LLC and the Water Mill Property until March 12, 2026, without prejudice to the Trustee's right to seek to extend the automatic stay as to the LLC and the Water Mill Property; and, it is further

ORDERED, that a further hearing on this matter shall be held on March 10, 2026, at 10:00 a.m., and the Trustee is authorized to seek and raise verbally at this hearing a further request to extend the automatic stay as to the LLC and the Water Mill Property; and, it is further

ORDERED, that this Court shall retain jurisdiction to: (i) hear and determine any disputes arising from this Order; and (ii) enforce the provisions of this Order.

Dated: January 27, 2026
      New York, New York

                                                 */s/ Lisa G. Beckerman*
                                                 HONORABLE LISA G. BECKERMAN
                                                 UNITED STATES BANKRUPTCY JUDGE