UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 7 |
|---|---|
| YJ SIMCO LLC, | Case No. 25-10437 (LGB) |
| Debtor. | |

## ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon the stipulation of Jeffrey Simpson ("Mr. Simpson"), a party in interest, and Benjamin Robert Rajotte, Esq. ("Mr. Rajotte"), as Mr. Simpson's outgoing counsel, it is hereby:

**ORDERED** that Mr. Rajotte and Maiden Lane Law Group are granted leave to withdraw as attorneys of record for Mr. Simpson in this Chapter 7 case, effective immediately upon entry of this Order; and it is further

**ORDERED** that Mr. Simpson shall proceed *pro se* unless and until substitute counsel appears; and it is further

**ORDERED** that service upon Mr. Simpson shall be made at the following contact information, unless updated by notice filed on the docket:

> Attn: Jeffrey Simpson
> 1055 Park Avenue, Unit #4
> New York, New York, 10028
> Telephone: (646) 753-2872
> Email: jsimpson001@icloud.com

Dated: January 29, 2026
      New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE